UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK           :
15301 Pine Orchard Drive # 1 J   :
Silver Spring, MD 20906          :
Plaintiff                        :
                                 :
       v.                        :
                                 :
JAMES BILLINGTON                 :
Librarian of Congress            :
The Library of Congress          :
1st and Independence Avenue SE   :    CIVIL ACTION NO. 05-1921 HHK
Washington, D.C. 20001           :
Defendant.                       :

AFFIDAVIT OF SERVICE

I, Gisela von Muhlenbrock, hereby declare that on the 6th of February, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Librarian of Congress JAMES BILLINGTON. Attached hereto is the green card acknowledging service.

[Attached USPS Domestic Return Receipt, PS Form 3811, addressed to: JAMES BILLINGTON, Librarian of Congress, 1st and Independence S.E., Washington, DC, 20001. Article Number: 7005 1820 0005 5256 6846. Certified Mail. Signed and received.]

von Muhlenbrock
Pine Orchard Drive # 1 J
Silver Spring, MD 20906
(301) 598-4701