UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK   :
15301 Pine Orchard Drive # 1 J   :
Silver Spring, MD 20906   :
Plaintiff   :
:
:
v.   :
:
:
JAMES BILLINGTON   :
Librarian of Congress   :
The Library of Congress   :
1st and Independence Avenue SE   :   CIVIL ACTION NO. 05-1921 HHK
Washington, D.C. 20001   :
Defendant.   :

AFFIDAVIT OF SERVICE

I, Gisela von Muhlenbrock, hereby declare that on the 6th of February, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney for the District of Columbia KENNETH WAINSTEIN. Attached hereto is the green card acknowledging

[Green card - PS Form 3811, Domestic Return Receipt]

Article Addressed to:
KENNETH WAINSTEIN
U.S. Attorney Dist. of Columbia
555 4th St., N.W.
Washington, DC, 20001

Article Number: 7005 1820 0005 5256 6839

Date of Delivery: FEB 14

Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J