UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK
15301 Pine Orchard Drive # 1 J
Silver Spring, MD 20906
Plaintiff

v.

JAMES BILLINGTON
Librarian of Congress
The Library of Congress
1st and Independence Avenue SE
Washington, D.C. 20001
Defendant.

CIVIL ACTION NO. 05-1921 HHK

AFFIDAVIT OF SERVICE

I, Gisela von Muhlenbrock, hereby declare that on the 6th of February, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney General ALBERTO GONZALES. Attached hereto is the green card acknowledging service.

[Attached certified mail return receipt (green card) addressed to:
ALBERTO R. GONZALES, U.S. Attorney General, 950 Pennsylvania Ave NW, Washington, DC, 20530. Article number 7005 1820 0005 5256 6853. Received stamp FEB 10 2006.]

Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, MD 20906
(301) 598-4701