```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **GISELA VON MUHLENBROCK,** | ) |
| | ) |
|        **Plaintiff** | ) |
| | ) |
|  v. | ) |
| | ) Civil Action No. 05-1921(HKK) |
| **JAMES BILLINGTON,** | ) |
|   Librarian of Congress, | ) |
| | ) |
|        **Defendant.** | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please <u>enter the appearance</u> of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the defendant James H. Billington, Librarian of Congress, in the above-captioned case.

                              Respectfully submitted,

                              /s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              U.S. Attorney's Office for the
                                District of Columbia, Civil Division
                              555 Fourth St., N.W., Rm. E-4915
                              Washington, D.C.  20530
                              Ph:  (202) 307-0492
                              Fax: (202) 514-8780
                              E-mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing <u>Notice of Appearance</u> was made by the Court's Electronic Case Filing System and by first class, postage pre-paid mail, this <u>17th</u> day of April, 2006 to:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney