UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GISELA VON MUHLENBROCK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-1921(HKK) |
| **JAMES BILLINGTON,** | ) |
| Librarian of Congress, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR
AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, James Billington, Librarian of Congress, by and through his undersigned attorneys, respectfully moves for an enlargement of time to answer, move or otherwise respond to plaintiff's Complaint up to and including April 18, 2006. The current deadline is today, Monday, April 17, 2006.  No previous enlargements have been sought by or granted to defendant for this purpose.  Pursuant to Local Rule 7(m), defendant's counsel contacted the pro se plaintiff to obtain her position on this Motion.  Plaintiff graciously does not oppose the relief requested herein.  Defendant's reasons for bringing this Motion are set forth below.

The undersigned counsel anticipated being able to complete the defendant's Answer by the current deadline but, due to

significant work-related demands, requiring more time than expected, was unable to do so.

For example, today, April 17, 2006, the undersigned counsel is filing an opposition to a motion brought pursuant to Fed. R. Civ. P. 54(b) in <u>Olaniyi v. District of Columbia</u>, et al., Civil Action No. 05-455(RBW), a case involving constitutional tort claims against federal officers in their individual capacities. Last week, the undersigned counsel filed (1) a reply memorandum in the case <u>Fletcher v. District of Columbia, et al.</u>, Civil Action No. 01-601(JDB), a case brought pursuant to 42 U.S.C. § 1983 against the United States Parole Commission, (2) an answer in the Title VII case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), (3) the supplement to an administrative record and an opposition memorandum to a motion brought pursuant to Fed. R. Civ. P. 54(b) in the case, <u>Humane Society of the United States, et al. v. Johanns</u>, Civil Action No. 06-0265(CKK); (4) a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) in the Title VII case, <u>Bolden v. England</u>, Civil Action No. 04-1905(EGS), and (5) a motion for summary affirmance in another Title VII case, <u>Jackson v. Ashcroft</u>, Civil Action No. 03-1596(RBW)(D.D.C.), Appeal No. 06-5053(D.C. Cir.).

Accordingly, because of these and other work-related demands, the undersigned counsel was unable to complete defendant's response to plaintiff's Complaint in this case.

Therefore, defendant respectfully moves for a one-day enlargement of time up to and including April 18, 2006 to file his nswer, or other response to plaintiff's Complaint.

A proposed Order consistent with this Motion is attached hereto.

Date: April 17, 2006          Respectfully Submitted,


/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendants' Unopposed, First Motion for an Enlargement of Time to Answer, Move or Otherwise Respond Plaintiffs' Complaint and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, and first class, postage prepaid mail, this 17th day of April, 2006 to:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney