**ATTACHMENT 4**

From:     Fkweiss@aol.com
To:       daneegaines@earthlink.net
Subject:  letter from Ms. Von Muhlenbrock
Date:     Dec 3, 2003 2:08 PM

Ms. Gaines --

Below is the letter from my client Ms. Von Muhlenbrock. She will be sending me the original signed letter which I will then forward to you. Francine Weiss

Santiago, December 3, 2003

Ms Danee Gaines
EEO Counselor
Library of Congress
Washington, DC
USA

Dear Ms Gaines:

I assume that Ms Weiss advised you that I am currently in Chile, settling the estates of both my parents who died in the four last years.

I filed a complaint because I have tried to return to the Library of Congress twice since 1990, the last time January of this year using the Library's electronic application system for vacancy Number 020307, Foreign Law Specialist.

Concerning your questions make a note of the following:
1) My name is Gisela von Muhlenbrock
   Consulting Attorney
   Hernando de Aguirre 298 # 62, Santiago, 6650360, Chile
   telephone (562) 333-2025

2) Anonimity is not necessary as I am protected by a consent decree.

3) I filed a complaint on July 17, 2003 based on retaliation for filing a lawsuit against the Library of Congress ( Civil Action 85-1786, US District Court of the District of Columbia) and in violation of the anti-retaliation clause of the Consent Decree, Settlement Agreement and Stipulation of Dismissal filed January 10, 1986.

4) In my letter to Thelma Brown, Acting EEO Counselor, I argue for non selection based on retaliation, not sexual harassment.
Discrimination and sexual harassment were the basis of the lawsuit cited above which was settled and I got my promotion to GS 14.

5), 6) These questions are moot in consideration to the above.

7) My resolution request follows: placement into the position to which I was not selected; back pay; damages for pain and suffering and attorney fees.

GOVERNMENT EXHIBIT 6

8) a) To provide you with a copy of the first page of the lawsuit I need a      mailing address.
   b) I will e-mail you a copy of the non-selection e-mail.
   c) I will e-mail you the e-mail with my score that was sent by Human     Resources 58 days after my inquiry.

Sincerely,


Gisela von Muhlenbrock

07/17/2003  21:04  562-232-7792  VON MUHLENBROCK

Ms. Theimer
Acting EEO
Library Of C[ongress]
Washington[, DC]
USA

Dear Ms. Br[own]

This [is]
and Newman[, ]
(202) 331-9[...]
July 17, 200[3]
select me fo[r]

I beli[eve]
discriminati[on]
discriminate[d]
District of C[olumbia]
Foreign Law[,]

I becau[se]
Human Rese[arch]
for referral [to]

[handwritten note:] This was faxed to EEO Co. It was a bad faxed copy.

ATTACHMENT 1