| | |
|---|---|
| MEMORANDUM | Library of Congress<br>Date: February 23, 2004 |

TO:       Dean Flowers
             Chief, Equal Employment
             Opportunity Complaint Office

FROM:    Danee Gaines
              EEO Counselor

Subject:   EEO Counselor's Report (EEO Case # 03-38)

I.     **Complainant:**

      Gisela von Muhlenbrock, Consulting Attorney

II.    **Alleged Discriminatory Officials:**

      Kersi Shroff, Chief, Western Law Division – Selecting Official for Vacancy Announcement 020307

      Ruth Levush, Senior Legal Specialist, Eastern Law Division - Panelist for Vacancy Announcement 020307

      Dr. Tao-Tia Hsia, Chief, Eastern Law Division – Panelist for Vacancy Announcement 020307

III.   **Summary of Complaint:**

      A. Date of Alleged Discrimination:    May 5, 2003 (Ms. von Muhlenbrock received an email indicating that she was not selected for the position on May 5, 2003. However, she states that she became aware that her scores were not high enough to be referred for an interview on July 9, 2003.)

      B. Date Logged in EEO:           July 17, 2003 (Gisela von Muhlenbrock's letter, dated July 17, 2003, to Thelma Brown, Acting EEO Counselor, indicates that Francine Weiss, Ms. von Muhlenbrock's attorney, contacted Ms. Brown, via telephone on July 17, 2003, regarding Ms. von Muhlenbrock's allegations of discrimination. (See Attachment 1)

      C. Basis of Complaint:                  Retaliation



    D. Matter Giving Rise to Complaint:    Nonselection for Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11

Ms. von Muhlenbrock believes she was discriminated against, based on retaliation, when she was not selected for Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11.

According to information provided at intake, the Complainant previously was employed with the Library of Congress as a GS-14 Senior Foreign Law Specialist. Complainant filed a lawsuit against the Library of Congress in a sex discrimination lawsuit in the U.S. District Court for the District of Columbia, Civil Action 85-1786.

Complainant was an outside applicant for the position at issue.

    E. Desired Resolution:

In order to resolve her informal complaint, Ms. von Muhlenbrock would like to be placed into the position she applied for (Foreign Law Specialist, GS-0095-11), with back pay, damages for pain and suffering, and attorney's fees.

| | | |
|---|---|---|
| F. | Final Interview: | February 13, 2004 (Received by Attorney February 17, 2004) |
| G. | Date of Formal Complaint: | February 19, 2004 (Stamped March 8, 2004; postmarked March 1, 2004) |

IV.    <u>Summary of Efforts to Resolve Complaint:</u>

On October 14, 2003, this EEO Counselor telephoned Francine Weiss, attorney for Gisela von Muhlenbrock, the Complainant, and left a message with the receptionist of her law firm, Kalijarvi Chuzi & Newman, P.C.

On October 24, 2003, this EEO Counselor telephoned Ms. Weiss, once again, and left a message. On October 27, 2003, Ms. Weiss returned the telephone calls and stated that Ms. von Muhlenbrock was in Brazil. Ms. Weiss instructed this EEO Counselor to forward, via email, questions for Ms. von Muhlenbrock, and Ms. Weiss stated she would review and forward the questions to her client. On November 6, 2003, this EEO Counselor emailed Ms. Weiss a list of questions for her client. (Attachment 2)

On November 12, 2003, the EEO Counselor telephoned Ms. Weiss to confirm receipt of the November 6th email, and to check on the status of her client's

2

responses. Considering Ms. Weiss was unavailable, the EEO Counselor left a message with the law firm's receptionist.

On November 13, 2003, this EEO Counselor telephoned Ms. Weiss, once again, and left a message with the law firm's receptionist. Ms. Weiss returned the calls and stated that her client was in Chile, South America. Ms. Weiss confirmed receipt of the EEO Counselor's November 6th email, and said that she was attempting to reach her client. Ms. Weiss said that she would need more time to respond to the questions.

On November 20, 2003, the EEO Counselor received an email from Ms. Weiss stating that she believed she would speak to her client "soon," and she would have her client provide responses to the questions forwarded in the November 6th email. (Attachment 3)

On December 3, 2003, this EEO Counselor received an email from Francine Weiss, forwarding an email from her client, Gisela von Muhlenbrock, providing partial responses to the questions forwarded on November 6, 2003. (Attachment 4)

In her responses, Ms. von Muhlenbrock indicated that she did not wish to remain anonymous. She stated that she filed a complaint on July 17, 2003, based on retaliation for filing a lawsuit against the Library of Congress when she was not selected for Vacancy Announcement 020307, Foreign Law Specialist. Ms. von Muhlenbrock also provided her resolution requests.

On December 8, 2003, this EEO Counselor received two (2) separate emails from Gisela von Muhlenbrock, providing her response to "Question 8b" in one email and "Question 8c" in the other. These responses were addressing two of the questions this EEO Counselor emailed to her on November 6, 2003. (Attachments 6-7)

Question 8b asked Ms. von Muhlenbrock to provide a copy of the letter notifying her that she was not selected for the Foreign Law Specialist position. In response, Ms. von Muhlenbrock provided this EEO Counselor with an email dated May 5, 2003, from the Library of Congress, informing her that another candidate was selected for the position. (Attachment 6)

Question 8c asked Ms. von Muhlenbrock to provide a copy of any other documents or supporting information that she considered relevant to the issues contained in her informal complaint. In response, Ms. von Muhlenbrock forwarded this EEO Counselor an email she received from Billie D. Nichols, Staffing Specialist, dated July 9, 2003, responding to her request to receive her application score and the score of the person selected. (Attachment 7)

3

On December 24, 2003, this EEO Counselor received, via first class mail, a copy of the first page of the complaint Ms. von Muhlenbrock filed with the United States District Court for the District of Columbia (Civil Action No. 85-1786). This document was in response to "Question 8a" of the November 6th email, which requested information on Ms. Von Muhlenbrock's prior EEO complaint activity. (Attachment 5)

On January 8, 2004, this EEO Counselor spoke to Dean Flowers, Chief, Equal Employment Opportunity Complaint Office, and updated him on the status of Ms. von Muhlenbrock's informal complaint, and inquired about the procedure for obtaining a copy of Vacancy Announcement 020307, Foreign Law Specialist, the name of the Selecting Official for the position, the names of the panelists, and other pertinent information. Mr. Flowers instructed me to contact William "Bill" Ayers, Director, Workforce Acquisition. Thereafter, this EEO Counselor contacted Mr. Ayers and after providing him with the requisite authorization, via facsimile, Mr. Ayers agreed to forward the requested information.

On January 13, 2004, this EEO Counselor received a call from Dorthea Hill, Staffing Specialist. Ms. Hill stated that Mr. Ayers forwarded my request to her. She also stated that she had collected the requested documents and was prepared to forward them, via federal express. On January 15, 2004, this EEO Counselor received the package from Ms. Hill, and on January 16, 2004, I telephoned and emailed Ms. Weiss and provided her the status of Ms. von Muhlenbrock's case. Ms. Weiss told this EEO Counselor that she would confer with her client, and contact me if she had additional questions or needed additional information. However, on January 16, 2004, Ms. Weiss emailed the EEO Counselor and stated that Ms. von Muhlenbrock had the flu. Ms. Weiss said she would call again later.

On January 20, 2004, Ms. Weiss emailed this EEO Counselor requesting "notes or documents regarding the selection process from the Selecting Official or any other person involved in the selection process, the procedure for the selection process and how the scores were tabulated, the applications of all persons who applied for the position, documents indicating the person interviewed for the position, the scores received by all applicants, the procedure which explains the self-rating process, and documents indicating applicants that engaged in EEO protected activity."

After reviewing Ms. Weiss' requests, this EEO Counselor emailed Mr. Ayers, on January 22, 2004, regarding the additional requests. After receiving no response, the EEO Counselor forwarded another email to Mr. Ayers on February 5, 2004.

On February 5, 2004, Mr. Ayers telephoned the EEO Counselor. Rita Moton, Staffing Consultant, and Dorthea Hill, Staffing Assistant, were present in his

4

office during the call. Mr. Ayers and his staff proceeded to provide responses to the questions presented in the EEO Counselor's January 22nd email. Mr. Ayers told this EEO Counselor that ten (10) people were interviewed for the Foreign Law Specialist position. He said, "Everyone who received a score of 97, the cut off score, and above, was interviewed."

By way of explanation, Ms. Moton told the EEO Counselor that she was the "Overseer/Facilitator" for the Subject Matter Expert Panel. She said the Panel consisted of Ruth Levush and Tao-Tia Hsia. (Mr. Hsia retired in January 2004.) Ms. Moton informed me that Kersi Shroff was the Selecting Official for the Vacancy Announcement.

Regarding the application process, Ms. Moton said, "The Subject Matter Expert Panel predetermined which category would receive the highest score or the greatest amount of weight." (Ms. Moton told this EEO Counselor that the categories she was referring to appear on the Vacancy Announcement under the heading "Evaluation of Training and Experience.") Ms. Moton said, "Three (3) was the highest score and one (1) was the lowest score" an applicant could receive in each category listed in Vacancy Announcement 020307. Ms. Moton said the highest possible overall score that an applicant could receive was 100.

Ms. Moton said, "When an applicant completes an application on-line, they 'self-assess,' and indicate what level of experience (1-3) they believe they have in each category."

Following my conversation with Mr. Ayers and his staff, this EEO Counselor scheduled interviews with Ms. Levush and Mr. Shroff. This EEO Counselor could not schedule an interview with Mr. Hsia, considering he retired in January 2004, and this EEO Counselor was not provided his forwarding information.

V.   Summary of Complainant's Position:

Ms. von Muhlenbrock believes she was discriminated against, based on retaliation for filing a lawsuit against the Library of Congress (Civil Action 85-1786, U.S. District Court, for the District of Columbia), when she was not selected for Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11. She said, "I have tried to return to the Library of Congress twice since 1990."

By way of background, Ms. von Muhlenbrock stated that the complaint she filed in District Court was based on sex discrimination and sexual harassment. She said the lawsuit was settled, resulting in her receiving her promotion to a GS-14.

5

VI.  Summary of Management's Position:

Kersi Shroff, Chief, Western Law Division
Selecting Official for Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11

and

Ruth Levush, Senior Legal Specialist, Eastern Law Division
Panelist for Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11

On February 10, 2004, this EEO Counselor conducted the in-person interview of Kersi Shroff, Chief, Western Law Division, and Ruth Levush, Senior Legal Specialist, Eastern Law Division. (When scheduling a time for the interviews, Mr. Shroff suggested that, if Ms. Levush agreed, I could interview him and Ms. Levush together. Therefore, after receiving Ms. Levush's approval, I interviewed the two of them at 3 p.m. on February 10, 2004.)

After the introductions, I provided Ms. Levush and Mr. Shroff, with the allegations and resolution requests contained in Ms. von Muhlenbrock's informal complaint.

Mr. Shroff told this EEO Counselor that the position that the Panel was filling was located in the Western Law Division. He said they interviewed a total of ten (10) people. Mr. Shroff said Ms. von Muhlenbrock was not interviewed because she was not on the list of the ten (10) candidates Human Resources gave him for Vacancy Announcement 020307.

When this EEO Counselor asked Ms. Levush and Mr. Shroff if they knew Ms. von Muhlenbrock, Mr. Shroff stated, "Yes, I know her. She worked in the former Hispanic Law Division." He continued, "I have known her for several years, professionally. We were colleagues. She was in one Division, and I was in another." Mr. Shroff said he never supervised her, and she was never his subordinate.

Ms. Levush said, "I know who she is, but prior to yesterday, I did not know that I knew her." Ms. Levush told this EEO Counselor that she does not know Ms. von Muhlenbrock personally.

Regarding the interview process, Ms. Levush and Mr. Shroff stated that they returned their notes to Human Resources. Mr. Shroff, said, "Panelists are given a little booklet. We take notes in the booklet. However, at the end of the interview process, we surrender the booklet to HR." Mr. Shroff told this EEO Counselor that the panelists receive one booklet per candidate.

6

Ms. Levush said, "All candidates had the same questions." She continued, "It was a structured interview process."

Mr. Shroff continued, "As the Selecting Official, I decided to interview ten (10) people." He said, "I believe they usually allow you to interview the top seven (7)." He continued, "They automatically give you seven candidates to interview. In this case, I wanted to dig a little deeper, and chose to look at the top ten." He said, "My thinking at the time was, if the top ten did not work, we could go deeper, but the top ten worked out."

This EEO Counselor asked Mr. Shroff if he was aware at the time he decided to interview ten candidates, that Ms. von Muhlenbrock was number twelve (12) on the list. Mr. Shroff said, at the time he decided to interview ten candidates, instead of the usual seven, he did not have the list of names. He said, "I had numbers, no names. After I told them I wanted 10 candidates, then they gave me the names. I had no idea where Ms. von Muhlenbrock was in the ranking."

Mr. Shroff told this EEO Counselor that he did not discriminate against Ms. von Muhlenbrock. He said she did not make the interview list. Considering Mr. Ayers' office provided this EEO Counselor with the name and application for Gustavo Guerra, the candidate selected for Vacancy Announcement 020307, Foreign Law Specialist, the EEO Counselor asked Mr. Shroff for confirmation of the Panel's selection, and he confirmed that Mr. Guerra was selected for the position.

Regarding Ms. von Muhlenbrock's resolution requests, Mr. Shroff and Ms. Levush stated they were not able to resolve the complaint.

VI. <u>Disposition</u>:

On February 13, 2004, this EEO Counselor spoke to Gisela von Muhlenbrock's attorney, Francine Weiss. After I told her about the documents obtained from the Library of Congress' Human Resources Division, and provided her with a brief overview of the discussions with the Selecting Official and the panelist, Ms. Weiss instructed me to forward Ms. von Muhlenbrock's Notice of Final Interview to her, via certified mail, and to Ms. von Muhlenbrock, via airmail. (This EEO Counselor asked Ms. Weiss to confirm both of their mailing addresses. Ms. Weiss told this EEO Counselor that she would email both of their addresses so that the EEO Counselor could forward the requisite Notices, as instructed.) Ms. Weiss told this EEO Counselor that Ms. von Muhlenbrock intended to file a formal complaint.

The Notice of Right to File was received by Ms. Weiss on February 17, 2004.

## ATTACHMENTS

1. Initial Intake Documents.

2. Email from EEO Counselor, Danee Gaines, to Francine Weiss, attorney for Gisela von Muhlenbrock, with the Subject "For Your Client – Ms. von Muhlenbrock," dated November 6, 2003.

3. Email from Francine Weiss to EEO Counselor, Danee Gaines, with the Subject "Gisela von Muhlenbrock," dated November 20, 2003.

4. Email from Francine Weiss to EEO Counselor, Danee Gaines, with the Subject "Letter from Ms. von Muhlenbrock," dated December 3, 2003.

5. Letter to EEO Counselor, Danee Gaines, from Francine Weiss, dated December 22, 2003, enclosing the cover page from Ms. von Muhlenbrock's lawsuit.

6. Email from Gisela von Muhlenbrock to EEO Counselor, Danee Gaines, dated December 8, 2003, forwarding an email she received from the Library of Congress regarding Vacancy Announcement 020307, dated May 5, 2003.

7. Email from Gisela von Muhlenbrock to EEO Counselor, Danee Gaines, dated December 8, 2003, forwarding an email she received from Billie Nichols, Staffing Specialist, dated July 9, 2003.

8. Email from Danee Gaines, EEO Counselor to William Ayers, with the Subject, "Von Muhlenbrock's Informal Complaint," dated January 9, 2004.

9. Email from Dorthea A. Hill, Staffing Assistant, to Danee Gaines, with the Subject, "Von Muhlenbrock's Informal Complaint," dated January 13, 2004.

10. Vacancy Announcement 020307, Foreign Law Specialist, GS-0095-11, closing date January 27, 2003.

11. Memorandum from Billie Nichols, Sr. Personnel Staffing Specialist, to Kersi B. Shroff, Selecting Official, with the Subject, "Interview Referral List for the Foreign Law Specialist (Spanish) position," dated February 13, 2003.

12. Library of Congress Structured Interview Guide, Section I, Instructions, with interview notes, Gustavo Guerra (Selectee).

13. List of Applicants for the Foreign Law Specialist, GS-0095-11, Issue Date January 30, 2003.

14. List of Interviewees for the Foreign Law Specialist, GS-0095-11, Issue Date February 11, 2003.

15. The Library of Congress, Structured Interview Guide, Foreign Law Specialist (Spanish) (Grade 11) VA#020307, for Candidate Gustavo Guerra (Panelist Kersi Shroff).

16. Writing Sample Provided by Gustavo Guerra.
17. Gisela von Muhlenbrock's Application for Foreign Law Specialist, GS-0095-11, completed on-line.
18. Email from Francine Weiss, to EEO Counselor, Danee Gaines, with the Subject "Gisela von Muhlenbrock," dated January 16, 2004.
19. Email from Francine Weiss to EEO Counselor, Danee Gaines, with the Subject "Gisela von Muhlenbrock," dated January 20, 2004.
20. Email from Danee Gaines, EEO Counselor, to William Ayers, with the Subject, "Von Muhlenbrock," dated February 4, 2004.
21. Notice of Final Interview and Right to File a Formal Complaint, dated February 13, 2004, with green card showing receipt by Complainant's attorney, dated February 17, 2004.