2010-3.1



GOVERNMENT
EXHIBIT
E
05-1921HKK

**Important Notice:** To ensure that you are viewing the most recent version of a Library regulation or other material on the OGC Web site, Internet Explorer users should click the "Refresh" button. Netscape, Firefox, and Safari users should click the "Reload" button.

*LIBRARY OF CONGRESS REGULATIONS*

| [Library of Congress dome] |

# LCR 2010-3.1

**SUBJECT: Resolution of Problems, Complaints, and Charges of Discrimination in Library Employment and Staff Relations Under the Equal Employment Opportunity Program**

| SERIES: 2010<br>Employment and Assignments | STATUTORY AUTHORITY:<br>2 U.S.C. §136 | RESPONSIBLE OFFICE: Human Resources Services |
|---|---|---|
| ISSUE DATE:<br>September 28, 1984 | REVIEW DATE:<br>September 28, 1986 | SUPERSEDES:<br>April 20, 1983, issuance of page 1 of LCR 2010-3.1 |

**Contents:**

Section 1. Purpose
Section 2. Policy
Section 3. Assignment of Responsibilities
Section 4. Precomplaint Procedures
Section 5. Filing and Presentation of Complaints
Section 6. Acceptance of Complaints
Section 7. Termination of Complaints

Section 8. Investigation of Complaints
Section 9. Adjustment of Complaints and Offer of Final Agency Decision and/or Hearing
Section 10. Hearing
Section 11. Final Agency Action
Section 12. Third Party Allegations
Section 13. Remedial Actions
Section 14. Administrative Provisions

## Section 1. Purpose

This Regulation states the Library's policies and procedures for the resolution of problems, complaints, or charges relating to discrimination, as defined in Section 2.A. of LCR 2010-2, Policy of Non-Discrimination in Library Employment and Staff Relationships under the Equal Employment Opportunity Program, received from individuals or groups in the Library or from applicants for employment.

## Section 2. Policy

A. It is the policy of the Library to provide an impartial and expeditious counseling and investigatory activity as part of the Equal Employment Opportunity Program, which shall assure access by all staff and attempt prompt solution to problems, complaints, or charges of discrimination based on

grounds of race, color, religion, sex, national origin, age, physical or mental handicap, or sexual harassment. All staff members shall cooperate in providing information and consultation, and supervisors shall allow an adequate amount of official time for solutions to equal opportunity problems. Conciliation and resolution of complaints shall be sought by all parties concerned at all stages of the process provided for in this Regulation.

B.  Should discrimination be found and/or charges of discrimination sustained under this Regulation, disciplinary action against those responsible shall be taken when it is appropriate.

C.  Where it has been determined that remedial action is appropriate, it shall be provided within the law and Library Regulations.

## Section 3. Assignment of Responsibilities

A.  Equal Employment Opportunity Complaints Office (EEOCO)

The EEOCO shall be responsible for developing and executing the program and procedures for the resolution of complaints and charges of discrimination, including the hearing procedures. It shall operate under the general guidance of the associate Librarian for Management, who provides direction to the Chief, EEOCO, who in turn, directs the EEOCO staff. Any conflicts which staff members may have between their duties as Equal Opportunity Officers and Counselors and their official positions shall be resolved by the Chief.

B.  The Chief, Equal Employment Opportunity Complaints Office (EEOCO)

The Chief, EEOCO (hereinafter "Chief"), provides leadership for the EEOCO and shall review findings and recommendations of the EEOCO and attempt resolution of complaints. With respect to all third party problems, complaints or charges, and those of outside applicants, his/her decision shall be a final agency decision. Where the Chief does find discrimination, he/she is hereby authorized to take any appropriate remedial action he/she deems necessary. In any case where the EEOCO or members thereof are charged in a complaint(s) filet with the EEOCO, The Associate Librarian of Congress shall be substituted for the Chief in all references in this Regulation.

C.  Assistant Chief, Equal Employment Opportunity Complaints Office

Through close association with the Chief, Library staff members, and Library organizations, the Assistant Chief, EEOCO (hereinafter "Assistant Chief"), shall direct the EEOCO Program. He/she shall have the authority to direct that personnel actions involved in an allegation of discrimination be suspended for a period not to exceed 10 workdays from the date of the request. If an extension beyond this time is desired, such extension shall be approved by the Director of Personnel. The Assistant Chief shall furnish data and statistics, initiate studies, develop and implement uniform procedures, participate in recommendations in discrimination cases, counsel the EEOCO staff and other Library officers, and assist the hearing examiners as needed.

D.  Equal Opportunity Officers

Equal Opportunity Officers (hereinafter "Officers") shall be available for consultation by Counselors. The Officers shall review, process and attempt resolution of problems or complaints referred by the Assistant Chief, and they shall make findings and recommendations thereon. In addition, they shall handle precomplaints and complaints by third parties and groups. The Officers

shall act for the Assistant Chief as assigned. They may also assist the Assistant Chief or the Chief in special studies and planning relating to the Program.

E. Equal Opportunity Counselors

The Equal Opportunity Counselors (hereinafter "Counselors") shall be available to any staff member or qualified applicant who wishes to state the belief, and reasons therefore, that he/she is being or has been discriminated against. The Counselors shall inquire into such allegations, assist a complainant and management, and seek resolution of such matters on as informal and confidential a basis as possible. Counselors shall prepare all necessary records and they shall report promptly, in writing, to the Assistant Chief as required by this Regulation.

F. Equal Opportunity Investigators

Equal Opportunity Investigators (hereinafter "Investigators") are responsible for investigating assigned complaints pursuant to the procedures set out in Section 8.B., below.

G. Supervisors

It is the responsibility of department heads, division chiefs, and immediate supervisors to make the contents of this Regulation available to their staff members. In addition, supervisors shall be responsible for notifying the EEOCO immediately of any allegations of discrimination brought to their attention from within their jurisdiction. They also shall be responsible for cooperating with the EEOCO in its investigation, and they shall take or recommend remedial measures where possible in order to resolve specific cases.

H. The Librarian

The Librarian or his/her designee (hereinafter "The Librarian") will make the final agency decision on all complaints appealed from a decision by the Chief, with or without a hearing. (See Sections 9 and 11, below.) All authority not herein delegated under this Regulation is reserved to The Librarian.

**Section 4. Precomplaint Procedures**

This Section shall apply to individual problems or charges of discrimination only. General allegations of discrimination filed by organizations or third parties shall be considered third party allegations and provisions for processing the same are provided for in Section 12, below. The precomplaint procedures are as follows:

A. A staff member, or qualified applicant, who believes that he/she has been, or is being, discriminated against, and who wishes to resolve the matter, shall notify and consult with a Counselor not later than 20 workdays after the date of the alleged discriminatory matter. The counseling process shall be informal and at the request of the complainant confidential. The name of the complainant may be used only with his/her permission. The allegation need not be in writing.

B. The time limitation for notifying the Counselor may be extended upon written request to, and approval of, the Assistant Chief. In such a request, the complainant shall cite justification for the delay. The Assistant Chief's reply shall be in writing. The Assistant Chief shall extend the time

limits upon his/her prior determination that the complainant was prevented by circumstances beyond his/her control from submitting the matter within the required time limits.

C.  After recording the initial counseling date, the Counselor shall make whatever inquiry into the matter he/she considers necessary, with the aim of assisting the complainant and management in defining and understanding the problem or charge. He/she also shall seek to resolve the problem on an informal basis to the satisfaction of all parties. The Counselor shall keep a record of his/her counseling activities. Where the Counselor concludes that a matter does not involve discrimination, as defined by Section 2.A. of LCR 2010-2, he/she shall advise the complainant of such conclusion within the time period and pursuant to the procedures set out in Section 4.D., below. Should the Counselor recognize, however, that there is in the problem a matter requiring other management attention, he/she shall refer the complainant to the appropriate Library officer.

D.  Insofar as is practicable, the Counselor shall conduct a final interview with the complainant not later than 15 workdays after the initial counseling date. If, at that time, the Counselor has not resolved the matter to the satisfaction of the parties, he/she shall notify the complainant, in writing, of his/her right to file a complaint at any time after receipt of the said notice up to 10 workdays therafter, and the appropriate official with whom to file the complaint. A copy of the notice shall be sent to the Assistant Chief. The Counselor shall not restrain a complainant from filing a complaint nor shall the Counselor restrain a staff member charged from independently seeking counsel or otherwise exercising his/her right to defend himself/herself against charges of discrimination. In carrying out his/her responsibilities under this Section, the Counselor shall have the full cooperation of all staff members, and he/she shall be free from restraint, interference, coercion, or reprisal in connection with the performance of these duties.

E.  When advised by the Assistant Chief that a complaint of discrimination has been filed, the Counselor shall submit a written report to the Assistant Chief, with a copy of the same to the complainant, summarizing the counseling advice he/she gave the complainant and management officials. If the Counselor had been able to propose a solution which he/she considered to be equitable, and where the complainant or management refused to accept that solution, offering no reason(s) which the Counselor considered justifiable, the Counselor shall make a record of this in his/her report. Where such refusal was by the complainant, the record may serve as the basis for acceptance or rejection of a complaint by the Assistant Chief (see Section 6.F., below). Where such refusal was by management, the reason(s) for the refusal shall be stated in writing; the Assistant Chief may then take the matter and the pertinent files directly to the Chief for a decision on implementing appropriate corrective action immediately.

## Section 5. Filing and Presentation of Complaints

A.  In pursuing all processes under this Regulation, a complainant and any staff member(s) charged, as well as their representatives, shall be free from restraint, interference, coercion, or reprisal. The complainant and any staff member(s) charged shall each have the right to be accompanied, represented, and advised by a representative of their own choosing. Subject to the provisions of Section 5.B., below, a staff member may serve as the representative for a dissatisfied staff member or staff member(s) charged; however, he/she may so represent a non-staff member complainant only while on his/her own time.

B.  Dissatisfied staff members or staff members charged shall be permitted to have as their representative a particular staff member of the Library, provided that said staff member consents and that such representation would not result in a conflict of interest. Dissatisfied staff members, staff members charged, and their representatives shall be permitted to have a reasonable amount

of official time for consultation and/or preparation and presentation or defense of a complaint.

C. Should issues develop over these rights, they shall be resolved by the Assistant Chief. In resolving conflicts, the Assistant Chief may seek information and/or advice from appropriate Library officers or staff members.

D. The complainant shall submit his/her complaint in writing on Form 16-5a, Complaint of Discrimination. A complaint may be submitted by a complainant's representative, and in such instances, a written designation of representation, signet by the complainant, shall be attached to the complaint when filed. In all cases, whether filed by the complainant or by his/her representative, the complaint shall be signed by the complainant.

E. Complaints shall be addressed to the Assistant Chief and submitted to the EEOCO in person or by U.S. mail. Complaints shall be deemed filed on the date they are delivered to and received by the Assistant Chief, or if sent by U.S. mail, on the postmark date.

F. The Assistant Chief shall extend the time limits (see Section 4.B., above) for filing a complaint upon his/her prior determination that the complainant was prevented by circumstances beyond his/her control from submitting the complaint on time.

G. The Assistant Chief shall acknowledge acceptance of a complaint, using Form 16-3b, Notice of Receipt and Acceptance of Discrimination Complaint. Said acknowledgment shall be sent to the complainant or his/her representative and shall advise the complainant of his/her administrative rights and of his/her right to file a civil action, and it shall further inform him/her of the time limits imposed on the exercise of these rights.

## Section 6. Acceptance of Complaints

A. The Assistant Chief shall accept a complaint for processing under this Regulation only if the requirements of this Section are met.

B. Complaints which are within the purview of this Regulation and which are filed with the Assistant Chief shall be accepted for processing only if:

1. The complaint is in writing, using Form 16-5a, and alleges, in sufficient specificity, discrimination on the basis of race, color, religion, sex, national origin, or age [to be entitled to file an acceptable complaint based on discrimination because of age, one shall be at least 40 years of age but less than 65 years of age at the time the action complained of occurred.]

2. The complainant has brought to the attention of a Counselor the matter causing him/her to believe he/she was discriminated against, and he/she did so within 20 workdays after the date of the alleged discriminatory matter, or such extension of said time period as was granted under the provisions of Section 4.B., above; and

3. The complainant or his/her representative has submitted the written complaint to the Assistant Chief within 10 workdays of the date of receipt of a final notice from a Counselor (see Section 4.D., above).

C. Complaints filed with the Assistant Chief shall be within the purview of this Regulation. In making that determination, the Assistant Chief shall be guided by the report of the Counselor and

the allegation requirements of Section 6.B.(1), above.

D. If an allegation of discrimination is filed by a group of complainants reflecting an individual complaint which they have in common, and it otherwise satisfies the requirements of this Section, it shall be accepted for processing under this Regulation as a single complaint, with a joint investigation and, if necessary, a joint hearing (see Section 9.E., below). If the allegation filed by the group does not reflect an individual complaint which they have in common, it shall be treated as a third party allegation and processed under Section 12, below.

E. The Assistant Chief shall not accept a complaint that (1) is not filed on time (see Sections 4.D. and 5.E. above); or (2) contains allegations which to not come within the purview of this Regulation; or (3) contains allegations which set forth substantially identical matter as that which gave rise to a previous complaint, filed by the same complainant, which is pending in the Library or has been decided by the Library.

F. In addition to the above, the Assistant Chief shall not accept a complaint in which, under Section 4.E. above, the accompanying report of the Counselor leads the Assistant Chief to concur with that Counselor's proposed solution, because he/she finds it to be favorable to the complainant, equitable under the circumstances, and acceptable to management, and that the complainant has refused to accept that solution, offering no reason or no justifiable reason for refusal.

G. Where he/she has determined that a complaint will not be accepted, the Assistant Chief shall transmit that decision, along with the reason for such, in writing, to the complainant and his/her representative. That notice shall inform the complainant of his/her right to appeal that decision to the Chief within five workdays after his/her receipt of such. A copy of this written decision shall be sent to the Chief.

H. If the complainant wishes to appeal the Assistant Chief's decision not to accept his/her complaint, he/she shall file an appeal, in writing, with the Chief not later than five workdays after receiving the Assistant Chief's decision. The complainant's written appeal shall contain the reasons why his/her complaint should be accepted. The Chief shall make a final agency decision on acceptance of the complaint for processing and shall submit his/her decision, in writing, to the complainant and his/her representative not later than five workdays after receipt of the appeal. A copy of the Chief's written decision shall be sent to the Assistant Chief.

## Section 7. Termination of Complaints

A. If an adjustment of the complaint is reached, the terms of the adjustment shall be reduced in writing and made part of the complaint file, with a copy of the adjustment provided to the complainant. If the Library does not carry out or if it rescinds any action specified by the terms of the adjustment for any reason not attributable to acts or conduct of the complainant, the Library shall, upon the complainant's written request to the Assistant Chief, reinstate the complaint for further processing from the point processing ceased under the terms of the adjustment.

B. At any stage of the complaint process, a complainant may withdraw his/her complaint by giving written notice to the Assistant Chief that (l) he/she does not wish to proceed, or (2) he/she wishes to withdraw his/her complaint.

C. In instances in which the Assistant Chief has determined that a complainant, having had opportunity to do so, has failed to prosecute his/her complaint, the Assistant Chief may cancel a

complaint, subject to the complainant's right to appeal such action.

D. Where he/she has made a decision to cancel a complaint, the Assistant Chief shall transmit that decision, along with the reasons for such, by letter to the complainant and his/her representative. That decision letter shall inform the complainant of his/her right to appeal the decision to the Chief within five workdays after the complainant's receipt of such letter.

E. Any appeal of the Assistant Chief's decision to cancel a complaint shall be filed by the complainant, in writing, with the Chief not later than five workdays after receipt by the complainant of such decision. In his/her appeal, the complainant shall state his/her reasons why the complaint should not be cancelled. The Chief shall make a final agency decision on retention of the complaint for processing and shall communicate such decision in writing to the complainant and his/her representative not later than five workdays after receipt of the appeal. A copy of the Chief's written decision shall be sent to the Assistant Chief.

F. Any cancellation action which is sustained by the Chief, or any voluntary withdrawal of a complaint by the complainant, shall preclude future refiling of the same complaint.

## Section 8. Investigations of Complaints

A. If a complaint is accepted, pursuant to the provisions of Section 6., above, the Assistant Chief shall give written notice to each individual charged and shall indicate that the individual has the right to representation under this Regulation. The Assistant Chief shall assign the case to an Officer, who shall conduct such initial inquiry or further review as is applicable, hear, if appropriate, any statement from any party, and resolve the matter, if possible. The complaint shall have sufficient specificity to enable the Officer to review the charges properly and effectively. The Officer may require such additional specificity as is necessary to proceed with his/her inquiry. All evidence in the complainant's possession shall be provided to the EEOCO. If the Officer cannot resolve the case within 10 workdays, the Officer shall request the Assistant Chief to assign an Investigator to the case.

B. Upon request of an Officer, the Assistant Chief shall assign the case to an Investigator, who shall investigate and submit a written report and the investigative file to the Officer assigned to the case within 30 workdays. The report shall detail the scope and content of the investigation, and the investigator shall report all information resulting from his/her investigation.

C. The Officer shall review the Investigator's report and the investigative file. He/she shall then make available to the complainant a copy of the report, a list of all witnesses interviewed, and a list of all documents in the file. The written findings of the Officer shall be submitted to the Assistant Chief no later than 10 workdays after the Officer has received the Investigator's report and the investigative file.

D. The Assistant Chief shall examine the written findings and the investigative file, resolve any further questions he