UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GISELA VON MUHLENBROCK, ) )  Plaintiff ) ) v. ) JAMES H. BILLINGTON,  Librarian of Congress, ) ) Defendant. ) | Civil Action No. 05-1921 (HHK) |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion to Dismiss,* the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this ___ day of

_____, 2006, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530