```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **GISELA VON MUHLENBROCK,** | ) |
| | ) |
|       **Plaintiff** | ) |
| | ) |
|  v. | ) |
| | ) Civil Action No. 05-1921(HKK) |
| **JAMES BILLINGTON,** | ) |
|   Librarian of Congress, | ) |
| | ) |
|       Defendant. | ) |
| _____ | ) |

**NOTICE TO THE COURT REGARDING SERVICE**

On Tuesday, April 18, 2006, Defendant filed his Motion to Dismiss indicating on the *Certificate of Service* that Plaintiff was being served via the Court's Electronic Case Filing System and by first class, postage prepaid mail. However, the latter type of service was inadvertently not effectuated, and is being done today, April 20, 2006. Given the brief delay in effectuating service, Defendant's position is that, pursuant to and consistent with Local Rule 7(b), Plaintiff has until May 2, 2006 to file an opposition or other type of response to Defendant's Motion.

                         Respectfully submitted,

                         /s/ Beverly M. Russell
                         _____
                         BEVERLY M. RUSSELL, D.C. Bar #454257
                         U.S. Attorney's Office for the
                           District of Columbia, Civil Division
                         555 Fourth St., N.W., Rm. E-4915
                         Washington, D.C. 20530
                         Ph: (202) 307-0492
                         Fax: (202) 514-8780
                         E-mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing <u>Notice to the Court Regarding Service</u> was made by the Court's Electronic Case Filing System and by first class, postage pre-paid mail, this <u>20th</u> day of April, 2006 to:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney