## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GISELA VON MUHLENBROCK,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**JAMES BILLINGTON,**<br><br>　　　　　　　　Defendant. | Civil Action 05-01921 (HHK) |

### ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S
### DISPOSITIVE MOTION

This matter comes before the court upon defendant's Motion to Dismiss filed on April 18, 2006. Plaintiff, proceeding *pro se*, has yet to file a response or opposition to the motion.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this 25th day of April, 2006, hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by May 22, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge