UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK )
    Plaintiff )
    )
    )
v. ) Civil Action No. 05-1921 (HKK)
    )
JAMES BILLINGTON )
   Librarian of Congress )
    Defendant )

## MOTION OPPOSING DEFENDANT'S MOTION TO DISMISS

Plaintiff petitions the Court not to grant dismissal of her complaint because the arguments and facts supporting the petition cannot be proven or are erroneous.

A. <u>Plaintiff Failed to Timely Exhaust Her Administrative Remedies</u>

This complainant applied on line to the posted Foreign Legal Specialist position while in Santiago, Chile. Throughout the long and slow process of investigation of my administrative complaint for non selection in reprisal for past protected activity the Library of Congress never used that argument to dismiss my complaint.

To the contrary, filed from Santiago, using all available electronic means, and represented in Washington by Attorney Ms Francine Weiss, the complaint was accepted by the Equal Employment Opportunity Office (EEOCO). It was logged it on July 17, 2003 as EEO Case # 03-38 and the EEOCO contracted a Counselor Ms. Danee Gaines for the Informal Complaint Process. The EEO Counselor was advised by members of the Selection Panel that the informal complaint could not be resolved. The final interview and Right to File Complaint date was February 13, 2004. Actually, when the formal complaint was accepted Mr. T. Dean Flowers, Acting Assistant Chief of the EEO Complaints Office mailed to Santiago, Chile a letter dated July 29, 2004 accepting the complaint and including a copy of LCR 2010-3.1.

FILED

APR 28 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Formal Complaint dated February 19, 2004 was filed by EEOCO on March 2, 2004.

A second investigator was contracted, Mr Paul Greenberg, the complaint assigned October 5, 2004. The investigation began on or before October 14, 2004.

The final decision with the right to file a civil action was rendered May 26, 2005 by the Chief of the EEOCO of the Library of Congress.

During all this time the EEOCO never raised the issue of compliance of Section 4A of LC 2010-3.1.

B.  <u>Plaintiff Cannot Establish a Prima Facie Case of Retaliation</u>

42 U.S.C. 2000e-3(a) states:

> "It shall be unlawful employment practice for an employer to discriminate against any of his employees...because he has opposed any practice by this subchapter, or he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing der this subchapter."

Plaintiff can demonstrate that she engaged in protected behavior as Civil Action No. 85-1786 and the Consent Decree, Settlement Agreement and Stipulation of Dismissal of January 10, 1986 document.

In regard to causal connection, the Civil Rights Act of 1964 does not establish a statute of limitations for civil rights nor does the US Constitution in its Bill of Rights. The connection in this case is the knowledge, the institutional memory and the identity of the protagonists making decisions. The current Law Librarian of Congress Rubens Medina was a defendant in the 1986 law suit and this plaintiff's Division Chief. Another defendant, Dr Tao-Tia Hsia, former Chief of the Far Eastern Law Division, was serving in the Selection Panel for the position posted and applied by this complainant.

Also, plaintiff tried to apply to a posted position in 1991.

Factual Background

The Memorandum of Points contains factual errors concerning the scoring by the automated on-line system and the rules for selection under the Library of Congress Merit Selection and Promotion Plan of June 19, 2001 and ignores other facts supporting the complaint. All this issues and substantiating evidence need to be examined and settled by this court of law.

Conclusion

Plaintiff respectfully requests that the Defendant's Motion to Dismiss filed on April 18, 2006 be denied.

Respectfully Submitted

*Gisela von Muhlenbrock*
Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, MD, 20906
(301) 598-4701

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK )<br>   Plaintiff )<br>)<br>v. )<br>)<br>JAMES BILLINGTON )<br>   Librarian of Congress )<br>      Defendant ) | Civil Action No. 05-1921 (HKK) |

CERTIFICATE OF SERVICE

I, hereby certify that on the 27th of April, 2006, a copy of MOTION OPPOSING

DEFENDANT'S MOTION TO DISMISS was mailed to defendant at the following address:

Beverly M. Russell
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 Fourth St., N.W., Room E- 4915
Washington, D.C. 20530

Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, Md, 20906