UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK )
   Plaintiff )
)
v. ) Civil Action No. 05-1921 (HKK)
)
JAMES BILLINGTON )
  Librarian of Congress )
     Defendant )

**MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to 42 U.S.C. S2000e-5 (f) (1) I am requesting appointment of an attorney to represent me and exemption from payment of fees, costs or other security. I believe I meet the criteria established in Local Civil Law Rule 83.11:

1) The nature and complexity of retaliation, a behavior and practice that attacks the exercise of basic rights and guarantees under the U.S. Constitution, universal rights and guarantees incorporated in International Conventions and that were legislated in the Civil Rights Act of 1964. Obviously, a pragmatic and wise Congress anticipated the need to protect employee's means of livelihood from possible resentment of employers and their ability to make life miserable to employees in a overt or concealed manner for exercising civil rights by using management's wide range of discretionary powers. But retaliation in government has a particular effect in good governance, accountability and efficiency. It can freeze or deter the necessary reporting by any employee of theft, fraud, abuse, malfeasance, corruption and bribery, a reporting protected from retaliation by the so called "Whistle-blower" statutes. Thus protection from retaliation serves both as public policy and issue of public interest.

2) I claim that retaliation has taken place in the two times I have applied to a Foreign Law

FILED
APR 28 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Specialist position at the Library of Congress after the January 10, 1986 Consent Degree, Settlement Agreement and Stipulation of Dismissal settled the issue of discrimination and sexual harassment. Only retaliation can explain to a reasonable person non selection in spite of my level of performance, GS 14, Step 5; justify perjury committed by a Selecting Officer during the investigations of my EEO complaint; violation of the rules established in the Library of Congress Merit Selection and Promotion Plan of June 19, 2001, rules recommended and approved by the Judge in the class action suit filed by the Black Professionals and Technicians of the Library of Congress. The case is captioned <u>Cook v. Billington</u>, C.A. No. 82-0400 (NHJ/PAJ). The Cook settlement agreement is dated is August 2, 1994.

3) I have done a good faith effort to retain legal counsel. The main obstacle has been money and the prospect of a lengthy litigation strategy for which the Library of Congress is well known. Find enclosed letters from the Washington Lawyers Committee for Civil Rights and Urban Affairs and the Law Firm Heller, Huron, Chertkof, Lerner, Simon & Salzman.

On February 2, 2006 I was the victim of a rear end collision which required surgery for a sub-dural hemorrhage that has left me with permanent head ache and totaled my car, a fact that I am also documenting.

4) The interests of justice will be served by bringing to the attention of the Court the issue of retaliation by a qualified professional and as a citizen of the United States will be granted equal protection and due process.

Respectfully submitted,

*Gisela von Muhlenbrock*
Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, MD, 20906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK )<br>    Plaintiff                    )<br>                                )<br>v.                                )<br>                                )<br>JAMES BILLINGTON        )<br>  Librarian of Congress     )<br>       Defendant        )| Civil Action No. 05-1921 (HKK) |

CERTIFICATE OF SERVICE

I, hereby certify that on the 27th of April, 2006, a copy of MOTION FOR APPOINTMENT OF COUNSEL was mailed to defendant at the following address:

Beverly M. Russell
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 Fourth St., N.W., Room E- 4915
Washington, D.C. 20530

*Gisela von Muhlenbrock*
Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, Md, 20906

CO-217
Rev. 3/91
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_GISELA VON MUHLENBROCK_
Plaintiff(s)

Civil Action No. _____

VS.

_JAMES B. BILLINGTON_
Defendant(s)

Dear _MS. VON MUHLENBROCK_:

In the above entitled case, please be advised that on _SEPTEMBER 19, 2005_ Judge _SULLIVAN_ endorsed thereon as follows:

"Leave to file without prepayment of costs _DENIED_

_____

_____ "

As a result of the Judge's ruling, your case has been filed and assigned to Judge _____.

All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case. The Judge's initials can be found on the line immediately following their name as shown above.

⊹ NANCY MAYER-WHITTINGTON, CLERK

By: _MRS. M. HIGGINS_
Deputy Clerk

# HELLER, HURON, CHERTKOF, LERNER, SIMON & SALZMAN

P.L.L.C.
ATTORNEYS AT LAW

1730 M STREET, N.W. • SUITE 412
WASHINGTON, DC 20036-4517

(202) 293-8090
FAX: (202) 293-7110
E-MAIL: info@hellerhuron.com

April 4, 2006

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, # 1 J
Silver Spring, MD 20906

   Re: Enclosed Materials

Dear Ms. Von Muhlenbrock:

  I have enclosed the materials that you sent to me, and thank you for giving me the opportunity to review your file. As I explained when we spoke earlier today, unfortunately our firm will not be able to take the case. I do wish you the best of luck with it if you decide to proceed.

             Very truly yours,

             Richard A. Salzman

**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS**

September 21, 2005

Gisela von Muhlenbrock
15301 Pine Orchard Drive
Apt. 1J
Silver Spring, MD 20906

Dear Ms. von Muhlenbrock:

Thank you for contacting the Washington Lawyers' Committee for Civil Rights and Urban Affairs. By this letter, we acknowledge receipt of your request for legal representation. In the near future, we will investigate your claim in order to determine whether we can provide you with the legal assistance you are requesting. Please keep the following points in mind while we make this determination.

First, all communication between you and the staff of the Washington Lawyers' Committee will be treated as confidential, and so we ask for your complete candor throughout the investigative process.

Second, please understand that during this time, we may ask for further information in order to help us evaluate your claim. We request that you respond as promptly as you can, in order to facilitate this process.

Third, if there is a determination that the Washington Lawyers' Committee is able to offer you legal assistance, you will be clearly informed at that time. Unless and until you receive a formal offer of representation from us, please do not assume that we represent you or list the Washington Lawyers' Committee as your representative on any forms or legal documents. **Please note that unless you are clearly notified in writing otherwise, you remain responsible for complying with all deadlines relating to your claim.**

Finally, we will review your claim as quickly as possible. Please keep in mind, however, that the Washington Lawyers' Committee is a nonprofit organization that operates with a very small staff and limited resources and we receive many requests for assistance each day.

Therefore, we may not be able to review your claim immediately. It takes time to review each claim thoroughly and carefully and we will do so as quickly as we can.

Thank you for your cooperation. We look forward to talking with you further.

Sincerely,

Jasmine Miller
Paralegal
Equal Employment Opportunity Project

11 DUPONT CIRCLE, NW • SUITE 400 • WASHINGTON, DC 20036

## GISELA VON MUHLENBROCK

**From:** "Jasmine Miller" <jasmine_miller@washlaw.org>
**To:** <giselavm@verizon.net>
**Sent:** Friday, January 20, 2006 1:58 PM
**Subject:** Letter

January 20, 2006

**VIA EMAIL AND FIRST CLASS MAIL**

Gisela von Muhlenbrock
15301 Pine Orchard Drive
Apartment 1J
Silver Spring, MD 20906

Dear Ms. von Muhlenbrock:

I am writing to inform you that the Washington Lawyers' Committee for Civil Rights and Urban Affairs will be unable to provide you with the assistance you requested regarding your claim against the Library of Congress.

Please understand that the Washington Lawyers' Committee is a non-profit organization that operates with a very small staff and limited resources. We often have to make difficult choices, like this one, that are necessary to allocate our limited resources.

You may want to consider contacting Richard Salzman, an attorney with Heller, Huron, Chertkof, Lerner and Salzman. His contact information follows this paragraph. Moreover, please understand that this referral does not guarantee legal representation.

Richard Salzman
Heller, Huron, Chertkof, Lerner and Salzman
1730 M Street, N.W.
Suite 412
Washington, DC 20036
(202) 293-8090 ext. 14

We wish you the best of luck in resolving your dispute.

Sincerely,

Jasmine Miller

---

Jasmine-Simone Miller
Paralegal, Equal Employment Opportunity Project
*Washington Lawyers' Committee*
*for Civil Rights and Urban Affairs*
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
(202) 319-1000 ext. 130

# State of Maryland Motor Vehicle Accident Report

| Field | Value |
|---|---|
| Report No. | 10688325 |
| Page Of | 1/1 |
| Accident Date | 02/09/2006 |
| Accident Time | 1243 |
| Report Type | INJURY |
| Research | 00 |
| Local Case Number | W06007825 |
| Local Codes | 5411 |
| Photos? | NO |
| Investigating Officer ID | Rea 2099 |
| Agency and Area | MCP - 392 |
| Supervising Officer ID | Raleigh1012 |
| Reviewer ID # | Raleigh |
| Code - and - Name of Municipality | 00 |
| County | 15 |
| RD CHAR | 01 |
| RTE NUM | MD 00097 |
| Road Name | Georgia Ave |
| In Lane | N 2 |
| Traf Sig | YES |
| On Ramp | NO / 0 |
| In Intersection | NO |
| RD COND | 02 |
| INT-RTE | CO 00137 |
| Intersecting Road Name | Emory Ln |
| Milept | 09.99 |
| Dir | N |
| Dist. of Acc fr INT-RTE/Ref. & Dir. | 005.00 |
|  | FT / S |
| RD DIV | 03 |
| SRF COND | 02 |
| C/M ZONE | NO |
| JUNCT'N | 02 |
| EVENT-1 | 01 |
| EVENT-2 | 00 |
| FIX OBJ | 00 |
| COLL TY | 03 |
| LIGHT | 01 |
| WEATHER | 01 |

**Describe Accident:** Veh 2 was stopped in n/b ln 1 for a steady red light. Veh 1 was n/b in Ln 1, did not slow or stop, colliding into the rear of Veh 2. Witness was stopped in n/b left turn lane. All parties agreed on how it happened.

## Unit 01

| Field | Value |
|---|---|
| Name | Lindsay Marie Van Wagner |
| Sex | 02 |
| Address | 14512 Faraday DR Rockville, MD 20853 |
| Type of Unit | DRIVER |
| INJ | 01 |
| EMS | 00 |
| Movement | 01 |
| Condition | 01 |
| Subst | 01 |
| Test | 00 |
| Result | 00 |
| Age | 00 |
| Type | 00 |
| Loc'n | 00 |
| Obey | 00 |
| Visibl | 00 |
| Speed Limit | 45 |
| Saf. Equi | 13 |
| Eq Prob | 01 |
| Eject | 01 |
| Citation Number | EC44223 |
| Fault | YES |
| Going | 01 |
| Driver's License # | V-525-522-585-628 |
| State | MD |
| Class | C |
| Continu | 01 |
| DR Date of Birth | 08/11/1987 |
| Irregular Condition | -- |
| HM Spill | NO |
| Haz Mat Number | 00 |
| Body Ty | 21 |
| Commer. Vehicle | -- |
| U.S. DOT Number | 00 |
| ICC Number | 00 |
| Body Ty | 00 |
| CDL? | NO |
| Most He | 01 |
| Owner/Carrier Name | -- |
| Owner/Carrier Address | 14512 Faraday Dr Rockville, MD 20853 |
| Contrib. Circumstances | 07 |
| Towed Veh(s) | 00 00 00 |
| Year & Make | 00 0 HOND |
| Model | ODY |
| 1st Impact Pt. | 02 |
| Main Impact | 02 |
| Exp Yr & Registr # | 00 07 M337337 |
| State | MD |
| Areas Damaged | 16 -- 03 |
| Insurer | GEICO |
| Vehicle ID | 2HKRL1869YH506440 |
| Policy Number | 1G286270 |
| Dam Ext | 04 |
| Vehicle Removed By | L & L Towing |
| Vehicle Towed To | L & L Lot |

## Unit 02

| Field | Value |
|---|---|
| Name | Gisela Vonmuhlenbrock |
| Sex | 02 |
| Address | 15301 Pine Orchard Dr Apartment 1-J Silver Spring, MD 20906 |
| Type of Unit | DRIVER |
| INJ | 03 |
| EMS | A / 00 |
| Movement | 06 |
| Condition | 01 |
| Subst | 01 |
| Test | 00 |
| Result | 00 |
| Age | 00 |
| Type | 00 |
| Loc'n | 00 |
| Obey | 00 |
| Visibl | 00 |
| Speed Limit | 45 |
| Saf. Equi | 13 |
| Eq Prob | 01 |
| Eject | 01 |
| Citation Number | 00 |
| Fault | NO |
| Going | 01 |
| Driver's License # | V-545279-019278 |
| State | MD |
| Class | C |
| Continu | 01 |
| DR Date of Birth | 04/09/1937 |
| Irregular Condition | -- |
| HM Spill | NO |
| Haz Mat Number | 00 |
| Body Ty | 02 |
| Commer. Vehicle | -- |
| U.S. DOT Number | 00 |
| ICC Number | 00 |
| Body Ty | 00 |
| CDL? | NO |
| Most He | 01 |
| Owner/Carrier Name | Same |
| Owner/Carrier Address | 00 |
| Contrib. Circumstances | 00 |
| Towed Veh(s) | 00 00 00 |
| Year & Make | 00 99 HOND |
| Model | ACC |
| 1st Impact Pt. | 09 |
| Main Impact | 09 |
| Exp Yr & Registr # | 00 07 3aws74 |
| State | MD |
| Areas Damaged | 08 -- 11 |
| Insurer | State Farm |
| Vehicle ID | 2HGEJ6610XH532166 |
| Policy Number | 077802820 |
| Dam Ext | 04 |
| Vehicle Removed By | L & l Towing |
| Vehicle Towed To | L & L Lot |

## Passengers/Witnesses

| Traffic Unit # | Seating Position | Name & Address | Witness Telephone # | Sex | Age | Safety Equip | Equip Prob | Injur Sever | Ejection | EMS Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| W | W | McCullough, Julie  7008 Kepner CT Lanham, MD 20706 | (240)-472-0835 | 00 | 00 | 00 | 00 | 00 | 00 | 00 |

| Field | Value |
|---|---|
| EMS A | Unit 107: Amb 408 |
| Injured Taken To | 108 Montgomery General |
| EMS Run Report # | 109 F060012803 |

District

# PATIENT DISCHARGE INSTRUCTIONS

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL — UHS Universal Health

DISCHARGE DATE: 3/6/06

DISCHARGE SUMMARY WILL BE DONE BY: Dr. Thompson

ATTENDING: Dr. Uciuski

**BRING THIS FORM WITH YOU TO YOUR DOCTOR'S OFFICE**

76501

(PATIENT IDENTIFICATION)
111212122
VON MUHLENBROCK, GISELA
DOB 04/09/1937   68   SX: F   NSR
MRN: 3473467   ADM/REG DT:03/03/06
G W UNIVERSITY HOSPITAL

**Diagnosis / Problem List:** You were in the hospital because:
S/P (R) chronic Subdural hematoma evacuation

**Activity:** ☐ No Restrictions  ☒ Restricted: (explain below)
Refrain from strenuous activity or heavy lifting (>5lb) until follow up

**Diet:** Resume regular diet: ☒ Yes  ☐ No (explain below)

**Medications:** List All Medications (Dose and Schedule):   Prescriptions given: ☒ Yes ☐ No

Tylenol #3  1-2 pr  4h prn
Colace 100mg  1 po bid

**Vaccines given (Circle):** Pneumovax   Influenza

**Follow-Up / Test To Be Followed-Up By Your Doctor / Notes To Your Doctor:**

See Dr. Uciuski in 7 days   Phone # 301-160-0535

Call office or go to ER if have severe headache, fever, weakness, numbness

**Patient Education / Materials Given:**

**Home Care Instructions:** Can shower on post-op day 3 but do not soak incision in bathtub.

**Lab Tests / Diagnostic Studies:**

Instructions given to: ☐ Patient  ☐ Other: _____
I understand these instruction. They have been explained to me, and I have received a copy.

X Gisvon Muhlenbrock   3/6/06   [physician signature]
SIGNATURE • PATIENT OR SIGNIFICANT OTHER   DATE   PHYSICIAN'S SIGNATURE

```
GEORGE WASHINGTON UNIV. HOSP.
5309 COMMONWLTH CTR, SUITE 300
MIDLOTHIAN, VA  23112
```

                                                          04/12/06

```
GISELA        VON MUHLENBROCK
15301 PINE ORCHARD DRIVE

SILVER SPRING        MD  20906-
```

```
PATIENT NAME:  GISELA        VON MUHLENBROCK
ADMISSION/REGISTRATION DATE:  03/03/06
ACCOUNT NUMBER:      111212122
TOTAL CHARGES: $     21876.50
```

DEAR   GISELA        VON MUHLENBROCK

IN ORDER TO BILL YOUR INSURANCE COMPANY, WE NEED YOU TO COMPLETE
THE ENCLOSED FORM AND RETURN IT TO US WITH A COPY OF BOTH SIDES OF
YOUR INSURANCE CARD.

IF WE DO NOT RECEIVE THIS INFORMATION WITHIN 7 DAYS, THE BALANCE
WILL BE YOUR RESPONSIBILITY.

PLEASE PROVIDE US WITH YOUR HEALTH INSURANCE INFORMATION.

EXT #7191

```
CRYSTLE SHIRLEY
COLLECTOR
866-880-6470
```
-------------------------------------------------------------------

WE ACCEPT MAJOR CREDIT CARDS.  PLEASE INDICATE THE TYPE OF CARD
AND COMPLETE THE FOLLOWING INFORMATION.  RETURN TO THE HOSPITAL.

TYPE OF CARD:    VISA __    MASTERCARD __    DISCOVER __    AMERICAN EXPRESS __

PAYMENT AMOUNT: $_____  NAME ON CARD:_____

CREDIT CARD NO: _____    EXP. DATE: _____

AUTHORIZED SIGNATURE:_____    DATE: _____
 CL05A/    111212122 / VON MUHLENBROCK ,GISELA

**STATEMENT**

**RONALD H. USCINSKI, M.D.**
NEUROLOGICAL SURGERY
18111 PRINCE PHILIP DR., SUITE 310
OLNEY, MD 20832

TELEPHONE (301) 260-0535
FAX (301) 260-0538

Von Muhlenbrock, Gisela
15301 Pine Orchard Dr.
Silver Spring, MD 20906

State Farm

| DATE | PROFESSIONAL SERVICE | CHARGE | PAID | BALANCE |
|---|---|---|---|---|
| 3-2-06 | Neurosurgical cosnultation | 350.00 | | 350.00 |
| 3-4-06 | Evacuation of subdural hematoma ins. out | 6,500.00 | | 6,850.00 |
| 3-10-06 | post op visit | nc | | |
| | TAX ID 200054033 | | | |
| | State Farm | | | |
| | Claim 20 6000 701 | | | |
| | Attention Chanda | | | |

Form 1603

PAY LAST AMOUNT IN THIS COLUMN

OC - OFFICE CALL
HC - HOUSE CALL
HOSP - HOSPITAL CARE
L - LABORATORY
I - INJECTION

INS - INSURANCE
OB - OBSTETRICAL CARE
PAP - PAPANICOLAOU TEST
OS - OFFICE SURGERY
HS - HOSPITAL SURGERY

PE - PHYSICAL EXAMINATION
EKG - ELECTROCARDIOGRAM
XR - X-RAY
M - MEDICATION
NC - NO CHARGE