UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES BILLINGTON,<br><br>                    Defendant. | Civil Action 05-01921 (HHK) |

ORDER

This matter is before the court upon plaintiff's request for appointment of counsel and "exemption from payment of fees, costs or other security." With respect to the portion of plaintiff's motion that seeks exemption from "fees, costs or other security," the court notes that this request was previously denied by Judge Sullivan on September 19, 2005. The court sees no reason to reverse Judge Sullivan's ruling.

As for plaintiff's request for the appointment of counsel, plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981); *Peterson v. Nalder*, 452 F.2d 754, 757 (8th Cir. 1971). The court has considered the potential merits of this claim, the complexity of the legal and factual issues involved, the inability of the party to retain counsel by other means, the degree to which the interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of the appointed counsel, plaintiff's ability to conduct whatever factual investigation is necessary to support his claim, and the ability of plaintiff to support his case. The court has also taken into consideration the limited *pro bono* resources available to the court.

After carefully reviewing and weighing these factors, the court concludes that appointment of counsel is not warranted at this time.

Accordingly, it is this 3rd day of May, 2006, hereby

**ORDERED** that plaintiff's motion for appointment of counsel and for "exemption from payment of fees, costs or other security" (Dkt. #11) is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge