RECEIVED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK :
Plaintiff
    v. :
     :
JAMES BILLINGTON :
Librarian of Congress
The Library of Congress
Defendant : CIVIL ACTION NO. 05-1921 HHK

## MOTION REQUESTING ORDER THAT LIBRARY OF CONGRESS PROVIDE DOCUMENTS

According to her records, plaintiff started working at the Library of Congress on February 2nd 1981. However, in the records of the Social Security Administration I appear as not working and not contributing the years **1981 and 1982**. As a consequence the Social Security Administration has denied benefits.

Because the Social Security Administration requires authenticated copies, ten months ago this plaintiff requested the LC Personnel Office (Letitia Lee) authenticated copies of **W-2 forms and Personnel Action Notifications** corresponding to the years 1981 and 1982 without success. Upon consideration of the above and the personal uncertainty and hardship created, plaintiff respectfully requests this Court grant an order instructing the Library of Congress to provide the **authenticated** documents necessary to correct these omissions and their consequences.

Respectfully submitted,

*Gisela von Muhlenbrock*
Gisela von Muhlenbrock
Pine Orchard Dr. # 1 J
Silver Spring, MD, 20906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK  :
15301 Pine Orchard Drive # 1 J  :
Silver Spring, MD 20906  :
Plaintiff  :
　　　　　　　　　　　　　　　　:
　　　v.  :
　　　　　　　　　　　　　　　　:
JAMES BILLINGTON  :
Librarian of Congress  :
The Library of Congress  :
1st and Independence Avenue SE  :   CIVIL ACTION NO. 05-1921 HHK
Washington, D.C. 20001  :
Defendant.  :

AFFIDAVIT OF SERVICE

I, Gisela von Muhlenbrock, hereby declare that on the 13th of March, 2007, I mailed a copy

of the MOTION REQUESTING ORDER THAT LIBRARY OF CONGRESS PROVIDE DOCUMENTS

to the defendant by certified mail to the following address :

Beverly M. Russel
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 Fourth St., N.W.   Room E- 4915
Washington, D.C.  20530

　　　　　　　　　　　　　　　　　　　　　　　　　　_Gisela von Muhlenbrock_ (signature)
　　　　　　　　　　　　　　　　　　　　　　　　　　Gisela von Muhlenbrock
　　　　　　　　　　　　　　　　　　　　　　　　　　15301 Pine Orchard Drive # 1 J
　　　　　　　　　　　　　　　　　　　　　　　　　　Silver Spring, MD, 20906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK )<br>    Plaintiff ) <br> ) <br> v.   ) <br> ) <br> JAMES BILLINGTON ) <br>  Librarian of Congress ) <br>    Defendant ) | Civil Action No. 05-1921 (HKK) |

### ORDER DIRECTING DEFENDANT TO PROVIDE REQUESTED DOCUMENTS

This matter comes before the court upon "Motion requesting order that Library of Congress provide documents" filed March 13, 2007. Plaintiff proceeding *pro se.*

**ORDERED** that defendant provide the requested documents, as in all fairness, plaintiff has been denied necessary documents to have her employment records corrected for the years 1981 and 1982 in the format required by the Social Security Administration.

Henry H. Kennedy, Jr.
United States District Judge