UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| GISELA VON MUHLENBROCK, | ) | |
|  | ) | |
| PLAINTIFF | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1921 (HHK) |
|  | ) | |
| JAMES H. BILLINGTON, | ) | |
| Librarian of Congress, | ) | |
|  | ) | |
| DEFENDANT | ) | |
| _____ | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION REQUESTING ORDER THAT LIBRARY OF CONGRESS PROVIDE DOCUMENTS**

On September 29, 2005, Plaintiff filed a Complaint in which she alleged retaliation for filing an EEO complaint and a lawsuit based on sex discrimination and sex harassment when the Defendant did not select Plaintiff for a Foreign Legal Specialist Position, Law Library, Library of Congress ("Defendant" or "Library").  Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant moved to dismiss Plaintiff's Complaint for her failure to exhaust administrative remedies.  On March 13, 2007, the Court denied Defendant's motion to dismiss.

Thereafter, on March 14, 2007, Plaintiff filed a *Motion Requesting Order That the Library of Congress Provide Documents* ("Motion for Documents").  Plaintiff's Motion for Documents alleges that the Social Security Administration has denied Plaintiff benefits.  Plaintiff's Motion for Documents requests the Court to order the Library to furnish authenticated copies of Plaintiff's W-2 forms from 1981 to 1982 to challenge the Social Security Administration's alleged actions.  Plaintiff's Motion for Documents should be denied.

Plaintiff is seeking information which is not relevant to her action pending before the Court. The issue presented in Plaintiff's Complaint is whether the Library retaliated against Plaintiff when it did not select her for the position of Foreign Legal Specialist Position. See generally Compl. However, Plaintiff's Motion for Documents seeks tax forms to protest a decision rendered by the Social Security Administration. Plaintiff's Motion for Documents is an inappropriate attempt to use the discovery process in the instant case as a vehicle to acquire documents as to an unrelated matter before another agency. Moreover, because Plaintiff is no longer employed by the Library, the Library does not maintain any records contained in Plaintiff's Official Personnel File and Plaintiff should request those documents from the National Personnel Records Center.[1]

Accordingly, for all of the foregoing reasons, Plaintiff's Motion for Documents should be denied.

Date: March 28, 2007            Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

---

[1] http://www.opm.gov/feddata/recguide.pdf

Of Counsel:
Julia Douds, Esq.
Library of Congress

Case 1:05-cv-01921-PLF    Document 17    Filed 03/28/2007    Page 3 of 4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Reply in Support of Its Motion to Dismiss was sent by the Court's Electronic Case Filing System, and first class, postage prepaid mail, this 28th day of March, 2007 to:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney