UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, </br></br> PLAINTIFF </br></br> v. </br></br> JAMES H. BILLINGTON, </br> Librarian of Congress, </br></br> DEFENDANT | Civil Action No. 05-1921 (HHK) |

ORDER

UPON CONSIDERATION of Plaintiff's *Motion Requesting Order That the Library of Congress Provide Documents*, the grounds stated therefore, Defendant's opposition thereto, and the entire record herein, it is on this ___ day of _____, 2007, hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530