UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, | ) |
| | ) |
|        Plaintiff | ) |
| | ) |
|  v. | ) |
| | ) Civil Action No. 05-1921(HKK) |
| JAMES BILLINGTON, | ) |
|   Librarian of Congress, | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, James Billington, Librarian of Congress, by and through his undersigned attorneys, respectfully moves for an enlargement of time to answer, move or otherwise respond to plaintiff's Complaint up to and including April 27, 2007. The current deadline is tomorrow, Friday, March 30, 2007. Pursuant to Local Rule 7(m), defendant's counsel contacted the pro se plaintiff to obtain her position on this Motion and was informed that plaintiff opposes the Motion. However, as explained below, Defendant respectfully submits that good cause exists for granting the requested relief.

Defendant moves for the enlargement of time to provide the Agency an additional period to provide input for the Answer and because of the considerable work-related demands on defendant's undersigned counsel. Regarding the latter, this week,

defendant's counsel deposed the plaintiff in the case, Adair v. Chao, Civil Action No. 04-1469(EGS) which took all day, Wednesday, March 28, prepared an agency attorney for deposition in the case, Chambers v. U.S. Department of the Interior, Civil Action No. 05-0380(JR), and tomorrow, will file a pleading and a dispositive motion in a case brought against over twenty federal law enforcement officials in the case, Olaniyi v. District of Columbia, et al., Civil Action No. 05-00455(RBW).  Further, defendant's counsel anticipates that a significant part of April will be devoted to depositions and deposition preparations in the case Moncada v. Mineta, Civil Action No. 05-00470(PLF), and expects significant discovery demands in other cases as well.

Accordingly, for the reasons stated herein, i.e., to provide the Agency an additional period to provide input for the Answer and because of the work-related demands on his counsel, defendant moves for an enlargement of time up to and including April 27, 2007 to file his Answer or other response to plaintiff's Complaint.

A proposed Order consistent with the relief requested herein accompanies this motion.

Filed: March 29, 2007              Respectfully Submitted,


                                   /s/ Jeffrey A. Taylor /bmr
                                   _____
                                   JEFFREY A. TAYLOR, D.C. BAR #498610
                                   United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia
555 4th Street, N.W., Rm. E4915
Washington, D.C.  20530
Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond Plaintiffs' Complaint and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, and first class, postage prepaid mail, this 29th day of March, 2007 to:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney