UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GISELA VON MUHLENBROCK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-1921(HKK) |
| **JAMES BILLINGTON,** | ) |
| Librarian of Congress, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that defendant's motion should be and is hereby granted, and thus, he shall have up to and including April 27, 2007 to answer, move or otherwise respond to plaintiff's complaint.

SO ORDERED.

_____     _____
DATE                                           UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to:</u>
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

Beverly M. Russell
United States Attorney's Office
   for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530