UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1921(HKK) |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to Local Rule 16.3, the parties conferred by telephone on Wednesday, April 17, 2007, and discussed the issues below:

1. <u>Dispositive Motions/Discovery Timeframe</u>: Defendant anticipates filing a dispositive motion, and therefore, the parties propose the briefing schedule set forth below.

2. <u>Joinder/Amendment/Narrowing</u>: At this time, the parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to referral of this case to a Magistrate Judge.

4. <u>Settlement Possibility</u>: Settlement is possible, but unlikely until the close of discovery.

5. <u>Alternative Dispute Procedures</u>: The parties believe that alternative dispute resolution (ADR) may be appropriate after the close of discovery.

   i. <u>Plaintiff's Goals</u>: Plaintiff would like to keep this open as option.

   <u>Defendant's Goal</u>: Defendant's objective is a favorable ruling on its post-discovery motion for summary judgment.

      ii.     The parties have not discussed settlement.

      iii.    As stated above, the parties believe that alternative dispute resolution (ADR) may be appropriate after the close of discovery.

6.     <u>Summary Judgment</u>: The parties agree that any post-discovery dispositive motion should be filed within forty-five (45) days after the close of discovery, that any opposition to summary judgment should be filed within thirty (30) days of the filing of the motion, and that any reply brief, should it be necessary, should be filed within fifteen (15) days of the filing of the opposition brief.

7.     <u>Initial Disclosures</u>: The parties will exchange Initial Disclosures thirty (30) days from the signing of the scheduling order in this case.

8.     <u>Settlement</u>: The parties believe that settlement is unlikely at this time. The parties will continue to explore settlement as the case proceeds.

9.     <u>Discovery</u>: The parties propose that discovery be completed ninety (90) days from signing of the scheduling order in this case. The parties agree that discovery matters shall be governed by the Federal Rules of Civil Procedure.

10.    <u>Experts</u>: The parties propose that the requirements of Fed.R.Civ.P. 26 regarding experts should apply.

11.    <u>Class Action Procedures</u>: Not applicable.

12.    <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation at this time.

13. <u>Proposed Date For The Pretrial Conference</u>: The parties believe that a pretrial conference should be scheduled following the Court's rulings on any outstanding dispositive motion.

14. <u>Trial Date</u>: The parties agree that the Court should schedule a trial date at the pretrial conference.

                            Respectfully submitted,

/see attached signature page/
_____
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906
Ph: (301) 598-4701
E-mail: giselavm@verizon.net

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
E-Mail: beverly.russell@usdoj.gov

3

13.    **Proposed Date for the Pretrial Conference**: The parties believe that a pretrial conference should be scheduled following the Court's ruling on any outstanding dispositive motion.

14.    **Trial Date**: The parties agree that the Court should schedule a trial date at the pretrial conference.

Respectfully submitted,

_____
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1L1
Silver Spring, Maryland 20906
Ph: (301) 598-4767
E-mail: giselavm@verizon.net

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
E-Mail: beverly.russell@usdoj.gov