UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GISELA VON MUHLENBROCK,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1921(HKK) |
| **JAMES BILLINGTON,** ) | |
| Librarian of Congress, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**SCHEDULING ORDER**

UPON CONSIDERATION of the parties' Joint Report of the Local Rule 16.3 Conference and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED that the parties shall abide by the deadlines set forth below:

| | |
|---|---|
| Initial Disclosures | Shall be exchanged no later than 30 days from the signing of this Order. |
| Discovery | Concludes 90 days from the signing of this Order. |
| Dispositive Motions | Shall be filed within 45 days of the close of discovery. |
| Opposition Memoranda | Shall be filed within 75 days of the close of discovery. |
| Reply Briefs | Shall be filed within 90 days of the close of discovery. |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1.J
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530