UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| GISELA VON MUHLENBROCK ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 05-1921 (HHK) |
| ) | |
| JAMES BILLINGTON ) | |
| Librarian of Congress ) | |
| ) | |
| DEFENDANT ) | |

**MOTION REQUESTING ORDER TO REGISTER FOR AN ACCOUNT IN THE COURT'S ELECTRONIC CASE FILES**

UPON CONSIDERATION of the parties Joint Report of the Local Rule 16.3 Conference and record therein, plaintiff requests that Court issue the order authorizing registration for an account in Court's Electronic Case Files for plaintiff's use.

Respectfully submitted,

*/s/ Gisela von Muhlenbrock*
Gisela von Muhlenbrock

15301 Pine Orchard Drive # 1 J
Silver Spring, MD, 20906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1921 (HKK) |
| ) | |
| JAMES BILLINGTON ) | |
|    Librarian of Congress ) | |
|     Defendant ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the 9th of May, 2007, a copy of MOTION REQUESTING ORDER TO REGISTER FOR AN ACCOUNT IN THE COURT'S ELECTRONIC CASE FILES was mailed to the defendant at the following address:

Beverly M. Russell
U.S. Attorney's Office for the
District of Columbia, Civil Division
555 Fourth St., N.W., Room E- 4915
Washington, D.C. 20530

Respectfully submitted,

*Gisela von Muhlenbrock*
Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, MD, 20906