UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GISELA VON MUHLENBROCK | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1921 (HHK) |
| | ) | |
| JAMES BILLINGTON | ) | |
| Librarian of Congress | ) | |
| | ) | |
| DEFENDANT | ) | |

**ORDER TO REGISTER PLAINTIFF FOR AN ACCOUNT IN THE COURT'S ELECTRONIC CASE FILES**

UPON CONSIDERATION of the parties Joint Report of the Local Rule 16.3 Conference and record therein, it is this _____ day of _____, 2007 hereby

ORDERED that plaintiff register for an account in Court's Electronic Case Files.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Gisela von Muhlenbrock
15301 Pine Orchard Drive # 1 J
Silver Spring, MD, 20906

Beverly M. Russel
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Suit E-4915
Washington, D.C.  20530