UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>         Plaintiff,<br><br>     v.<br><br>JAMES BILLINGTON,<br><br>         Defendant. | Civil Action 05-01921 (HHK) |

### ORDER

Before the court is plaintiff's "Motion Requesting Order to Register for ECF" [#23], filed on May 11, 2007. Local Rule 5.4 permits pro se litigants to obtain a CM/ECF password from the Clerk with leave of the court, provided that the litigant files a motion "describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis." LcvR 5.4(b)(2). Plaintiff has failed to meet these specifications in her motion.

Accordingly, it is, this 14th day of May, 2007 hereby

**ORDERED** that plaintiff's "Motion Requesting Order to Register for ECF" [#23] is **DENIED** without prejudice to refiling.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge