UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES H. BILLINGTON,<br>  Librarian of Congress,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1921 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for the Defendant in the above-captioned case, and withdraw the appearance of Assistant U.S. Attorney Beverly M. Russell.

Respectfully submitted,

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
United States Attorney's Office for the District
 of Columbia, Civil Division
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


__/s/_____
BEVERLY M. RUSSELL, D.C. BAR # 454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2007, I caused the foregoing *Substitution of Counsel* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Gisela Von Muhlenbrock
15301 Pine Orchard Drive, #1J
Silver Spring, Maryland 20906

__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)