UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GISELA VON MUHLENBROCK, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1921 (HHK) |
| JAMES BILLINGTON, Librarian of Congress, | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR A PROTECTIVE ORDER
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

In this case against Defendant James Billington, Librarian of Congress, Plaintiff seeks certain information and documents, the release of which would infringe upon the privacy interests of third parties or might otherwise compromise confidentiality.  In order to permit the parties to use information relevant to this case without compromising the privacy interests of third parties, Defendant respectfully moves this Court to enter the attached Order protecting the use of certain materials sought by Plaintiff through discovery.  Plaintiff has reviewed the proposed Order and consents to this Motion.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2007, I caused the foregoing Consent Motion for Protective Order, to be served on Plaintiff, pro se, by first-class mail, postage prepaid, addressed as follows::

>Gisela Von Muhlenbrock
>15301 Pine Orchard Drive, #1J
>Silver Spring, Maryland 20906

                              /s/
                              JONATHAN C. BRUMER, D. C. BAR # 463328
                              Special Assistant United States Attorney
                              555 Fourth Street, N.W., Room E4815
                              Washington, D.C. 20530
                              (202) 514-7431
                              (202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel