UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA von MUHLENBROCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 05-01921 (HHK) |
| v. ) | |
| ) | Next Event: Status Conference 1/25/08 |
| JAMES BILLINGTON ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ENTRANCE OF APPEARANCE
FOR COUNSEL FOR PLAINTIFF**

The Clerk of the Court will please enter the appearance of Paul S. Thaler, Lars H. Liebeler, and Kelly A. Schmidt of Thaler Liebeler, LLP as counsel for Plaintiff Gisela von Muhlenbrock in the above-captioned matter.

Dated:   July 19, 2007

Respectfully submitted,
**THALER LIEBELER, LLP**

Paul S. Thaler (D.C. Bar No. 416614)
Lars H. Liebeler (D.C. Bar No. 416666)
Kelly A. Schmidt (D.C. Bar No. _____)
International Square
1825 Eye Street, N.W.
Suite 400
Washington, D.C. 20006
(202) 587-4750 direct
(202) 466-4110 main
(202) 466-2693 fax

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was served this day, July 19, 2007, by the Court's Electronic Case Filing System and first class mail, postage prepaid upon the following:

Jonathan C. Brumer, Esq.
Special Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, NW
Room E4815
Washington, D.C. 20530

*Attorney for Defendant*

_____
Paul S. Thaler