UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1921 (HHK) |
| v. ) | |
| ) | Next Event: Close of Discovery 7/26/07 |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO MODIFY THE COURT'S MAY 2, 2007 SCHEDULING
ORDER, EXTEND THE DISCOVERY PERIOD,
AND ALTER THE BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant James Billington, Librarian of Congress,, by and through undersigned counsel, respectfully moves this Court to modify its May 2, 2007 Scheduling Order in two ways: (1) by extending the close of discovery by sixty two (62) days, from July 26, 2007 to September 26, 2007, and (2) by delaying the onset of briefing and replacing the simultaneous briefing schedule set forth in the May 2, 2007 order with a different successive briefing schedule.  Specifically, Defendant proposes a schedule for the parties' dispositive briefs under which: Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment would be due by November 12, 2007; Plaintiff's Opposition will be due by December 12, 2007; and Defendant's Reply brief would be due by January 11, 2008.

On July 19, 2007, the undersigned counsel for the Defendant conferred with Plaintiff's counsel about this motion and he consented to it.  In support of Defendant's Motion, Defendant respectfully states as follows:

1. On May 2, 2007, this Court issued a Scheduling Order in which it set forth the

following deadlines:

| | |
|---|---|
| Initial Disclosures | Shall be exchanged by May 29, 2007 |
| Discovery | Concludes July 26, 2007 |
| Dispositive Motions | Shall be filed by September 10, 1007 |
| Opposition memoranda | Shall be filed by October 10, 2007 |
| Reply briefs | Shall be filed by October 25, 2007 |

See Docket Entry No. 22, Appendix C.  The scheduling order also provided that a status conference will be held on January 25, 2008.  See Docket Entry No. 22.

   2.  On or about June 4, 2007, Defendant mailed Plaintiff a set of initial disclosures.  To the best of the undersigned counsel's knowledge, Plaintiff has not yet sent Defendant a set of her own initial disclosures.

   3.  On or about May 14, 2007, Plaintiff served her first request for the production of documents on Defendant.  Defendant's response to this discovery request was originally due by June 18, 2007.  See Fed. R. Civ. P. 34.  The parties agreed that Defendant would be given an additional 30 days to prepare an adequate response to her discovery request, from June 18, 2007 to July 18, 2007.  As promised, on July 18, 2007, Defendant mailed Plaintiff an initial response to her request for the production of documents.

   4.  On July 6, 2007, Defendant served Plaintiff with a Notice of Deposition, Defendant's First Set of Interrogatories, and Defendant's First Set of Requests for the Production of Documents.  The Notice of Deposition instructed Plaintiff to appear for a deposition on July 24, 2007.  Plaintiff's responses to Defendant's discovery requests are currently due by August 6, 2007.  See Fed. R. Civ. P. 33, 34.  Defendant has not yet received a response to his first set of interrogatories or to his first set of requests for the production of documents.

   5.  Plaintiff's counsel was recently retained by Plaintiff, and will need some time to

familiarize himself with this case, to prepare any additional discovery requests that he deems necessary, and to prepare a response to Defendant's initial discovery requests. He has advised the undersigned counsel that he will be on vacation from August 7, 2007-August 21, 2007.

      6. Defendant would like to ensure that he receives, and has adequate time to review, Plaintiff's responses to his discovery requests before he deposes Plaintiff and prior to the close of discovery. The parties would like to extend the close of discovery and delay the onset of the briefing schedule in order to also ensure that they will have sufficient time to: (1) review each other's discovery responses; (2) determine whether any additional discovery is necessary; (3) conduct depositions and review the transcripts of those depositions; and (4) prepare appropriate dispositive briefs.

      7. In the interests of efficiency for the Court and parties alike, the parties propose to replace the simultaneous briefing schedule set forth in the Court's May 2, 2007 scheduling order with a successive briefing schedule.

      8. Accordingly, the parties respectfully propose the following schedule for discovery and the filing of dispositive briefs:

| | |
|---|---|
| New date for the close of discovery | September 26, 2007 |
| Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | Shall be filed by November 12, 2007; |
| Plaintiff's Opposition | Shall be filed by December 12, 2007; |
| Defendant's Reply brief | Shall be filed by January 11, 2008 |

      9. The modifications to the Court's May 2, 2007 scheduling order described in this motion are sought in good faith and will not unfairly prejudice any party. Allowing the parties

some additional time to conclude discovery and prepare their briefs will aid both the parties and the Court in the development and resolution of this case. Under this proposed schedule, discovery will have been concluded, and the parties' respective briefs will all have been filed, by January 11, 2008, two weeks before the status conference which is now set for January 25, 2008. See Docket Entry No. 22.

WHEREFORE, it is respectfully requested that the Court modify the May 2, 2007 Scheduling Order by extending the close of discovery to September 26, 2007, and by entering a new revised schedule for the parties' dispositive briefs under which Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment would be due by November 12, 2007, Plaintiff's Opposition will be due by December 12, 2007, and Defendant's Reply brief will be due by January 11, 2008.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th of July, 2007, the foregoing *Motion to Modify the Court's May 2, 2007 Scheduling Order, Extend the Discovery Period, And Alter the Briefing Schedule* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006

                                       s/Jonathan C. Brumer
                                       JONATHAN C. BRUMER, D.C. BAR # 463328
                                       Special Assistant United States Attorney
                                       555 4th Street, N.W., Room E4815
                                       Washington, D.C. 20530
                                       (202) 514-7431
                                       (202) 514-8780 (facsimile)