# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| GISELA VON MUHLENBROCK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1921 (HHK) |
| ) | |
| v. ) | |
| ) | |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CONSENT MOTION TO MODIFY THE COURT'S JULY 23, 2007 AMENDED SCHEDULING ORDER, EXTEND THE DISCOVERY PERIOD, AND ALTER THE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and 6(b)(2), Defendant James Billington, Librarian of Congress, by and through undersigned counsel, respectfully moves this Court to modify its July 23, 2007 Amended Scheduling Order in two ways: (1) by extending the close of discovery by thirty seven (37) days, from September 26, 2007 to November 2, 2007; and (2) by delaying the onset of briefing, and replacing the briefing schedule set forth in the July 23, 2007 order with a new one under which: Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment would be due by December 21, 2007; Plaintiff's Opposition will be due by January 22, 2008; and Defendant's Reply brief would be due by February 22, 2008.

On October 5, 2007, the undersigned counsel for the Defendant exchanged a series of e-mails with Plaintiff's counsel about the relief sought in this motion. After some discussion and negotiation, the parties agreed to the new deadline for the close of discovery, as well as to the schedule for the filing of dispositive briefs, which are proposed in this motion. In support of Defendant's Motion, Defendant respectfully states as follows:

1. On July 23, 2007, this Court issued an Amended Scheduling Order in which it set forth the following deadlines:

| | |
|---|---|
| New date for the close of discovery | September 26, 2007 |
| Deadline for Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | November 12, 2007 |
| Deadline for Plaintiff's Opposition | December 12, 2007 |
| Defendant's Reply brief | January 11, 2008 |

See Minute Order dated July 23, 2007.

2. Prior to the close of discovery on September 26, 2007, the parties served each other with written discovery requests and responses. During that period, Plaintiff's counsel graciously agreed to several extensions of Defendant's response to Plaintiff's second set of discovery requests. On September 24, 2007, Defendant served Plaintiff with his response to that second discovery request. The undersigned counsel conducted one deposition prior to the close of discovery.

3. To accommodate Plaintiff's counsel, in view of the delay in Defendant's response to Plaintiff's second discovery request, the undersigned counsel agreed to allow Plaintiff's counsel to conduct two depositions of Library of Congress employees after the September 26, 2007 date for the close of discovery, namely the depositions of Ms. Billie Nichols and of Mr. Kersi Shroff.

4. On September 26, 2007, Plaintiff's counsel contacted the undersigned counsel and expressed interest in deposing a third employee of the Library of Congress, Dr. Rubens Medina. Defendant subsequently decided to permit this third deposition to occur, despite the fact that it was not noticed until the last day of the discovery period. The parties determined that the first

2

mutually convenient date for this deposition is November 1, 2007. On October 4, 2007, Plaintiff's counsel sent the undersigned counsel for Defendant a Notice of a Deposition of Dr. Medina, to be held on November 1, 2007.

5. On September 28, 2007 and October 4, 2007, Plaintiff's counsel also sent the undersigned counsel new requests for the production of documents, above and beyond the documents requested in Plaintiff's first and second discovery requests.

6. Defendant respectfully submits that the date for the close of discovery should be extended for three reasons: (1) Plaintiff has taken two depositions since the September 26, 2007 date which the Court had set for the close of discovery; (2) Plaintiff plans to take a third deposition on November 1, 2007, well after the current close of discovery; and (3) Plaintiff has served Defendant with at least two requests for the production of documents outside of the current discovery period. Defendant also respectfully requests that the Court delay the onset of briefing, in order to ensure that he has adequate time to: (1) receive and review the transcript of the deposition which is tentatively scheduled for November 1, 2007; and (2) consider the implications of any supplemental discovery responses which may be provided up until the new close of discovery, before he prepares his dispositive brief.

7. Accordingly, in the interests of fairness and efficiency for the Court and parties alike, the parties propose to replace the briefing schedule set forth in the Court's July 23, 2007 scheduling order with the following schedule for discovery and the filing of dispositive briefs:

| | |
|---|---|
| New date for the close of discovery | November 2, 2007; |
| Deadline for Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | December 21, 2007; |
| Deadline for Plaintiff's Opposition | January 22, 2008; |

Deadline for Defendant's Reply brief           February 22, 2008

8.  The modifications to the Court's July 23, 2007 scheduling order described in this motion are sought in good faith and will not unfairly prejudice any party.  Allowing the parties some additional time to conclude discovery and prepare their briefs will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, it is respectfully requested that the Court modify the July 23, 2007 Scheduling Order by extending the close of discovery to November 2, 2007, and by entering a new revised schedule for the parties' dispositive briefs under which Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment would be due by December 21, 2007, Plaintiff's Opposition will be due by January 22, 2008, and Defendant's Reply brief will be due by February 22, 2008.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th of October, 2007, the foregoing *Consent Motion to Modify the Court's July 23, 2007 Amended Scheduling Order, Extend the Discovery Period, and Alter the Briefing Schedule* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)