UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BILLINGTON,<br>  Librarian of Congress,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-1921 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's *Consent Motion to Modify the Court's July 23, 2007 Amended Scheduling Order, Extend the Discovery Period, and Alter the Briefing Schedule*, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the deadlines for the close of discovery and for the filing of the parties' briefs which are set forth in the Court's July 23, 2007 order will be revised, and that the following deadlines shall instead apply:

| | |
|---|---|
| New date for the close of discovery | November 2, 2007; |
| Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | Shall be filed by December 21, 2007; |
| Plaintiff's Opposition | Shall be filed by January 22, 2008; |
| Defendant's Reply brief | Shall be filed by February 22, 2008 |

                                                        _____

HENRY H. KENNEDY
United States District Court Judge

Copies of this order to:

Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530