## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
GISELA VON MUHLENBROCK,       )
                                              )
          Plaintiff,                         )
                                              )        Civil Action No. 05-1921 (HHK)
          v.                                 )
                                              )
JAMES BILLINGTON,               )
   Librarian of Congress,            )
                                              )
          Defendant.                       )
_____)

### DEFENDANT'S MOTION FOR LEAVE TO SEEK EXTENSION OF TIME, AND MOTION TO MODIFY THE COURT'S OCTOBER 9, 2007 SCHEDULING ORDER AND ALTER THE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b), Defendant James Billington, Librarian of Congress, by and through undersigned counsel, hereby seeks leave of the Court to file a motion within the four day filing period this Court has specified for extensions of time, and respectfully moves this Court to modify its October 9, 2007 Scheduling Order by delaying the onset of briefing by forty seven (47) days, and replacing the briefing schedule approved in the October 9, 2007 minute order with a new one under which: Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment would be due by February 6, 2008; Plaintiff's Opposition will be due by March 7, 2008; and Defendant's Reply brief would be due by April 9, 2008.

On December 18, 2007 and December 19, 2007, the undersigned counsel for the Defendant sent an e-mail and made several calls to Plaintiff's counsel about the relief sought in this motion. On December 19, 2007, Plaintiff's counsel advised the undersigned counsel that Plaintiff opposed the relief sought in this motion.

In support of Defendant's Motion, Defendant respectfully states as follows:

1.  On October 9, 2007, this Court issued a Minute Order in which it granted Defendant's

*Consent Motion to Modify the Court's July 23, 2007 Amended Scheduling Order, Extend the*

*Discovery Period, and Alter the Briefing Schedule*, and set forth the following deadlines:

| | |
|---|---|
| New date for the close of discovery | November 2, 2007; |
| Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | Shall be filed by December 21, 2007; |
| Plaintiff's Opposition | Shall be filed by January 22, 2008; |
| Defendant's Reply brief | Shall be filed by February 22, 2008 |

See Minute Order dated October 9, 2007.

2.  On November 2, 2007, discovery closed in this case.  See id.  Nevertheless, during the

five (5) week period between November 2, 2007 and December 7, 2007, Plaintiff's counsel sent

the undersigned counsel for Defendant at least nine (9) letters, e-mails, and other pieces of

correspondence with respect to discovery-related matters.[1]  In this correspondence, Plaintiff's

counsel requested additional information and documents and opportunities to conduct additional

depositions, and complained about Defendant's previous responses to Plaintiff's discovery

requests.  Each of these letters demanded a substantive response which required the undersigned

counsel and the agency counsel assigned to this matter to divert time and energy that otherwise

might have been directed to the drafting of Defendant's Motion to Dismiss, or in the Alternative,

---

[1]  Specifically, in the wake of the close of discovery, Plaintiff's counsel sent the undersigned counsel the following correspondence concerning discovery-related matters, among others: (1) two Notices of Deposition on November 2, 2007; (2) a letter on November 2, 2007; (3) a letter on November 8, 2007; (4) an e-mail request for documents on November 15, 2007; (5) a letter on November 28, 2007; and (6) a letter on December 4, 2007; and (7) a letter on December 7, 2007.

for Summary Judgment.

3.  Since November 2, 2007, when discovery formally closed in this case,  the undersigned counsel has prepared and filed the following pleadings, among others: (1) a lengthy *Motion to Dismiss or, in the Alternative, for Summary Judgment* in response to the Amended Complaint in <u>Murthy v. Conner</u>, Civil Action No. 06-2208 (RJL) (D.D.C.) (filed on November 13, 2007); (2) an Answer in <u>Estate of Grossman v. Gutierrez</u>, 07-353 (JR) (D.D.C.) (filed on November 13, 2007); (3) an Answer in <u>Keller v. Springer</u>, Civil Action No. 07-1388 (RMU) (D.D.C.) (filed on November 19, 2007); and (4) a Reply brief in <u>West v. Jackson</u>, Civil Action No. 07-727 (RMC) (D.D.C.) (filed on December 4, 2007).  In addition, the undersigned counsel has contended with numerous filing deadlines in his other cases, as well as discovery related deadlines in connection with <u>Delgado v. Gonzales</u>, Civil Action No. 07-0256 (CKK) (D.D.C.).

4.  The undersigned counsel also recently participated in a four day damages trial which began on December 10, 2007 and ended on December 13, 2007 in <u>Dugar, et. al. v. Washington Metropolitan Area Transit Authority, et. al.</u>, Civil Action No. 05-1500 (HHK) (D.D.C.).

5.  Within the next 16 days the undersigned counsel for Defendant will be responsible for, among other things: (1) preparing a discovery response for <u>Delgado v. Gonzales</u>, Civil Action No. 07-0256 (CKK) (D.D.C.), which will require the review of literally thousands of pages of documents (currently due by December 21, 2007); (2) preparing and filing an Answer or other Response to the Amended Complaint in <u>Cooper v. EOUSA</u>, Civil Action No. 07-744 (RMC) (D.D.C.) (due by December 26, 2007); and (3) a Reply brief in <u>Murthy v. Conner</u>, Civil Action No. 06-2208 (RJL) (D.D.C.) (which will be due by January 3, 2008, assuming that Plaintiff files its Opposition by the current deadline).

6.  The undersigned Counsel for Defendant recently learned, on December 14, 2007, that his detail at the United States Attorney's Office will end on or about January 4, 2008.  The Assistant United States Attorney who inherits this case from him will need some time to: (1) familiarize himself or herself with the procedural history of this case, deposition transcripts, discovery responses, and the relevant legal authorities; (2) confer with agency counsel about the circumstances of this case; and (3) prepare an appropriate dispositive motion.  Between now and January 4, 2008, the undersigned counsel will need to devote some time to preparing each of his cases for transfer.

7.  No trial date has been set by the Court in this action.

8.  Accordingly, in the interests of fairness and efficiency for the Court and parties alike, Defendant proposes to replace the briefing schedule set forth in the Court's October 9, 2007 scheduling order with the following schedule for discovery and the filing of dispositive briefs:

| | |
|---|---|
| Deadline for Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | February 6, 2008; |
| Deadline for Plaintiff's Opposition | March 7, 2008; |
| Deadline for Defendant's Reply brief | April 9, 2008 |

9.  Under this Court's May 2, 2007 scheduling order, any enlargement request should have been made by December 17, 2007, four days prior to the first event Defendant seeks to be continued, the current deadline of his opening brief.  See Docket Entry No. 22, ¶ 6.  Counsel for Defendant deeply regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four day filing rule.  Good cause however exists however for this untimely motion.  It only became clear to the undersigned counsel recently that more time would be required for the preparation and filing of Defendant's opening brief, and that a modification of

the entire briefing schedule was consequently in order.  Moreover, the undersigned counsel only

learned on December 14, 2007, that his detail to the United States Attorney's Office will end on

or about January 4, 2007.  The undersigned counsel has contended with numerous deadlines in

the past two weeks, apart from the work he did on his trial, and was unable to prepare this motion

until December 18, 2007.  The undersigned counsel also waited one day to file this motion, filing

it on December 19, 2007 rather than December 18, 2007, because he wanted to ascertain the

position of Plaintiff's counsel concerning the relief sought in this motion and note that position,

before filing it, and did not hear from opposing counsel until late in the afternoon of December

19, 2007.  See LCvR 7(m) (requiring consultation on non-dispositive motions).

        10.  The modifications to the Court's October 9, 2007 Scheduling Order described in this

motion are sought in good faith and will not unfairly prejudice any party.  Allowing the parties

some additional time to prepare their briefs will aid both the parties and the Court in the

development and resolution of this case.

        WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court

GRANT Defendant leave to submit an untimely motion for extension of time, and MODIFY the

October 9, 2007 Scheduling Order by entering a new revised schedule for the parties' dispositive

briefs under which Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment

would be due by February 6, 2008, Plaintiff's Opposition will be due by March 7, 2008, and

Defendant's Reply brief will be due by April 9, 2008.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th of December, 2007, the foregoing *Defendant's*

*Motion for Leave to Seek Extension of Time, and Motion to Modify the Court's October 9, 2007*

*Scheduling Order and Alter the Briefing Schedule* was served upon Plaintiff's counsel pursuant

to the Court's Electronic Case Filing System, addressed to:


      Paul S. Thaler, Esq.
      Thaler Liebeler LLP
      International Square
      1825 Eye Street, N.W., Suite 400
      Washington, D.C. 20006


                     s/Jonathan C. Brumer
                     JONATHAN C. BRUMER, D.C. BAR # 463328
                     Special Assistant United States Attorney
                     555 4th Street, N.W., Room E4815
                     Washington, D.C. 20530
                     (202) 514-7431
                     (202) 514-8780 (facsimile)