UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GISELA VON MUHLENBROCK, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1921 (HHK) |
| JAMES BILLINGTON, Librarian of Congress, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Leave to Seek Extension of Time, and Motion to Modify the Court's October 9, 2007 Scheduling Order and Alter the Briefing Schedule*, and the record herein, the Court finds that good cause exists for the requested extension. Accordingly, it is hereby, this _____ day of _____, 2007,

ORDERED, that Defendant's motions are GRANTED, and it is

FURTHER ORDERED, that the deadlines for the close of discovery and for the filing of the parties' briefs which are set forth in the Court's October 9, 2007 order will be revised, and that the following deadlines shall instead apply:

| | |
|---|---|
| Deadline for Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment | February 6, 2008; |
| Deadline for Plaintiff's Opposition | March 7, 2008; |
| Deadline for Defendant's Reply brief | April 9, 2008 |

_____
HENRY H. KENNEDY
United States District Court Judge

Copies of this order to:

Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530