UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GISELA VON MUHLENBROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1921 (HHK) |
| v. | ) | |
| | ) | |
| JAMES BILLINGTON, | ) | |
| Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ERRATA**

Defendant James Billington, Librarian of Congress, by and through undersigned counsel, advises this Court that, on December 31, 2007, at about 5:51 p.m., he filed a *Reply in Support of Defendant's Motion for Leave to Seek Extension of Time, and in Support of Defendant's Motion to Modify the Court's October 9, 2007 Scheduling Order and Alter the Briefing Schedule* ("Reply brief") electronically on the ECF system.  See Docket Entry No. 33.  In the two day period since he filed that pleading, the undersigned counsel for Defendant noticed a few typographical errors in Defendant's Reply brief.  He now respectfully submits this Notice of Errata concerning those matters:

(1)  The first sentence of the first page of the Reply brief contains a typographical error.  The undersigned counsel misspelled the word "Librarian" in that sentence, insofar as he inadvertently omitted the first of the two instances of the letter "r" which appear in the word.

(2)  The third sentence of the first full paragraph that appears on page 3 of the Reply brief

is followed by a series of citations to various authorities. The first of these citations is in error. The undersigned counsel mistakenly cited to rule 12(b)(1) of the Federal Rules of Civil Procedure, when he had meant to cite to "Fed. R. Civ. P. 6(b)(1)."

(3) The second to last sentence of the first full paragraph that appears on page 9 of the Reply brief currently reads as follows: "Beyond these naked, conclusory assertions, Plaintiff fails to establish how she would be unfairly prejudiced if the Court were to grant Defendant's motion and extend the briefing schedule by 46 days."

This sentence contains a typographical error. The undersigned counsel inadvertently typed "46 days" when he had meant to write "47 days."

(4) The second sentence of the second paragraph that appears on page 10 of the Reply brief currently reads: "Notwithstanding Plaintiff's suggestion that Defendant has requested 'a nearly *three month* delay,' see Pl.'s Opp. at 3, ¶ 4 (emphasis in original), Defendant in fact has only has sought to delay the onset of briefing by forty seven (47) days and move each of the deadlines set forth in this Court's October 9, 2007 order by approximately that amount. See Docket Entry No. 31 at 1; id. at 4, ¶ 8; id. at 5; id., proposed order."

The second clause of this sentence contains a typographical error inasmuch as it contains an extra instance of the word "has." That clause should be reworded so that it reads: ". . . Defendant in fact has only sought to delay the onset of briefing by forty seven (47) days and move each of the deadlines set forth in this Court's October 9, 2007 order by approximately that amount. See Docket Entry No. 31 at 1; id. at 4, ¶ 8; id. at 5; id., proposed order.

(5) The second and third sentences of the first full paragraph that appear on page 12 of the Reply brief currently state that: "Plaintiff could have opposed the previous motions" and that "She also could have declined to oppose them."

The second of these two sentences contains a typographical error. That sentence should be corrected so that it reads:

"Alternatively, without going so far as to outright oppose them, she could have declined to consent to them and merely acquiesced to their being filed as Unopposed Motions."

                                                Respectfully submitted,

                                                __/s/_____
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                __/s/_____
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

                                                __/s/_____
                                                JONATHAN C. BRUMER, D.C. BAR # 463328
                                                Special Assistant United States Attorney
                                                555 Fourth Street, N.W., Room E4815
                                                Washington, D.C. 20530
                                                (202) 514-7431
                                                (202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of January, 2008, the foregoing *Notice of Errata* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)