**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
                                       )
GISELA VON MUHLENBROCK,   )
                                       )
            Plaintiff,                 )
                                       )          Civil Action No. 05-1921 (HHK)
            v.                         )
                                       )
JAMES BILLINGTON,            )
    Librarian of Congress,        )
                                       )
            Defendant.             )
———————————————————— )

<u>**SECOND NOTICE OF ERRATA**</u>

Defendant James Billington, Librarian of Congress, by and through undersigned counsel,
advises this Court that, on December 31, 2007, at about 5:51 p.m., he filed a *Reply in Support of*
*Defendant's Motion for Leave to Seek Extension of Time, and in Support of Defendant's Motion*
*to Modify the Court's October 9, 2007 Scheduling Order and Alter the Briefing Schedule*
("Reply brief") electronically on the ECF system. <u>See</u> Docket Entry No. 33.  On January 2,
2007, the undersigned counsel filed a Notice of Errata concerning a few typographical errors he
had noticed in Defendant's Reply brief.  <u>See</u> Docket Entry No. 34.

Over this past weekend, the undersigned counsel for Defendant noticed two additional
typographical errors in Defendant's Reply brief that are material enough as to warrant the filing
of a second Notice of Errata regarding this filing.  He now respectfully submits this second
Notice of Errata concerning these two errors:

(1)  The sentence which begins on the bottom of page 11, in the second paragraph under
heading C.1., currently reads: "Perhaps with this factor in mind, Plaintiff accuses Defendant of
"gloss[ing] over" the fact that Defendant's motion "seeks a <u>third</u> extension of the briefing

schedule in this case," and notes that Defendant previously filed two Consent Motions to modify the discovery and briefing schedule on July 19, 2007 and October 15, 2007.  <u>See</u> Pl.'s Opp. at 3, ¶ 4."

This sentence contains a typographical error inasmuch as the actual date of the second motion for modification of the briefing schedule which Defendant filed which Plaintiff referenced in his Opposition was October 5, 2007, not October 15, 2007.  <u>See</u> Docket Entry No. 30.  Thus, the sentence should be corrected so that it reads:

"Perhaps with this factor in mind, Plaintiff accuses Defendant of "gloss[ing] over" the fact that Defendant's motion "seeks a <u>third</u> extension of the briefing schedule in this case," and notes that Defendant previously filed two Consent Motions to modify the discovery and briefing schedule on July 19, 2007 and October 5, 2007.  <u>See</u> Pl.'s Opp. at 3, ¶ 4."


(2)  The first sentence of the second full paragraph that begins on page 12 of the Reply brief currently reads as follows: "Specifically, Defendant's December 19, 2007 *Consent Motion to Modify the Court's May 2, 2007 Scheduling Order, Extend the Discovery Period, and Alter the Briefing Schedule* was based explicitly upon, among other considerations: Plaintiff's failure to timely provide initial disclosures; the fact that Plaintiff had not yet responded to Defendant's written discovery requests; the fact that Plaintiff had retained new counsel and that Plaintiff's new counsel had stated that he needed additional time to familiarize himself with this case; the vacation schedule of Plaintiff's new counsel; and both parties' wish to conduct additional discovery according to a manageable and sensible schedule."  A footnote, footnote # 4,  is dropped from the sentence which cites to various portions of Docket Entry No. 29, the *Consent*

*Motion to Modify the Court's May 2, 2007 Scheduling Order, Extend the Discovery Period, and*

*Alter the Briefing Schedule*, which was filed on <u>July 19, 2007</u>.

       This sentence contains a typographical error inasmuch as the undersigned counsel

inadvertently used a "December 19, 2007" date, when he had meant to write "July 19, 2007," the

actual date on which Defendant's *Consent Motion to Modify the Court's May 2, 2007 Scheduling*

*Order, Extend the Discovery Period, and Alter the Briefing Schedule* was filed.  <u>See</u> Docket

Entry No. 29.  The "July 19, 2007" date should be substituted for the "December 19, 2007" date

in this sentence.

                              Respectfully submitted,


                              \_\_/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              \_\_/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              \_\_/s/_____
                              JONATHAN C. BRUMER, D.C. BAR # 463328
                              Special Assistant United States Attorney
                              555 Fourth Street, N.W., Room E4815
                              Washington, D.C. 20530
                              (202) 514-7431
                              (202) 514-8780 (facsimile)

OF COUNSEL:

Julia K. Douds
Library of Congress
Office of the General Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 8th day of January, 2008, the foregoing *Second Notice of Errata* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:


Paul S. Thaler, Esq.
Thaler Liebeler LLP
International Square
1825 Eye Street, N.W., Suite 400
Washington, D.C. 20006


s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)