CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK    )
                         )
                         )
                         )
                         )
         Plaintiff       )
                         )
                         )
     v.                  )    Civil Case Number 05-1921 (PLF)
                         )
                         )
JAMES BILLINGTON         )    Category    H
                         )
                         )
         Defendant       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 7, 2008</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:    Judge Kennedy & Courtroom Deputy
       Judge Friedman & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk