UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 05-1921 (PLF) |
| ) | |
| JAMES H. BILLINGTON ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF ENTRY AND WITHDRAWAL OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Julia Douds and withdraw the appearance of Special Assistant United States Attorney Jonathan Brumer as counsel for Defendant in the above-captioned case.

_____
JULIA DOUDS
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 707-7198
jdou@loc.gov