**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
GISELA VON MUHLENBROCK      )
                                                        )
    PLAINTIFF                              )
                                                        )
v.                                                      )    Civil Action No. 05-1921 (PLF)
                                                        )
JAMES H. BILLINGTON                 )
                                                        )
    DEFENDANT                          )
_____)

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

Defendant James H. Billington, Librarian of Congress, by and through his undersigned counsel, hereby submits this Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1 and Fed. R. Civ. P. 56 in support of Defendant's Motion for Summary Judgment. All exhibits and evidence of record supporting these facts are attached hereto.

1. Plaintiff, Gisela Von Muhlenbrock, began her employment at the Library as a Foreign Law Specialist in the Law Library in 1981. Plaintiff Depo. at 11:20-22; 14:2-4.

2. In 1985, Plaintiff filed a complaint against the Library in United States District Court in which she alleged that she and two female colleagues were discriminated against on the basis of sex as well as subjected to sexual harassment. Ex. 1.

3. In January 1986, in order to resolve the matters arising from the lawsuit, the Library settled all of Plaintiff's and her colleagues' claims. Ex. 2, Agreement.

4. In January 2003, the Library posted Vacancy Announcement No. 020307, a Foreign Law Specialist position in the Law Library. Ex. 3.

5. On January 23, 2003, Plaintiff applied for the Foreign Law Specialist position using the

Library's on-line application system, AVUE.  Plaintiff's Depo. 34:17-20; <u>see</u> <u>also</u> Ex. 4.

6. After the Vacancy Announcement closed, the selecting official, Kersi Shroff, was notified by the Library's Human Resources Services staffing specialist, Billie Nichols, of the "scoring breakdown" which consisted of the scores of each applicant who is determined to be minimally qualified by the Library's AVUE system.  Ex. 5; <u>see</u> <u>also</u> Shroff Depo. at 81:10-21; 82:1-9.

7. The scoring breakdown provided to a selecting official (in this case, Mr. Shroff) does not include the names of any applicants just scores for each of the (unnamed) minimally qualified applicants as determined by the AVUE system.  <u>Id</u>; <u>see</u> <u>also</u> Nichols Depo. at 41:6-20.

8. Based upon his review of the "score breakdown" Mr. Shroff and the other panel members (Ruth Levush and Tao-Tai Hsia) decided to interview the top ten scoring candidates for the position and therefore requested that Ms. Nichols provide the names of all applicants who scored 97 or higher.  Shroff Depo. at 82:2-14; 85:13-21; 86:1-2; <u>see</u> <u>also</u> Ex. 5.

9. By memorandum dated March 11, 2003, Ms. Nichols forwarded to Mr. Shroff the names of the top ten candidates (i.e, those candidates who scored 97 or higher).  Ex. 6.

10. Plaintiff scored a 96 and thus was not referred to Mr. Shroff and the other panel members for an interview.  Ex. 7.

11. After interviewing the top ten candidates, Gustavo Guerra, was ultimately selected for the Foreign Law Specialist position.  Ex. 8

12. On February 19, 2004, Plaintiff filed a formal EEO Complaint of discrimination alleging that she was not hired for the Foreign Law Specialist position in retaliation for "filing an

EEO complaint and a lawsuit based on sex discrimination and sex harassment." Ex. 10.

February 6, 2008                         Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
JULIA K. DOUDS
Special Assistant United States Attorney
555 Fourth, N.W.
Washington, D.C. 20530
(202) 707-7198
(202) 514-8780 (facsimile)