# EXHIBIT 3 - Vacancy Announcement

# Foreign Law Specialist, GS-0095-11

| EMPLOYER | LOCATION | SALARY RANGE | CLOSE DATE |
|---|---|---|---|
| Library Of Congress | Washington, Dist of Columbia | $47,910.00-$62,287.00 | 1-27-2003 |

**ANNOUNCEMENT NUMBER:** 020307

**OPENING DATE:** 1-10-2003

**TARGET GRADE:** 15

**WORK SCHEDULE:** Full Time

**AREA OF CONSIDERATION:** US citizens - non-citizens (providing immigration law and other legal requirements to work in the US are met).

**TIME LIMIT:** Permanent - No time limit

**CONTACT NAME:** Employment Office

**CONTACT PHONE NUMBER:** 202-707-5627

**CONTACT EMAIL:** JOBHELP@LOC.GOV

**NOTES:**

This position requires a reading, writing, and speaking knowledge of the English language sufficient to provide advice and assistance to the members, committees and staff of the United States Congress, Federal agencies, and U.S. Courts on conventional foreign legal issues, questions, or situations.

This position, located in the Western Law Division of the Law Library, relates to the laws of Spanish or Portuguese language countries, and other assigned jurisdictions. (For applicants certified to practice law in any of these countries, evidence of certification is to be provided at the interview).

The Library of Congress is the national library of the United States and is part of the Legislative Branch of the Federal government. As such, all positions are in the excepted service.

Salary reflects proposed pay adjustment for calendar year 2003.

Number of Vacancies: One

This is a permanent, non-supervisory, bargaining unit position.

The tour of duty for this position is full-time.

The position description number for this position is 12506.

The incumbent of this position may elect to work a flexitime work schedule.

RELOCATION EXPENSES MAY BE AUTHORIZED FOR THE PERSONS SELECTED UNDER THIS VACANCY ANNOUNCEMENT.

The Library reserves the right to fill a lesser or greater number of vacancies indicated during the life of this

vacancy announcement.

Applicants who are referred for interview will be required to submit a completed OF-306, Declaration for Federal Employment.

Initial appointments, permanent or indefinite, to the Library of Congress require completion of a one-year probationary period.

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify this agency. The decision on granting reasonable accommodations will be made on a case-by-case basis.

APPLICANTS WITH DISABILITIES MAY BE CONSIDERED UNDER SPECIAL HIRING PROCEDURES AND MUST SUBMIT AN APPROPRIATE CERTIFICATE OF ELIGIBILITY WHEN APPLYING FOR THIS POSITION. FOR MORE INFORMATION CONTACT THE SELECTIVE PLACEMENT PROGRAM COORDINATOR AT (202) 707-6362 (VOICE or TTY) OR EMAIL spp@loc.gov.

HOW TO APPLY:

To be considered for this vacancy, applicants may apply online at www.loc.gov or complete and submit an applicant job kit that includes the completion of an applicant questionnaire using a scannable form. The online process allows applicants to prepare an application that can be printed for personal use and saved and edited (if necessary) on the website for future use. The online application contains all of the data elements/fields that are required for submission of a application for federal employment. In order to use this online application system applicants must use a computer that is equipped with either Netscape 4.7 or Internet Explorer 5.0. Attempting to complete the online application with an incompatible browser could result in the submission of an incomplete application. If you experience difficulties, please direct all inquiries to jobhelp@loc.gov. The applicant job kit requires completion of a scannable form. You can request a copy of the applicant job kit and scannable form by contacting the Employment Office at the address listed below (a facsimile of the scannable form cannot be accepted nor will hard copy applications be accepted without a completed scannable form):

The Library of Congress Employment Office-Staffing/Recruitment Group

101 Independence Avenue, SE, LM-107

Washington, D.C. 20540-2295

(202) 707-5627

Please be advised that due to security concerns on Capitol Hill, mail delivery from the United States Postal Service is experiencing significant delays. As a result, you are strongly encouraged to apply online. If you choose to submit a hard-copy application, we recommend that you send it via Fed-Ex or United Parcel Service (UPS) and that you allow at least 72 hours for delivery, even for overnight packages. You also have the option of hand delivery of your application, Monday through Friday from 8:30 a.m. until 4:30 p.m. to the Library of Congress Employment Office.

For those candidates referred for interview the following documentation will be required at the time of interview:

For current or former military personnel: a copy of your DD-214, Certificate of Release or Discharge from Active Duty (Member Copy 4) if applicable;

For current or former Federal employees: a copy of your most recent SF-50 noting your current position, grade level, duty location, and salary level;

For applicants qualifying for a position based on any educational requirements listed in the vacancy announcement: a legible copy of your college transcripts.

For any additional information please contact a Human Resources Assistant at the number listed above.

THE LIBRARY OF CONGRESS IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES

AND PERSONS WITH DISABILITIES WHO MEET ELIGIBILITY REQUIREMENTS ARE STRONGLY ENCOURAGED TO APPLY.

Employment at the Library of Congress is normally limited to U.S. Citizens. However non-citizens may be hired provided immigration law and other legal requirements are met.

### DUTIES

Performs foreign law research at various levels of complexity. Conducts legal research using on-line sources of information. Uses knowledge of sources of legal information, legal research methodology, and experience in legislative analysis to assist in the development of the Law Library's legal information system, the Global Legal Information Network (GLIN). GLIN development activities may include, but are not limited to the following: promotion of the system; recommendation of appropriate government contacts in countries under his/her assigned jurisdiction for possible GLIN membership; proposal of candidate terms for inclusion in the GLIN thesaurus; and quality review of summaries and texts of legal instruments submitted by GLIN member nations under his/her assigned jurisdiction.

Produces reports and other documents individually or as part of a team. Prepares comprehensive legal bibliographic materials and scholarly publications.

Performs functions relating to the development and maintenance of legal collections of foreign laws in the Library.

Provides advice on foreign laws and collaborates with a variety of staff to enhance the exchange of legal information.

### EVALUATION OF TRAINING AND EXPERIENCE

Applicants must have had progressively responsible experience and training sufficient in scope and quality to furnish them with an acceptable level of the following knowledge, skills, and abilities to perform the duties of the position without more than normal supervision.

Ability to communicate orally in providing foreign legal services.

Ability to communicate in writing in providing foreign legal services.

Ability to meet and effectively deal with others in providing foreign legal services.

Ability to develop and maintain legal collections.

Knowledge of and competency in the laws of Spanish/Portuguese language jurisdictions.

Ability to convey legal concepts in the English Language.