# EXHIBIT 4 - Plaintiff's Application

# Foreign Law Specialist, GS-0095-11, 020307

## PROFILE

*Read Only - Cannot Be Updated*

|  |  |
|---:|:---|
| NAME | Gisela von Muhlenbrock |
| COUNTRY | Chile |
| OTHER |  |
| CITY | Santiago |
| STATE / PROVINCE | Other(Enter below) |
| OTHER (IF APPLICABLE) | Providencia |
| ZIP |  |
| SOCIAL SECURITY NUMBER |  |
| DAYTIME PHONE NUMBER |  |
| EVENING PHONE NUMBER |  |
| CELL PHONE NUMBER |  |
| PAGER NUMBER |  |
| INSTANT NOTIFICATION ADDRESS | Hernando de Aguirre 298 #62 |
| FAX NUMBER |  |
| E-MAIL ADDRESS |  |

*Submitted: 1-19-2003*

## WORK HISTORY

### Work History

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| Foreign Law Specialist | Library of Congress | $55,072.00 | 2/ 2/ 1981 | 11/28/1989 | Y | GS | 0095 | 14 |

The promotion potential grade or full performance level of this position:
Location: (State, City, Country)  Washington, Dist of Columbia
Supervisor Name:  Rubens Medina   Phone: Law Library   Email:
Permission to contact supervisor NOT granted.

*As a Foreign Law Specialist prepared in-depth studies for the U.S. Congress concerning relevant constitutional, legal and political issues related to Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua, Panama , Venezuela and Chile.*
*September 17, 1984 Meritorious Service Commendation*

| Foreign | Law Library, Library | $28,245.00 | 2/ 2/ | 6/23/1982 | Y | GS | 0095 | 12 |

| Law Specialist | of Congress | | 1981 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)   Washington, Dist of Columbia | | | | | | | |
| | Supervisor Name: Rubens Medina    Phone: Law Library    Email: Permission to contact supervisor NOT granted. | | | | | | | |
| | Same as above | | | | | | | |
| Foreign Law Specialist | Library of Congress | $23,566.00 | 2/ 2/ 1981 | 3/22/1982 | Y | GS | 0095 | 11 |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)   Washington, Dist of Columbia | | | | | | | |
| | Supervisor Name: Rubens Medina    Phone: Law Library    Email: Permission to contact supervisor NOT granted. | | | | | | | |
| | Same as above | | | | | | | |

## REFERENCES

**References**

| Name | Relation to Applicant | Title | Company | City | State |
|---|---|---|---|---|---|
| Dr Richard Millet | colleague | Professor | North-South Center, University of Miami | Miami | Florida |
| Phone: ( ) | | | Email: | | |
| Dr. Orlando Perez | Colleague | Professor | Central University | Mount Pleasant | Michigan |
| Phone: ( ) | | | Email: | | |
| Nina M. Serafino | colleague | Senior Analyst | Congressional Research Service | Washington | Dist of Columbia |
| Phone: ( ) | | | Email: | | |

## EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | ACCREDITED | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED | CUMULATIVE GPA |
|---|---|---|---|---|---|---|---|---|
| School of Advanced International Studies | Washington | Dist of Columbia | N/A | Master's | Latin America | 1988 | 8 | |

| Law Specialist | of Congress | | 1981 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | |  | The promotion potential grade or full performance level of this position: | | | | | |
| | | | Location: (State, City, Country)  Washington, Dist of Columbia | | | | | |
| | | | Supervisor Name:  Rubens Medina    Phone:  Law Library    Email: Permission to contact supervisor NOT granted. | | | | | |
| | Same as above | | | | | | | |
| Foreign Law Specialist | Library of Congress | $23,566.00 | 2/ 2/ 1981 | 3/22/1982 | Y | GS | 0095 | 11 |
| | | | The promotion potential grade or full performance level of this position: | | | | | |
| | | | Location: (State, City, Country)  Washington, Dist of Columbia | | | | | |
| | | | Supervisor Name:  Rubens Medina    Phone:  Law Library    Email: Permission to contact supervisor NOT granted. | | | | | |
| | Same as above | | | | | | | |

# REFERENCES

| References | | | | | |
|---|---|---|---|---|---|
| Name | Relation to Applicant | Title | Company | City | State |
| Dr Richard Millet | colleague | Professor | North-South Center, University of Miami | Miami | Florida |
| | Phone: (618)779-5265 ;(305)284-6370   Email: millet1.aol.com | | | | |
| Dr. Orlando Perez | Colleague | Professor | Central University | Mount Pleasant | Michigan |
| | Phone: (989) 774-3430   Email: Orlando.J.Perez@cmich.edu | | | | |
| Nina M. Serafino | colleague | Senior Analyst | Congressional Research Service | Washington | Dist of Columbia |
| | Phone: (202) 707-6776   Email: NSERAFINO@crs.loc.gov | | | | |

# EDUCATION BACKGROUND

**If the Accredited status reads 'Cannot Determine' please click the link to determine the status.**

| NAME OF SCHOOL | CITY | STATE | ACCREDITED | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED | CUMULATIVE GPA |
|---|---|---|---|---|---|---|---|---|
| School of Advanced International Studies | Washington | Dist of Columbia | N/A | Master's | Latin America | 1988 | 8 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inter-American Institute on Human Rights | San Jose | COSTA RICA | N/A | | | 1988 | 8 |
| Georgetown University | Washington | Dist of Columbia | N/A | | Certificate | 1978 | 8 |
| Law School, Catholic University, Santiago | Santiago | Chile | N/A | LL.M | International Law | 1973 | 25 |

## ADDITIONAL INFORMATION

Languages: Spanish, German, French. Reads Portuguese and Italian
Meritorious Service Commendation, Library of Congress, September 17, 1984
Honors: Colegio Nacional de Guerra, Asuncion, Paraguay 1998

Master's degree is an MIPP, Master in International Public Policy, SAIS, Johns Hopkins University for mid-career professionals.

## APPLICANT'S RESUME

| Resume | Uploaded Document | View |
|---|---|---|
| | Text | View |
| | Text | View |

## KSAs / COMPETENCIES

## Foreign Law Specialist, GS-0095-11

*The following statements are designed to measure your experience and training in relation to the requirements of the job. Typically this experience is in or related to the job to be filled.*

**For each KSA statement, select the response which best reflects your highest level of experience and/or education. In the box below, provide a brief description of your specific experience, education, knowledge, and/or training that supports your choice. Failure to provide a brief narrative for any KSA statement will result in disqualification of your application from further consideration.**

**Ability to communicate in writing in providing foreign legal services.**

Produced written legal products such as reports, memoranda, law journal articles and notes, and legal bibliographies on issues of foreign laws.

    C  Authored articles or reports on complex legal issues of scholarly and/or professional value.

- ○ Authored articles, reports, notes or bibliographies on legal topics.
- ◉ Assisted in preparation and research of papers on issues of law.
- ○ None of the above.

**Ability to convey legal concepts in the English Language.**

Read, understood, and applied English at a level sufficient to convey legal concepts.

- ◉ Extensive experience reading English in a legal environment. This includes, for example; reading, writing, and translating English with fluency and familiarity.
- ○ Some experience reading English in a legal environment. For example, read English sufficient to write legal documents.
- ○ Some experience reading English. For example, completed coursework or training in English at the college level, or equivalent.
- ○ None of the above.

**Ability to meet and effectively deal with others in providing foreign legal services.**

Developed and maintained relationships among a variety of institutions, government agencies and law firms on legal topics.

- ◉ Coordinated and/or incorporated the work of legal research staff in order to provide analyses of legal issues.
- ○ Coordinated the work of other personnel on a variety of legal issues.
- ○ Participated with other personnel on research projects involving a variety of issues.
- ○ None of the above.

**Ability to communicate orally in providing foreign legal services.**

Communicated effectively with congressional staff, co-workers and supervisors; consulted with colleagues, or formally presented findings at hearings, trials, professional conferences and meetings.

- ◉ Participated in discussions with a variety of professional staff in which the purpose was to plan, coordinate, or consult on research projects involving issues of the laws of Spanish/Portuguese language jurisdictions.
- ○ Effectively communicated legal information to colleagues within and outside the agency about a research project.
- ○ Worked with others as a member of a legal team and conveyed information about a research project to colleagues within an agency.
- ○ None of the above.

**Knowledge of and competency in the laws of Spanish/Portuguese language jurisdictions.**

Used knowledge of the legal system of a Spanish/Portuguese language jurisdiction in order to interpret the law within a U.S. legal framework and provide definitive advice and assistance on legal questions, problems, and issues.

- ◉ Having graduated from a Spanish/Portuguese language law school, and/or holding or having held a

certificate to practice law in one of those jurisdictions, researched, analyzed and interpreted complex issues within a U.S. legal framework.

- ○ Researched and analyzed legal issues concerning the laws of Spanish/Portuguese language jurisdictions and interpreted such issues within a U.S. legal framework.
- ○ Researched and analyzed legal issues of Spanish/Portuguese language jurisdictions.
- ○ None of the above.

**Ability to develop and maintain legal collections.**

Developed, enhanced, and maintained a law library collection within an assigned area of specialization.

- ○ Prepared scholarly publications and bibliographies for the development of legal collections.
- ◉ Assisted in surveying legal collections, noted deficiencies, and assessed the value of published legal material.
- ○ Have familiarity with the proper survey techniques and methods for law library collections.
- ○ None of the above.

## ELIGIBILITY TO APPLY

Country of Citizenship: USA

- ☑ I am or have been a federal employee.
- ☐ I am or was a volunteer with the Peace Corps, VISTA, ACTION within the last 12 months.
- ☐ The Federal Government's hiring options include special appointing authorities for people with disabilities. Federal employers are authorized to use these authorities when considering certain people with disabilities. I wish to be considered under these authorities.
- ☐ I was a David L. Boren scholar or fellow, and I am no longer a student.
- ☐ I have a Career Transition Assistance Plan (CTAP) or Interagency Career Transition Assistance Plan (ICTAP) Notice.

**Choose your current employee status.**
If you are unsure about the type of appointment you currently have, you may want to check Blocks 24 and 34 of your most recent Standard Form 50, or check another form of "Notification of Personnel Action" to verify your status.

- ○ I am a current employee of the Library of Congress

    I am a current employee of the Legislative Branch in another component

- ○
- ○ I am a current employee of another federal agency with a permanent appointment

    My current appointment is ○ permanent ○ temporary/term ○ not applicable.

    I am in the ○ competitive service ○ excepted service ○ not applicable.
- ○ I am a former employee of this agency on a Reemployment Priority List
- ◉ I am a former employee with current reinstatement eligibility
- ○ I may be appointed because of previous or current employment with other federal organizations
- ○ None of the above

## APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and submitted in support of my application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

- ☑ I certify that I have read and understand the applicant certification statement provided above.

## DOCUMENTATION REQUIRED

## ADDITIONAL COMMENTS

# GISELA VON MÜHLENBROCK M.

He███████████62          Phone/Fax :(█████████
Santiago, 6650360, Chile

## Summary of Professional Experience

Experience in the formulation, analysis and evaluation of public policy. Expertise in International and Latin American law, civil-military relations, democratic governance, legislatures and administration of justice. Proficiency in comparative research, oral and written analysis, legislative drafting and legislative information systems.

## Work Experience

The following constitute a sample of recent consulting work performed:

* **AID-DAI,** Technical assistance to the Probity Unit of the Supreme Court of El Salvador on illegal enrichment in public service. September-October 1998.

* **AID-CEPPRO-Paraguay**, Seminar on Civil -Military Relations at the Colegio Nacional de Guerra, Asunción, April 1998. Lectures and panels on the development of a National Defense Policy and related issues.

* **AID-National Center for State Court**, consultancy for technical support for the Attorney General's Office of Nicaragua in the drafting of its internal regulation, February 1998, Managua.

* **National Democratic Institute for International Affairs**, and Centro de Estudios Estratégicos de Nicaragua (Managua). This was a three year project on civil-military relations that included issue identification, defense policy and military justice.

* **Inter-American Development Bank**, Forum on The Modernization of Justice in Guatemala, August 1996. Recommended topics, speakers, wrote terms of reference.

* **Center for International Development and Conflict Management, University of Maryland**, College Park, Human Rights Training Course for Peruvian Military Academies, August-September 1995. Lectured and organized visits and discussions on civil-military relations in the U.S. and the role of the Human Rights lobby.

* **Inter-American Human Rights Commission, Organization of American States**, Washington, D.C., 1979. Compared different draft proposals and proposed the draft of the current Inter-American Convention on Sanction and Prevention of Torture.

Positions held:

** **Department of Justice, Chile**. Chief of Staff and Counsel to the Minister of Justice, Santiago, 1990-1994. Conceived and proposed policy, planned strategy and coordinated the Ministry's efforts to advance legislation on Reparation Policy and the creation of the Truth and Reconciliation Commission. Also drafting of an Intelligence System proposal for Special Presidential Commission.

** **Library of Congress, Washington, D.C.**, 1981-1989. Senior Foreign Law Specialist, Hispanic Law Division, Prepared in-depth studies for the U.S. Congress concerning relevant constitutional, legal and political issues related to Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua, Panama, Venezuela and Chile ( GS 14-5 ).

* **Library of Congress, Santiago, Chile**, 1970-1976. Analyst, **Bulletin on Foreign Periodicals**.

**Teaching Experience**

* **Foreign Service Institute, U.S. Department of State, National Foreign Affairs Training Center, Arlington,** Lectures on Reconciliation Policies in Chile, Argentina and Uruguay in 1996, and Reconciliation Policies in Chile, Argentina and Brazil, 1997.

* **Law School, Universidad Diego Portales, Santiago, Chile.** Courses taught: International Law and International Systems and Constitutionalism in Civil Law Countries, as part of the International Legal Studies Program, sponsored jointly by American University, Washington D.C. and Universidad Diego Portales, Santiago, 1990-1993.

* **Law School, Catholic University of Chile, Santiago, Chile**, 1974-80. Lecturer in Constitutional Law and Coordinator, Public Law Department, 1978-1980.

* **Institute of Political Science, Catholic University of Chile, Santiago, Chile**. 1976-1979. Courses taught: Introduction to Political Science; Comparative Politics; Social-Political aspects of Development.

* **Institute of Political Science, Catholic University of Chile, Santiago, Chile**. 1976-1977. Assistant Director, Academic planning of teaching and research.

**Education**

**Law Degree**, Law School, Catholic University of Chile, Specialization in International Law. Five year program, Santiago, 1973. Admission to the Chilean Bar: 1974.

**Master of International Public Policy**, School of Advanced International Studies, Johns Hopkins University, Washington D.C., 1988.

**Certificate, Inter-American Course on Human Rights**, Inter-American Institute on Human Rights, San José, Costa Rica, 1988.

**Certificate, Introduction to U.S. Legal System**, International Law and Trade Center, Georgetown University, Washington, D.C., 1978.

**Certificate, Seminar on National Information Systems**, Organization of American States and National Commission on Science and Technology, 1977.

**Languages**

Proficiency in **Spanish, German, English**. Working knowledge of French. Reads **Italian** and **Portugese**.

**Other Professional Information**

Yale Law School 1994-95. Senior Fellow, The Orville H. Schell Jr. Center for International Human Rights

Award for Meritorious Service, Library of Congress, 1984

Steward, Law Library, Library of Congress, Local 2910, AFSCME, 1983-89

Member Executive Board, Hispanic Democratic Club, Montgomery County, 1997-98

Montgomery County Public Cable TV, Producer Certification, 1996

**Publications**

**¿Reconciliación sin Purificación?**, **Revista Mensaje**, ( Santiago, Agosto,2,001,) 36-40.

**La aplicación de la justicia en las transiciones a la democracia**, en **Justicia Militar: Una Visión Comparada**, National Democratic Institute for International Affairs, and Centro de Estudios Estratégicos de Nicaragua, (Managua, 1997), 50.

**Discretionality and Corruption: The Chilean Judiciary**, in **Corruption and Reform**, Vol. 25, 4, 1996, **Crime, Law and Social Change**, 1-17.

**Reconciliation in Chile: Politics and Policies**, paper presented at the Conference "Beyond Sovereignty", International Studies Association, Chicago, 1995.

**The Rule of Law, the Judiciary and the Military in Latin America**, paper presented at the Conference "Security in the Americas after the Summit, National Defense University, Washington, D.C., 1995.

Francisco Cumplido C., Gisela von Mühlenbrock, **La Administración de Justicia**, in Corporación de Promoción Universitaria, C.P.U., eds., **Gestión del Desarrollo Social Chileno**, 1991-1992, Santiago, 1993.

Francisco Cumplido C. , Gisela von Mühlenbrock, **Los Presos Políticos en Chile: Una Difícil Solución**, Konrad Adenauer Stiftung, Bonn, 1991.

Gisela von Mühlenbrock, **Jornada de Trabajo, Horarios y Familia**, in **La Familia en Chile: Aspiraciones, Realidades y Desafíos**, ICHEH-CERC eds. (Santiago, ICHEH, 1992), 159-168.

Francisco Cumplido C., Gisela von Mühlenbrock, **El Sector Social de Justicia**, in Corporación de Promoción Universitaria, C.P.U. eds., **Gestión del Desarrollo Social Chileno 1990-1991**, (Santiago, Alfabeta Impresores, 1992), 230-273.

International Encyclopedia of Comparative Law, **Country Study: Chile**, Martinus Nijhof, The Neaderlands, 1990.

**Los Grupos de Interés en el Proceso Legislativo Chileno**, unpublished manuscript, 1980.

**Participación Política: Algunas Motivaciones y Causas**, Santiago, Cuadernos del Instituto de Ciencia Política, Universidad Católica de Chile, 1979.

**Política Laboral en Chile: 1977**, Santiago, Cuadernos del Instituto de Ciencia Política, Universidad Católica de Chile, 1979.