# EXHIBIT 5 - Scoring Breakdown

**EXHIBIT 12f**

**From:** Kersi B Shroff
**To:** Nichols, Billie
**Date:** 1/30/03 4:20PM
**Subject:** Re: Scoring Breakdown (Final) - Spanish FL Specialist VA#020307

Hi Billie,

As we discussed, at first I would still like to interview the top ten candidates.

Thanks.

Kersi

>>> Billie Nichols 01/30/03 03:51PM >>>
Hi Kersi,

Submitting the above to you after vacancy closing. The numbers have changed somewhat. Please let me know how many candidates you wish to interview so I may include the information on my report for the AA Office.

Thanks.--Billie

**EXHIBIT 12e**

## APPLICANT SCORING BREAKDOWN FOR VACANCY # 020307

Foreign Law Specialist (Spanish), GS-0095-11

Vacancy Number 020307

Total number of applicants who applied = 72

Vacancy closed on January 27, 2003 at 12:00 midnight.

**Total number of applicants that are minimally qualified = 34**

$\frac{100}{3}$   $\frac{99}{2}$   $\frac{98}{3}$   $\frac{97}{2}$   $\frac{96}{5}$   $\frac{95}{7}$   $\frac{94}{3}$   $\frac{93}{2}$   $\frac{92}{2}$

$\frac{91}{1}$   $\frac{90}{3}$   $\frac{89}{1}$   $\frac{88}{1}$

Prepared by Billie D. Nichols
Senior Staffing Specialist
01/30/03