# EXHIBIT 6 - March 3, 2003, MEMO

*May 19 Starting date*

## UNITED STATES GOVERNMENT
## MEMORANDUM

Library of Congress

Date: 3-11-03

**TO:** Kersi B. Shroff
Selecting Official

**FROM:** Billie D. Nichols *BDN*
Personnel Staffing Specialist

**Subject:** Final Referral List for the Foreign Law Specialist (Spanish), GS-0905-11, Vacancy Announcement Number (020307) position in the Western Law Division of the Law Library.

You are being provided with the enclosed materials so that you can make your selection decision for this position. This material consists of a (1) copy of the vacancy announcement, (2) **final** referral list, (3) individual rating forms completed by the interview panel members for each candidate being referred, (4) candidate applications, and (5) reference check forms completed by each candidate.

Your selection decision can be based on such factors as organizational needs, reference information, and the applicants' rating on the most important experience areas for this position that have been identified during the job analysis process. The justification for each selectee should be placed on the back of the Personnel Action Recommendation (PAR) that is initiated by your office. For those candidates not selected, a separate justification is needed to indicate the reasons for their non-selection. Attached is a non-select documentation form to use to document these reasons.

Should you have any questions, please contact me at ext. 7-0028.

## Final Referral List

**Position:**  Foreign Law Specialist (Spanish), GS-0905-11

**Vacancy Announcement #:** 020308

The following is a list of candidates eligible for selection. The disposition codes to be used are listed below:

**SE** - Selected        **NS** - Not Selected        **NW** - Withdrew from Consideration

| Name of Applicant | Disposition Code |
|---|---|
| Fernanda C. Alem-Freitas | NS |
| Carlos R. Carrion-Crespo | NS |
| Alonso J. Chaverri | NS |
| Luciano de Freitas | NS |
| Andrea R. Guendelman | NS |
| Gustavo E. Guerra | SE |
| Monika Scherer | NS |

**Staffing Specialist:**  Bille D. Nichols            **Date:** 3-11-03

**Name of Selectee:**  GUSTAVO E. GUERRA        **Date:** 4-4-2003

**Selecting Official:**  Kersi B. Shroff

**Selecting Official's Signature:**  Kersi B. Shroff

**Date:**  April 4, 2003