# EXHIBIT 7 - Applicants and Scores

## Issue Date: 1-30-2003

## Foreign Law Specialist, GS-0095-11, Washington, DC

| # | Name | SSN | Rating | Veteran | Status | Comments |
|---|------|-----|--------|---------|--------|----------|
| 1 | Luciano de Freitas | ▮▮▮ | 100 | NV | | |
| 2 | Carlos R Carrion-Crespo | ▮▮▮ | 100 | NV | | |
| 3 | Fernanda C Alem-Freitas | ▮▮▮ | 100 | NV | | |
| 4 | Andrea R Guendelman | ▮▮▮ | 99 | NV | | |
| 5 | Gustavo E Guerra | ▮▮▮ | 99 | NV | | |
| 6 | Gary J Badway | ▮▮▮ | 98 | NV | | |
| 7 | Ulka P Bhatt | ▮▮▮ | 98 | NV | | |
| 8 | Alonso J. Chaverri | 000000000 | 98 | NV | | |
| 9 | Joseph A de La Cuetara | ▮▮▮ | 97 | NV | | |
| 10 | Monika Scherer | ▮▮▮ | 97 | NV | | |
| 11 | David A Caballero | ▮▮▮ | 96 | NV | | |
| 12 | Gisela von Muhlenbrock | ▮▮▮ | 96 | NV | | |
| 13 | Jamie Susan Davis Smith | ▮▮▮ | 96 | NV | | |
| 14 | Miguel Gonzalez Marcos | ▮▮▮ | 96 | NV | | |
| | Rishi R Hingoraney | ▮▮▮ | 95 | NV | | |
| | James W Newton | ▮▮▮ | 95 | NV | | |
| | Edward A Paez | ▮▮▮ | 95 | NV | | |
| | Fernando I Ruiz | ▮▮▮ | 95 | NV | | |
| | Jessica Ramirez | ▮▮▮ | 95 | NV | | |
| | Rosemary B Greenlaw | ▮▮▮ | 95 | NV | | |
| | Leopoldo R Arreaza | ▮▮▮ | 95 | NV | | |
| | Carlos R Torres | ▮▮▮ | 94 | NV | | |
| | Maura B Jeffords | ▮▮▮ | 94 | NV | | |
| | Alexandra Monroy | ▮▮▮ | 94 | NV | | |
| | Marcus D Boeira | ▮▮▮ | 93 | NV | | |
| | Benjamin H Osland | ▮▮▮ | 93 | NV | | |
| | LaToya D Rembert | ▮▮▮ | 92 | NV | | |
| | Marcela V Scott | ▮▮▮ | 92 | NV | | |
| | Tamara E. Perry | ▮▮▮ | 91 | NV | | |

| Name | | Score | Status | | |
|---|---|---|---|---|---|
| FATIMA GONCALVES WELIVER | ███ | 90 | NV | | |
| GABRIELA D MONZON-REYNOLDS | ███ | 90 | NV | | |
| AMADO MARTINEZ | | 90 | NV | | |
| Sundeep Khanna | ███ | 89 | NV | | |
| Rachel E Gordon | ███ | 88 | NV | | |

PRINT ●