# EXHIBIT 8 - Selectee's Application

# Foreign Law Specialist, GS-0095-11, 020307

## PROFILE

*Read Only - Cannot Be Updated*

| | |
|---:|:---|
| NAME | Gustavo E Guerra |
| ADDRESS | ▬▬▬▬▬ |
| COUNTRY | United States of America |
| OTHER | |
| CITY | Washington |
| STATE / PROVINCE | Dist of Columbia |
| OTHER (IF APPLICABLE) | |
| ZIP | 20001 |
| SOCIAL SECURITY NUMBER | ▬▬▬▬ |
| DAYTIME PHONE NUMBER | ▬▬▬▬ |
| EVENING PHONE NUMBER | ▬▬▬▬ |
| CELL PHONE NUMBER | n/a |
| PAGER NUMBER | n/a |
| INSTANT NOTIFICATION ADDRESS | n/a |
| FAX NUMBER | ▬▬▬▬ |
| E-MAIL ADDRESS | ▬▬▬▬ |

*Submitted: 1-13-2003*

## WORK HISTORY

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| Legal Intern | Federal Communications Commission (International Bureau) | | 2/1/2002 | 4/26/2002 | N | | | |

The promotion potential grade or full performance level of this position:
Location: (State, City, Country)   Washington DC, Dist of Columbia
Supervisor Name: Robert Somers    Phone: Phone: (▬▬▬▬).    Email:
Permission to contact supervisor granted.

Researched foreign telecommunications regulatory frameworks and policies, compiled country profiles and briefing materials in preparation for FCC meetings with foreign telecommunications regulators, drafted responses to policy inquiries from foreign regulators.

| Law Clerk | Court of Appeals for the Fifth Circuit (Mexico) | $50,000.00 | 3/1/1999 | 7/14/2001 | N | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Hermosillo, Mexico, Mexico

Supervisor Name:   Magistrate Evaristo Coria      Phone: Phone: (███████████1   Email:

Permission to contact supervisor granted.

Drafted the court's final opinion in cases pertaining to labor, constitutional, tax, criminal and commercial law. Gained exposure to virtually every legal field in Mexico.

| Law Clerk | Sonora Court of Appeals (Mexico) | $25,000.00 | 8/1/1997 | 2/28/1999 | N | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Hermosillo, Mexico, Mexico

Supervisor Name:   Magistrate Aurora Velarde      Phone: Phone: (███████████   Email:

Permission to contact supervisor granted.

Drafted the court's final opinion in cases pertaining to commercial, criminal and family law, banking and contracts.

| Law Clerk | Obregon City Circuit Court (Mexico) | $24,000.00 | 10/15/1995 | 7/15/1997 | N | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Obregon City, Mexico, Mexico

Supervisor Name:   Judge Guadalupe Von      Phone: Phone: (███████████   Email:

Permission to contact supervisor granted.

Drafted the court's final opinion in cases pertaining to commercial law, including commercial paper, secured transactions, mortgage foreclosures.

| Law Clerk | Hermosillo Circuit Court (Mexico) | $20,000.00 | 1/5/1993 | 9/29/1995 | N | | | |

The promotion potential grade or full performance level of this position:

Location: (State, City, Country)   Hermosillo, Mexico, Mexico

Supervisor Name:   Judge Mirna Canez      Phone: Phone: ███████████   Email:

Permission to contact supervisor granted.

Researched and drafted memoranda on issues related to divorce, child custody and support, adoptions, wills, intestate successions.

# REFERENCES

| REFERENCE NAME | RELATION TO APPLICANT | TITLE | COMPANY | CITY | STATE |
|---|---|---|---|---|---|
| Jeniffer Manner | Professor | Director of International Alliances and Strategy | WorldCom, Inc. | Arlington, VA, 22202 | Virginia |
| PHONE: ( ) 88   EMAIL: j | | | | | |
| Robert B. Somers | Former Supervisor | Director of the International Visitors Program | Federal Communications Commission | Washington | Dist of Columbia |
| PHONE: ( )   EMAIL: b | | | | | |
| Shelley K. Finlayson | Professor | Chief Financial Officer | District of Columbia | Washington | Dist of Columbia |
| PHONE: (2 ), ( ) 3   EMAIL: sh | | | | | |

# EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|
| Georgetown University Law Center | Washington | Dist of Columbia | LL.M | International Legal Studies | 2002 | 22 |
| Federal Judicial Institute | Hermosillo, Mexico | | Master's | Judicial Specialization Degree | 2001 | 32 |
| University of Sonora | Hermosillo, Mexico | | J.D. or LL.B | | 1995 | 453 |
| Regis High School | Hermosillo, Mexico | | | | 1990 | |

| Law Clerk | Court of Appeals for the Fifth Circuit (Mexico) | $50,000.00 | 3/ 1/ 1999 | 7/14/2001 | N | | | |
|---|---|---|---|---|---|---|---|---|
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)  Hermosillo, Mexico, Mexico | | | | | | | |
| | Supervisor Name: Magistrate Evaristo Coria    Phone: Phone: (011)52 6622 170161    Email: | | | | | | | |
| | Permission to contact supervisor granted. | | | | | | | |
| | Drafted the court's final opinion in cases pertaining to labor, constitutional, tax, criminal and commercial law. Gained exposure to virtually every legal field in Mexico. | | | | | | | |
| Law Clerk | Sonora Court of Appeals (Mexico) | $25,000.00 | 8/ 1/ 1997 | 2/28/1999 | N | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)  Hermosillo, Mexico, Mexico | | | | | | | |
| | Supervisor Name: Magistrate Aurora Velarde    Phone: Phone: (011) 52 6622 175212    Email: | | | | | | | |
| | Permission to contact supervisor granted. | | | | | | | |
| | Drafted the court's final opinion in cases pertaining to commercial, criminal and family law, banking and contracts. | | | | | | | |
| Law Clerk | Obregon City Circuit Court (Mexico) | $24,000.00 | 10/ 15/ 1995 | 7/15/1997 | N | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)  Obregon City, Mexico, Mexico | | | | | | | |
| | Supervisor Name: Judge Guadalupe Von    Phone: Phone: (011) 52 6444 179676    Email: | | | | | | | |
| | Permission to contact supervisor granted. | | | | | | | |
| | Drafted the court's final opinion in cases pertaining to commercial law, including commercial paper, secured transactions, mortgage foreclosures . | | | | | | | |
| Law Clerk | Hermosillo Circuit Court (Mexico) | $20,000.00 | 1/ 5/ 1993 | 9/29/1995 | N | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)  Hermosillo, Mexico, Mexico | | | | | | | |
| | Supervisor Name: Judge Mirna Canez    Phone: Phone: 011 52 6622 124130    Email: | | | | | | | |
| | Permission to contact supervisor granted. | | | | | | | |
| | Researched and drafted memoranda on issues related to divorce, child custody and support, adoptions, wills, intestate successions. | | | | | | | |

# REFERENCES

| REFERENCE NAME | RELATION TO APPLICANT | TITLE | COMPANY | CITY | STATE |
|---|---|---|---|---|---|
| Jeniffer Manner | Professor | Director of International Alliances and Strategy | WorldCom, Inc. | Arlington, VA, 22202 | Virginia |
| PHONE: (703) 341 7238    EMAIL: jennifer.manner@wcom.com ||||||
| Robert B. Somers | Former Supervisor | Director of the International Visitors Program | Federal Communications Commission | Washington | Dist of Columbia |
| PHONE: (202) 418 1483    EMAIL: bsomers@fcc.gov ||||||
| Shelley K. Finlayson | Professor | Chief Financial Officer | District of Columbia | Washington | Dist of Columbia |
| PHONE: (202) 727 7698, (202) 253 013    EMAIL: skf2@bulldog.georgetown.edu ||||||

# EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|
| Georgetown University Law Center | Washington | Dist of Columbia | LL.M | International Legal Studies | 2002 | 22 |
| Federal Judicial Institute | Hermosillo, Mexico | | Master's | Judicial Specialization Degree | 2001 | 32 |
| University of Sonora | Hermosillo, Mexico | | J.D. or LL.B | | 1995 | 453 |
| Regis High School | Hermosillo, Mexico | | | | 1990 | |

# ADDITIONAL INFORMATION

JOB-RELATED TRAINING COURSES:
U.S. and International Customs Law (2002)
NAFTA and other Regional Trading Agreements (2002)
International Trade (2001)
International Telecommunications Regulation (2001)
Corporations (2002)
US Legal Discourse (2001)

JOB-RELATED SKILLS:
Language Skills: English, Spanish
Computer Skills: MS Word, Westlaw, LEXIS NEXIS

JOB-RELATED CERTIFICATES AND LICENSES:
Bar Membership: Mexico, July 1995

JOB-RELATED HONORS, AWARDS, MEMBERSHIPS, ETC.:
Member of the American Bar Association.
Judicial Specialization Program (2001): Class president.
Public Speaking: (Judicial Specialization Program): Addressed the farewell speech at the end of the course on behalf of the class of 2001.

# SUBMIT A RESUME

| Resume Text | View |
|---|---|

# KSAs / COMPETENCIES

The following statements are designed to measure your experience and training in relation to the requirements of the job. Typically this experience is in or related to the job to be filled. For each statement, indicate which description best presents your highest level of experience.

**Ability to develop and maintain legal collections.**

Developed, enhanced, and maintained a law library collection within an assigned area of specialization.

- ○ Prepared scholarly publications and bibliographies for the development of legal collections.
- ○ Assisted in surveying legal collections, noted deficiencies, and assessed the value of published legal material.
- ● Have familiarity with the proper survey techniques and methods for law library collections.
- ○ None of the above.

**Ability to communicate orally in providing foreign legal services.**

Communicated effectively with congressional staff, co-workers and supervisors; consulted with colleagues, or formally presented findings at hearings, trials, professional conferences and meetings.

- (●) Participated in discussions with a variety of professional staff in which the purpose was to plan, coordinate, or consult on research projects involving issues of the laws of Spanish/Portuguese language jurisdictions.
- ( ) Effectively communicated legal information to colleagues within and outside the agency about a research project.
- ( ) Worked with others as a member of a legal team and conveyed information about a research project to colleagues within an agency.
- ( ) None of the above.

**Ability to communicate in writing in providing foreign legal services.**

Produced written legal products such as reports, memoranda, law journal articles and notes, and legal bibliographies on issues of foreign laws.

- (●) Authored articles or reports on complex legal issues of scholarly and/or professional value.
- ( ) Authored articles, reports, notes or bibliographies on legal topics.
- ( ) Assisted in preparation and research of papers on issues of law.
- ( ) None of the above.

**Ability to meet and effectively deal with others in providing foreign legal services.**

Developed and maintained relationships among a variety of institutions, government agencies and law firms on legal topics.

- (●) Coordinated and/or incorporated the work of legal research staff in order to provide analyses of legal issues.
- ( ) Coordinated the work of other personnel on a variety of legal issues.
- ( ) Participated with other personnel on research projects involving a variety of issues.
- ( ) None of the above.

**Ability to convey legal concepts in the English Language.**

Read, understood, and applied English at a level sufficient to convey legal concepts.

- (●) Extensive experience reading English in a legal environment. This includes, for example; reading, writing, and translating English with fluency and familiarity.
- ( ) Some experience reading English in a legal environment. For example, read English sufficient to write legal documents.
- ( ) Some experience reading English. For example, completed coursework or training in English at the college level, or equivalent.
- ( ) None of the above.

**Knowledge of and competency in the laws of Spanish/Portuguese language jurisdictions.**

Used knowledge of the legal system of a Spanish/Portuguese language jurisdiction in order to interpret the law within a U.S. legal framework and provide definitive advice and assistance on legal questions, problems, and issues.

- ◉ Having graduated from a Spanish/Portuguese language law school, and/or holding or having held a certificate to practice law in one of those jurisdictions, researched, analyzed and interpreted complex issues within a U.S. legal framework.

- ○ Researched and analyzed legal issues concerning the laws of Spanish/Portuguese language jurisdictions and interpreted such issues within a U.S. legal framework.

- ○ Researched and analyzed legal issues of Spanish/Portuguese language jurisdictions.

- ○ None of the above.

---

# ELIGIBILITY TO APPLY

Country of Citizenship: USA

- ☐ I am or have been a federal employee.

- ☐ I am or was a volunteer with the Peace Corps, VISTA, ACTION within the last 12 months.

- ☐ The Federal Government's hiring options include special appointing authorities for people with disabilities. Federal employers are authorized to use these authorities when considering certain people with disabilities. I wish to be considered under these authorities.

---

# APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and submitted in support of my application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

- ✓ I certify that I have read and understand the applicant certification statement provided above.

## DOCUMENTATION REQUIRED

## ADDITIONAL NOTES

*Additional text.*

**Description of Documents**: Resume

Gustavo E. Guerra

Washington, DC 20001

EDUCATION

Georgetown University Law Center, Washington, DC

Master of Laws (LL.M.), International Legal Studies, May 2002.

GPA: 3.16/4.0

Graduate Paper: International Charging Arrangements for Internet Services (A)

Under supervision of Jennifer Manner, WorldCom

Relevant Courses: International Telecommunications Regulation (A)

Corporations (B+)

NAFTA and other Regional Agreements (B+)

Federal Judicial Institute, Hermosillo, Mexico

Judicial Specialization Program, December 2000

Two year long academic program focusing on judicial skills, such as sentencing and court management

University of Sonora, Hermosillo, Mexico

Licenciado en Derecho (J.D. Equivalent), July 1995.

GPA: 4.0/4.0

Honors: Graduated with Honors

Acknowledgement of academic merit (awarded to students with an "A" average during a semester).

Clinical Programs Award Recipient

FEDERAL JUDICIAL CLERKSHIP

Text: Mexico Court of Appeals for the Fifth Circuit, Hermosillo, Mexico

Law Clerk. 1999 - 2001

Analyzed legal issues, synthesized all information, and presented disposition recommendations in concise memoranda for final decision by the court. Gained exposure to virtually every legal field in Mexico

## LEGAL EXPERIENCE

Federal Communications Commission (International Bureau), Washington, DC

Legal Intern. Spring 2002

Researched foreign telecommunications regulatory frameworks and policies, compiled country profiles and briefing materials in preparation for FCC meetings with foreign telecommunications regulators, drafted responses to policy inquiries from foreign regulators

Sonora Court of Appeals, Hermosillo, Mexico

Law clerk. 1997 - 1999

Reviewed trial records and evaluated cases for disposition. Researched and drafted legal memoranda concerning issues of commercial, criminal and family law, civil procedure, banking and contracts

Obregon City Circuit Court, Obregon, Mexico

Law clerk. 1995 - 1997

Researched and drafted legal memoranda concerning issues of commercial law, civil procedure, banking, contracts. Analyzed legal issues, synthesized all information, and presented disposition recommendations in concise memoranda for final decision by the court

Hermosillo Circuit Court, Hermosillo, Mexico

Law clerk. 1993 -1995

Researched and drafted memoranda on issues related to divorce, child custody and support, adoptions, wills, intestate successions

## BACKGROUND INFORMATION

Language Skills: Spanish, English

Bar Membership: Mexico, July 1995

Dual Citizenship: USA/Mexico

Computer Skills: MS Word, Westlaw, LEXIS NEXIS