# EXHIBIT 9 - Justification

# THIRD FOREIGN LAW SPECIALIST (SPANISH AND PORTUGESE LANGUAGE COUNTRIES)

After three rounds of interviews and reviews of ten applicants, there has firmly emerged an excellent candidate to fill the third Foreign Law Specialist position for Central and Latin America, Spain and Portugal and other assigned jurisdictions.

## THE TOP CANDIDATE

The top candidate, by far, is a Mexican attorney, who is currently employed by the Federal Communications Commission (International Bureau) in Washington DC. The candidate offers the following strong qualifications and legal experience:

- **Master of Laws (LL.M.)** International Legal Studies, May, 2002, Georgetown University Law Center, Washington DC
- **Master's, Judicial Specialization**, December 2000, Federal Judicial Institute, Hermosillo, Mexico, class president.
- **LL.B (J.D.)**, July 1995, University of Sonora, Hermosillo, graduated with honors, GPA 4.0
- **Academic merit acknowledgment** and clinical programs **award recipient**
- Member of **Mexico** and the **American Bar Associations**
- **Spanish** (native language)
- **English** (nearly perfect, in both speaking and writing)
- **Portugese** (reading knowledge)
- **United States Citizen**
- Has **extensively** researched and prepared court final opinions as well as legal memoranda in **all aspects of Mexican law and judicial administration** on a judicial career track:

    Law Clerk at the **Court of Appeals for the Fifth Circuit (Mexico)**, 1999-2001
    Law clerk at the **Sonora Court of Appeals (Mexico)**, 1997-1999
    Law Clerk at the **Obregon City Circuit (Mexico)**, 1995-1997
    Law Clerk at the **Hermosillo Circuit Court (Mexico)**, 1993-1995

- Researched and prepared memoranda on **foreign telecommunications** regulatory frameworks and policies,

    Legal intern at the **Federal Communications Commission (international Bureau)**, Washington DC, 2002

- Possess a good, idiomatic and grammatically accurate style of writing in English
- Offers a great potential for participation in the Global Legal Information Network (GLIN) and has researched the GLIN database
- Dependable, research oriented, and responsible
- Easy going personality
- Good with deadlines