# EXHIBIT 10 - Formal EEO Complaint



**Library of Congress - Equal Employment Opportunity Complaints Office**
**COMPLAINT OF DISCRIMINATION**
(LCR 2010-3.1)
(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)

#03-38

1. Full Name: Gisela Von Muhlenbrock

2. Address: Hernando de Aguirre 298 #62

3. City: Santiago 6650360    State: Chile    Zip Code:

4. Telephone Numbers (including area code)
   Home: (562) 333-2025    Work:

5. Are you now employed?
   ☐ Yes (Answer A, B, C, and D)    X No (Continue with Question 6)

A. Name of Employer:

B. Address of Employer:

C. City, State, Zip Code:

D. Current Position Title, and Grade or Salary:

6. Date on which alleged discrimination took place (Month/Day/Year)
On July 9, 2003, I became aware of the retaliation due to my previous sex discrimination and sex harassment complaint and lawsuit.

7. Name(s) and Title(s) of Person(s) you believe discriminated against you
Rubens Medina, Law Librarian

8. Name of Office which you believe discriminated against you
Law Librarian Rubens Medina & possibly others

9. Indicate below alleged basis of discrimination
   ☐ A. Race. State your race
   ☐ B. Color. State your color
   ☐ C. Religion. State your religion
   X D. Sex. State your sex — Female
   ☐ E. National Origin. State your national origin
   ☐ F. Age. State your age, and date of birth
   ☐ G. Physical or Mental Disability. State the nature of your disability
   ☐ H. Sexual Harassment. State your sex

X I. Reprisal. Explain connection with the EEO process
I previously filed a discrimination complaint and a lawsuit against the Library of Congress based on sex and sex harassment. I named Rubens Medina as as a responsible management official.

458 (2000/03)

Continued on Verse

Page 1 of 2 pages

#83-38

10. (Do you have a Representative?)
X Yes (Answer A, B, C, and D)  ☐ No (Continue with Question 11)

A. Name of Representative:
Francine K. Weiss, Esq.

B. Telephone Number of Representative (include area code)
202 331-9260

C. Address of Representative:
Kalijarvi, Chuzi & Newman, P.C. - 1901 L Street, N.W., Suite 610, Washington, D.C. 20036

11. Explain how you were discriminated against (treated differently than other employees or applicants) because of your color, race, religion, sex, national origin, age, physical or mental disability, sexual harassment, or because of reprisal. What action(s) was taken against you that you believe to be discriminatory? What harm, if any, were you subjected to in your work situation as a result of that action? (Attach continuation sheet, if necessary.)

I was not hired as a Foreign Law Specialist, GS-0095-11 - Vacancy #020307 in retaliation for filing an EEO complaint and a lawsuit based on sex discrimination and sex harassment.

12. What corrective action(s) are you seeking?

Hiring into the Foreign Law Specialist position, back pay, compensatory damages and attorney fees and expenses

13. Have you discussed your complaint with an Equal Employment Opportunity Counselor?
X Yes. Name of Counselor: Danee Gaines
☐ No

14. Have you raised this issue in another forum?  No
☐ Dispute Resolution Center. Name of Convenor: _____
☐ Grievance

15. Date of this complaint (Month/Day/Year)
2/19/04

16. Complainant's Signature
[signature]

Complaint of Discrimination
Page 2 of 2 pages