# EXHIBIT 12 - Shroff Affidavit

# AFFIDAVIT OF KERSI B. SHROFF

I, Kersi B. Shroff, make the following statement freely and voluntarily to Paul Greenberg, who has identified himself to me as an EEO Contract Investigator for the Library of Congress investigating a complaint of discrimination filed by Gisela von Muhlenbrock. Knowing that this statement is not confidential and may be shown to any interested party, I solemnly affirm the following:

Issue accepted for investigation: Whether the Complainant, Gisela von Muhlenbrock, was the subject of reprisal when on or about July 9, 2003, she was not selected for the position of Foreign Law Specialist, GS-0095-11, advertised under Vacancy Announcement 020307.

1. **Are you aware of the Complainant's prior EEO activity?**
Yes.

2. **Please identify your current and former positions with the Library of Congress.**
I began working at the Law Library of Congress in 1977 as a Legal Specialist, dealing with the laws of the United Kingdom and other Commonwealth countries. In January 2000 I was promoted to the position of Chief, Western Law Division. This is one of two Divisions in the Law Library's Directorate of Legal Research. I supervise the work of 11 Foreign Law Specialists who work in my Division.

3. **Please describe the process that was used for developing Vacancy Announcement 020307. Who would have been involved in the process? Specifically, was the Law Librarian of Congress, Dr. Rubens Medina, involved?**
At the time we posted the Vacancy Announcement, we had two Foreign Law Specialists working on Central and South American matters. We decided that it would be helpful to add a third position, particularly to beef-up our capabilities with regard to the laws of Mexico, Colombia, Venezuela, Brazil and other jurisdictions.

I was involved in developing the Position Description for the job with the staff in the HR Department. I approved the PD, and it was then submitted to Dr. Medina, who also approved it. I was also on a panel involved with developing the Job Analysis and Vacancy Announcement, which the panel approved. Unlike the PD, the Job Analysis and Vacancy Announcement were not submitted to Dr. Medina, and I am not personally aware that Dr. Medina had any role in developing it.

4. **Please describe the interview and selection process.**
In addition to my work on the PD and Vacancy Announcement described above, I also was involved in developing the questions for the structured interview process, and I chaired the panel of subject matter experts. Two other LOC staff members served on the

Page 1 of 3

Initials *KBS*

panel: Dr. Tao-Tia Hsia, the Chief of the Eastern Law Division, and Ruth Levush, a Senior Legal Specialist in the Eastern Law Division.

In terms of process, the person within the HR office who serviced this posting was Billie Nichols. Ms. Nichols either contacted me directly, or contacted me through an administrative assistant in the Law Library.

The Vacancy Announcement was posted for the specified period, and then the Announcement closed. Ms. Nichols provided the Selecting Panel with the total number of applicants who met the minimum qualifications for the position, and also the raw scores of each of the qualified applicants. This list, however, did not include the names of any of the applicants – just their scores. The Panel then decided to interview the top 10 candidates.

5. **Was Dr. Medina involved with the selection process?**
No, not to my knowledge. I do not believe that Ms. Nichols had any dealings with Dr. Medina with regard to the process of reviewing applications and selecting candidates. In addition, I did not have any communication with Dr. Medina about these issues.

I should note that Dr. Medina is two levels above me in the Law Library. I report directly to the Director of Legal Research, who in turn reports to the Law Librarian. During the process of recruiting the Foreign Law Specialist, I kept the Director of Legal Research informed generally about the process of the job posting. If any information was passed along to Dr. Medina about this particular job posting, it could have come via the Director. But as I mentioned before (see #4 above), the Panel decided on its own on a "cut off" for interviewing candidates based solely on the numerical ratings of the applicants as supplied by HR, without the applicants' names. Thus we did not know that Ms. von Muhlenbrock had applied for the position until much later, when she filed her EEO complaint.

6. **The Vacancy Announcement for the Foreign Law Specialist position identifies several KSAs, and asks the applicant: "For each [KSA] statement, indicate which description best presents your highest level of experience." Comparing the on-line version of the job application with the profiles used by the Human Resources office to rate the candidates, the order of the responses to the questions is altered – that is, the first response on the on-line application often is not the highest-ranked answer on the form used by HR when rating the candidate. Can you explain this?**
The ranking of the responses on the forms used by the HR Department to rate candidates most likely is the correct order. It is my understanding that when HR posts the Vacancy Announcement, they "jumble" the responses to the KSA questions so that applicants have to choose the most appropriate answer, rather than simply selecting the first answer supplied to each question.

I have read the above statement consisting of 3 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

Dec. 14, 2004
Date

_____
Kersi Shroff

Subscribed and sworn to before me at Washington, D.C. on the ____ day of _____, 2004.

_____
Notary Public

Washington, District of Columbia

Subscribed and sworn to before me, in my presence, this _____ day of December, 2004

by _____
Sandra Marie Proctor, Notary Public
My Commission Expires April 14, 2005