# EXHIBIT 15 - Nichols Deposition

Page 1

In the U.S. District Court
For the District of Columbia

--------------------------------x
                                :
Gisela Von Muhlenbrock          :
                                :
             v.                 : NO. 05-1921
                                :
James H. Billington,            :
Librarian of Congress           :
                                :
--------------------------------x

September 27, 2007

DEPOSITION OF:

Billie Nichols,

a witness, called by counsel pursuant to notice, commencing at 10:00 a.m., which was taken at Thaler, Liebeler, 1825 Eye Street, NW, Washington, DC

Page 38

1  A. I told her I had provided an affidavit
2  back in 2004 and that at that time I became aware
3  from the EEO investigator that the complainant had,
4  I believe, some previous allegation against the
5  Library of Congress or against the law library, but
6  I had been informed at the time by the EEO
7  investigator.
8     That's the extent of my knowledge.
9  Q. What is Catherine Cuesta's job title?
10 A. HR specialist.
11 Q. When did she start at the Library of
12 Congress?
13 A. She was there prior to my coming. I don't
14 know.
15 Q. Was she familiar with the plaintiff in
16 this case?
17 A. Not that I'm aware of.
18 Q. Did you say the same sorts of things to
19 Sheila Williamson, Edith Friday, Mark Stratner?
20 A. I didn't say that, didn't say those type
21 of things to Mark Stratner.

Page 39

1  Q. Sheila Williamson and Edith Friday you
2  did?
3  A. To Sheila Williamson, I just communicated,
4  that I can recall, that it's being alleged or has
5  been alleged that I submitted the names of the
6  candidate and the scores.
7  Q. Did you say the second part about the
8  previous problem back in 2004?
9  A. No, not that I can recall.
10 Q. What about with Edith Friday?
11 A. Yes, I believe I did mention that it was
12 alleged that I had submitted the scores.
13 Q. What about the other part that you
14 discussed with Catherine Cuesta about the previous
15 problems back in 2004? Did you say that to
16 Ms. Friday as well?
17 A. I don't recall.
18 Q. You may have?
19 A. I don't recall.
20 Q. I think you said you did not say those
21 things to Mark Stratner. You remember not saying

Page 40

1  them to Mark Stratner, is that right?
2  A. Yes.
3  Q. But you don't recall one way or the other
4  with Ms. Friday?
5  A. I don't recall one way or the other.
6  Q. What was the purpose in your mind of
7  discussing the allegations in this case with
8  Ms. Cuesta, Ms. Williamson, Ms. Friday and
9  Mr. Stratner?
10 A. There was no particular purpose. It's
11 just that this was something that I was
12 uncomfortable with.
13    I was aware that Ms. Cuesta had done this
14 before and it was just a matter of communication.
15 With Mr. Stratner it was because he was expecting to
16 receive referral list packages from me within a
17 certain timeframe and I indicated to him that I was
18 preparing for a deposition and so I needed more
19 time.
20 Q. Why was it that you had the conversation
21 with Ms. Williamson and Ms. Friday?

Page 41

1  A. They had to know I had to come and do this
2  and so, her being my supervisor, you know, and
3  Ms. Friday has done this before as well.
4  Q. She has also testified in deposition?
5  A. From my understanding, yes.
6  Q. What was that it that made you so certain
7  it was not the case as you say in your testimony
8  that you provided names and scores to the selecting
9  official?
10    MR. BRUMER: Objection, vague. You
11 are not being clear about when.
12 BY MR. THALER:
13 Q. You can answer.
14    MR. BRUMER: You can answer.
15    THE WITNESS: We don't do that. I
16 don't do that. I've never done that. It is
17 procedure to provide only the scores and the number
18 of applications at a particular score for the
19 selecting official so that he can provide his cutoff
20 score.
21 BY MR. THALER:

11 (Pages 38 to 41)