# EXHIBIT 1

CORTE SUPREMA

CHILE

## CERTIFICADO DE TITULO DE ABOGADO

Certifico que en los registros de esta Secretaría consta que en la audiencia del día 30 de septiembre de 1974, la Corte Suprema en Pleno invistió con el Titulo de Abogado a:

Don(a) FRANCISCA MONICA GISELA VON MUHLENBROCK MICHAELIS
R.U.T. 3637672-4

Otorgado en Santiago de Chile, el 27 de mayo de 2004.

CARLOS A. MENESES PIZARRO
SECRETARIO