# EXHIBIT 2

# The Johns Hopkins University

Upon the recommendation of the Faculty of

The School of Advanced International Studies

has conferred upon

**Gisela von Muhlenbrock**

the degree of

**Master of International Public Policy**

with all the rights, honors and privileges appertaining thereto.

Given under the seal of the University at Baltimore, Maryland on May twenty-sixth, nineteen hundred and eighty-eight.

_Steven Muller_
President

_George R. Packard_
Dean

_Joseph R. Hartzell_
Chairman of the Board of Trustees