# EXHIBIT 3

1

```
 1              UNITED STATES DISTRICT COURT        COPY
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - x
 5   GISELA VON MUHLENBROCK     :
 6        Plaintiff,            :
 7   vs.                        :   Civil Action No. :05-1921 (HHK)
 8   JAMES H. BILLINGTON,       :
 9   LIBRARIAN OF CONGRESS      :
10        Defendant             :
11   - - - - - - - - - - - - - x
12
13                              Washington, D.C.
14                              Wednesday, September 19, 2007
15
16
17
18   Whereupon,
19                 GISELA VON MUHLENBROCK
20   the Witness, called for examination by Counsel for the
21   Defendant, pursuant to notice and agreement of counsel as to
22   time and place, at 501 3rd Street, N.W., Fourth Floor,
23   Washington, D.C., where were present on behalf of the parties:
24
25
```

1  alcoholic beverages in the past eight hours that would -- have
2  you had anything to drink in the past eight hours?
3      A.   No.
4      Q.   Okay.  Are you currently taking any medications that
5  would affect your ability to provide full, truthful and
6  complete testimony?
7      A.   No.
8      Q.   Are you feeling at all sick today?  Do you feel well
9  enough to do this deposition today?
10     A.   Yes, I do.
11     Q.   Okay.  Thank you, ma'am.  Is there any other reason
12 why you don't feel that you could provide full, truthful and
13 complete testimony today?
14     A.   No.
15     Q.   Okay.  Do you have any questions before I begin
16 asking questions myself?
17     A.   No, I don't.
18     Q.   Okay.  Could you please tell me where you attended
19 college?
20     A.   I studied law in Santiago, Chile, and I also studied
21 at the Law Center of Georgetown University and Johns Hopkins
22 University here in the District.
23     Q.   Okay.  And you studied at Johns Hopkins after you
24 graduated from Georgetown Law School, is that correct?
25     A.   No.  That was not a degree.  It was a special course

```
 1  on U.S. legal system.
 2      Q.  Okay.
 3      A.  It's not a degree.
 4      Q.  Okay.  And you attended Johns Hopkins after you
 5  finished the program at Georgetown Law School?
 6      A.  Yes.
 7      Q.  And what did you -- what was -- could you briefly
 8  describe the program at Johns Hopkins as well as the program
 9  at Georgetown Law School?
10      A.  Georgetown, basic comparative law, and Johns
11  Hopkins, a masters in international property policy, so it
12  addresses international history, culture and anything related
13  to public policy.
14      Q.  Do you have any other degrees that are relevant to a
15  Law Library position or any other degree -- do you have any
16  other degrees that you'd like to -- have you earned any other
17  degrees post-college?
18      A.  Well, they are not exactly degrees, but -- with the
19  exception of the Inter-American Course on Human Rights and,
20  yeah, the University of Heidelberg Center in Santiago on
21  comparative defense policies between Europe and Latin America,
22  and other diplomas that are not relevant to my position as a
23  Legal Specialist or my activities as a lawyer.
24      Q.  So if you were to summarize the degrees that are
25  relevant, what would they be again?  If you could just give me
```

1  a list of the degrees.
2      A.   Well, the Chilean law degree from Catholic
3  University of Chile is a five year degree, so it is the
4  equivalent of a J.D. in this country. Georgetown, the
5  comparative, but it's a diploma. It was a tool, a very
6  helpful tool. The Inter-American Human Rights Course,
7  absolutely. And, of course, the Hopkins degree because if you
8  work for Congress and don't know the framework of history and
9  of United States foreign policy, then you don't understand the
10 connection of their question in regard to foreign law issues
11 because politics -- law is policy and the Congress asks what
12 do they do about something in any country of the world and
13 they want also the background because a photocopier could do
14 that task, but also it needs the analysis and evaluation, and
15 hopefully the success if there is the information there of
16 what works in terms of allocation of resources.
17     Q.   Okay. Can you tell me where you worked after you
18 finished the program at Georgetown University Law Center, what
19 the first job you held after finishing the program at
20 Georgetown Law Center was?
21     A.   The Library of Congress.
22     Q.   And when did you begin your employment there?
23     A.   In 1981.
24     Q.   And how long did you work there?
25     A.   Until '89.

```
 1      Q.   Where did you work after you left the Library of
 2   Congress?
 3      A.   I worked in the Justice Department of Chile.
 4      Q.   And can you tell me during what period you worked
 5   there?
 6      A.   1990 to '94.
 7      Q.   Can you tell me where you worked after that, after
 8   you left the Justice Department of Chile?
 9      A.   I have not worked in terms of employment as a
10   permanent contractor activity.  I have done consultant work.
11      Q.   Can you tell me where you've done consulting work or
12   other types of work since 1994?
13      A.   '84 or '94?
14      Q.   '94.
15      A.   Since '94 I have done consultancy with the National
16   Democratic Institute for International Affairs here in
17   Washington, but I have done consultancies with the Agency of
18   International Development.
19      Q.   Anything else?
20      A.   No.
21      Q.   Were any of these consultancies or other positions
22   paid positions?
23      A.   Most of them, no.  And actually I remember now
24   before I returned from Chile in 2005 I draft law for the
25   Chilean government, creating a system in internal auditing.
```

```
 1      Q.   In 2004?
 2      A.   4.
 3      Q.   Thank you.  What was your position when you started
 4 working at the Library of Congress, what was your job title?
 5      A.   Foreign Law Specialist.
 6      Q.   And how would you describe your duties as a Foreign
 7 Law Specialist at the Library of Congress when you started in
 8 1981?
 9      A.   Foreign Law Specialist mainly work for Congress
10 answering their requests or members or committees that want to
11 know the state of the law in foreign countries and
12 international law.  But the Law Library also answers the
13 questions of the executive agencies and of the courts.
14      Q.   Who was your supervisor when you were working at the
15 Library of Congress?
16      A.   Rubin Madena.
17      Q.   Did you have any other supervisor during that period
18 that you were working at the Library of Congress?
19      A.   No.
20      Q.   Were you a Foreign Law Specialist throughout the
21 1981 to 1989 period?
22      A.   Yes, I was.
23      Q.   Could you tell me your grade when you started work
24 at the Library of Congress in 1981?
25      A.   I was offered a GS-12 position and my first check
```

1  was a GS-11 position, and that's when I started to complain in
2  later years to clarify the fact that I had signed a form for a
3  GS-12 position.
4       Q.   Who offered you a GS-12 position?
5       A.   Rubin Madena.
6       Q.   In a letter?
7       A.   I came to the Law Library because I had seen an ad
8  in the newspaper for this position. I had an interview and
9  was given a form to fill with my data and I had brought my
10 copies of my law degrees and -- my law degree and transcripts
11 and documents necessary to the interview. So they needed
12 somebody now because the form said immediate, and so I filled
13 one. I filled for a GS-12 position.
14      Q.   When did you apply for that position?
15      A.   That was in 1980, and between that interview and my
16 actual hiring we had the Carter freeze.
17      Q.   Okay. And was the position advertised as a GS-12
18 position or a GS-11 position in the vacancy announcement?
19      A.   I don't remember that.
20      Q.   Okay. And what was your grade when you left the
21 Library of Congress in 1989?
22      A.   GS-14, Step 5.
23      Q.   How would you describe the experience you had
24 overall during the period that you worked for the Library of
25 Congress?

1    A.   Concerning my personal, professional opportunity and
2  work, I was delighted because I did the kind of work that I
3  liked to do, I was trained to do.  It's not only law.  I also
4  speak French.  I also read Portugese and Italian, languages
5  that are also used in the Hispanic.  I could also answer the
6  question from Spain when most European specialists couldn't do
7  it.  And I liked to do research.  I liked public policy.  I'm
8  the daughter of a Chilean senator who would have been 24 years
9  in the Senate, so I always was hearing public policy issues,
10 and then to be able to work for the United States Congress on
11 this issue that I really liked to do and are relevant to their
12 legislative work, I was perfectly happy with what I had to do
13 and the opportunity to use my professional background.
14       In the area of labor relations, that's where I --
15 that was the area that was cut and that made me very unhappy.
16 Happily, I liked my work specifically.  That's why I kept
17 going.
18   Q.   Who were the people -- could you list the people you
19 worked with closely at the Library of Congress, who you worked
20 with on a daily basis at the Library of Congress?
21   A.   Question.  What do you mean, the Secretary of the
22 Division?
23   Q.   The names of the Library of Congress employees who
24 you regularly worked with.
25   A.   You want to know all the names of the people who

1  worked at the Hispanic Law Division?
2      Q.    If you can give me a list of the people you worked
3  with on a regular basis.  Is that a short list?  Would that be
4  a short list or a long list?
5      A.    I would like you to state more precisely what do you
6  mean I had to work with.  They were not support personnel for
7  me.  They were administrative or research people who were
8  doing --
9      Q.    Who were some of the people you interacted with on a
10 regular basis at the Library of Congress?
11     A.    The Division secretary.
12     Q.    Anyone else?
13     A.    Rubin Madena, the Chief, Armando Gonzales, the
14 Assistant Chief, and different secretaries and editors
15 throughout the years.  The last one was Helen Dominko.  Before
16 that there was a Karen in 1981 or so.  I don't remember her
17 name.
18     Q.    Those were the major people, though?
19     A.    Yeah.  That is the division really, plus two Legal
20 Research Assistants.
21     Q.    Did you know Kersi Schroff while you were there?
22     A.    Yes, as a lawyer of the American Law Division.
23     Q.    How would you characterize your relationship with
24 him?
25     A.    Professionally, sometimes the Congress sent or a

1    A.    Yes, a friendly, professional relationship.
2    Q.    During the time that you worked with Kersi Schroff
3 did he ever in any way suggest that he was bigoted in any way?
4    A.    I don't remember that.
5    Q.    Did he -- did Kersi Schroff ever behave with you in
6 a way that you considered inappropriate?
7    A.    No, but we had taken up discussions about the
8 differences. He was mainly interested in the differences of
9 civil law with common law. He was a lawyer in the common law
10 area and they don't know what civil law means.
11    Q.    So did you end up having lots of spirited
12 conversations about the law with him?
13    A.    Not a lot, but those were the professional contacts
14 that you were asking about. They related to requests or
15 technical issues.
16    Q.    Did your interactions with him change after you
17 filed your complaint of discrimination during the 1980s or did
18 you --
19    A.    No.
20    Q.    No. Did you know Billie Nichols during the time
21 that you worked at the Library of Congress?
22    A.    No.
23    Q.    Never heard her name?
24    A.    Never heard her name.
25    Q.    Did you file any EEO complaints while you were

```
 1  working at the Library of Congress?
 2      A.   Yes.  In 1982, if I'm not wrong, I had to go to the
 3  Labor Relations Office and complain about Madena's behavior
 4  toward me.
 5      Q.   What was his behavior toward you?
 6      A.   Sexual advances.
 7      Q.   Were you complaining at that time about any other
 8  employee at the Library of Congress?
 9      A.   No, that I remember.
10      Q.   You didn't complain at that time about any other
11  employee at the Library of Congress?
12      A.   No.
13      Q.   Did you file any other EEO complaints while you were
14  working at the Library of Congress?
15      A.   Later on you mean?
16      Q.   During -- sorry.  During the period that you were
17  employed at the Library of Congress, did you file any EEO
18  complaints other than the one that you just mentioned?
19      A.   Yes, I did.  That's the discrimination complaint
20  that followed the sexual harassment.  I think the date was
21  1983.
22      Q.   So you filed a total of two EEO complaints during
23  the period that you were working at the Library of Congress?
24      A.   I would say it's the first complaint that evolves
25  when I'm able to ascertain that the Library had not paid me
```

1  Congress?
2      A.   Not directly.  Through the union I was the Law
3  Library's steward and so I knew about the activities of Local
4  2910 of the American Federation of State, County and Municipal
5  Employees Union that were concerned, and I also later as the
6  steward negotiated the contract with the Law Library -- for
7  the Law Library.
8      Q.   In your capacity as somebody who had applied for a
9  position in the Library of Congress as well as an attorney and
10 a former law librarian in the Library of Congress, were you
11 familiar with the SF171?
12     A.   Yes.  I had seen one and filled one.
13     Q.   When had you completed one?
14     A.   In 1980.
15     Q.   When you were applying for the position you held at
16 the Library of Congress?
17     A.   Yes.
18     Q.   Are you aware of any changes in the 1980s or 1990s
19 to the application process for people who were interested in
20 working at the Library of Congress?
21     A.   No.  I left in 1989 and since then until 2005 I was
22 outside the country.
23     Q.   When did you -- why did you leave the Library of
24 Congress in 1989?
25     A.   Because I traveled to Chile to attend the wedding of

1  my daughter and went to visit my father and went up to the
2  lakes in the mountains, and there was a storm at the border
3  with Argentina and I rode down with a horse, on top, down a
4  ravine.  After that I was left with serious back problems and
5  was, of course, advised not to travel and follow a
6  rehabilitation process.  That was long, costly and painful.
7      Q.   This was in 1989?
8      A.   In 1989.
9      Q.   And when did you recover from your injuries?
10     A.   Almost a year later, but the main reason really was
11 that transport from -- I don't know if you have visited ever
12 there.  The flight from Miami is 12 hours, and for somebody
13 who has to be -- of course, not supposed to move while
14 healing, you know, air transportation would have been
15 dangerous or very, very costly and then who take care of me
16 here?  And so that's why in thinking you thought -- the
17 Division consisted of a Chief and Assistant Chief and one
18 Legal Specialist.  I thought that I was being honest and fair
19 to resign so that they could fill an opening because I know
20 that we have a huge volume of work.
21     Q.   So you voluntarily resigned?
22     A.   Yes.  It was my resignation, and I was in Chile when
23 I resigned.
24     Q.   Nobody encouraged you to resign?
25     A.   No.  My doctor said stay quiet.

```
 1      Q.    I mean nobody at the Library of Congress --
 2      A.    No.
 3      Q.    -- encouraged you to resign?
 4      A.    No. I didn't have any contact. If you think about
 5 the date, there was no Internet or any of those things, and I
 6 was sick.
 7      Q.    So you would have happily continued at the Library
 8 of Congress if it weren't for that -- for your injury in 1989?
 9      A.    Exactly, yes.
10      Q.    After you left the Library of Congress -- after you
11 resigned from the Library of Congress, did you apply for any
12 other positions at places other than the Library of Congress?
13      A.    Really not, no applications.
14      Q.    You were only interested in working at the Library
15 of Congress?
16      A.    You mean in the United States or are you including
17 Chile?
18      Q.    Anywhere.
19      A.    Anywhere, I never applied to a job.
20      Q.    Did you ever apply for a position at the Library of
21 Congress after you left there in 1989?
22      A.    Yes. I started to apply after I recovered in 1991
23 through 1992.
24      Q.    Did you -- you applied for a position in 1991?
25      A.    No, I didn't apply. I requested information in
```

```
 1  order to apply because some of my colleagues that were at the
 2  Law Library had writing to me concerned about my roaring
 3  around on a horse, and when they found out that I was
 4  recovering, they told me about the vacancy.
 5      Q.   Who were those colleagues?
 6      A.   They are not in the Library.  They are retired.
 7      Q.   So after those former colleagues contacted you, who
 8  did you contact at the Library of Congress?
 9      A.   Dr. Madena.
10      Q.   Did you contact anyone else at the Library of
11  Congress in connection with --
12      A.   With the application?
13      Q.   In 1991 did you contact anyone else -- anyone other
14  than Dr. Madena regarding your interest in a position at the
15  Library of Congress?
16      A.   I wrote -- after I called first to ask for the
17  faxing of an application, I called again.  I complained and I
18  wrote about my interest to the law librarian at that time, Ms.
19  Kathy Price.  Mr. Canyon had left and so there was a new
20  librarian, law librarian.
21      Q.   When you called Dr. Madena, what did he tell you in
22  1991?
23      A.   He told me that the position had been filled, and
24  because they had been filled, he wasn't going to send me a fax
25  with an application.
```

```
 1      Q.   When did you have that conversation with him?
 2      A.   In 1990, '91.
 3      Q.   In 1990 or in 1991?
 4      A.   1991.
 5      Q.   And do you remember in which month?
 6      A.   January, I think.
 7      Q.   Did you have any other conversations with Dr. Madena
 8 in 1991?
 9      A.   Yes, although he refused to fax me or to -- after
10 telling me the position had been filled, he stated that there
11 were going to be future vacancies in the Division and told me
12 to keep in touch, and that's why I wrote letters of interest,
13 to be informed about future positions.
14      Q.   In 1991 and 1992 you wrote letters of interest?
15      A.   In 1991, I think, only.
16      Q.   Do you have copies of any of those letters you sent
17 in 1991 expressing interest in a position at the Library of
18 Congress?
19      A.   Yes.
20      Q.   And what response did you receive to those letters?
21      A.   No response.
22      Q.   And those letters were directed to Kathy Price?
23      A.   One to Kathy Price and one to Rubin Madena.
24      Q.   What did you do in 1991 or 1992 other than call Dr.
25 Madena and send letters to Ms. Price and Mr. Martina -- Mr.
```

1  Madena?
2      A.   Because they did not answer and because I had
3  repeatedly called, I decided to write to the Librarian of
4  Congress.
5      Q.   And when did you send a letter to the Librarian of
6  Congress?
7      A.   I don't have the exact date because I don't have
8  copies of that.  I only provided you with the answers -- the
9  answer of Mr. Billington or of Mr. Bonitez, the Human Resource
10 person that was trusted to answer.
11     Q.   Did you ever contact the Office of Personnel
12 Management in 1991 or -- did you contact the Office of
13 Personnel Management in 1991 or 1992 regarding your interest
14 in a position at the Library of Congress?
15     A.   Not that office.
16     Q.   Did you contact the Library of Congress's Office of
17 Human Resources in 1991 or 1992 regarding your interest in a
18 position at the Library of Congress?
19     A.   No, I didn't.
20     Q.   Have you ever contacted either the Office of
21 Personnel Management or the Library of Congress's Office of
22 Human Resources since leaving the Library of Congress to
23 express interest in working at the Library of Congress?  I can
24 rephrase that if you'd like.  Since leaving the Library of
25 Congress, have you ever contacted the Office of Personnel