# EXHIBIT 5

**JOHNS HOPKINS**
UNIVERSITY

**SAIS**
**Latin American Studies Program**

The Paul H. Nitze School of Advanced International Studies
1740 Massachusetts Avenue NW
Washington DC 20036-1984
(202) 663-5734 / FAX (202) 663-5737

Riordan Roett
Sarita and Don Johnston Professor and
Director, Latin American Studies Program

August 12, 1994

To Whom It May Concern:

I am delighted to write a letter of recommendation for Gisela von Muhlenbrock. Ms. von Muhlenbrock graduated from SAIS in May 1988 with a Master's degree in International Public Policy (MIPP). She was my student in two graduate courses. We have maintained frequent contact since her graduation.

Trained in law at the Catholic University of Chile, she has served in a number of demanding academic and public policy positions. She has taught at the Catholic University as an Assistant Professor in the Institute of Political Science. For two years, Gisela was the coordinator of the Public Law Department at the Law School of the Catholic University; prior to that, she was a Lecturer on Constitutional Law. In the United States, Gisela was appointed as a Senior Foreign Law Specialist in the Hispanic Law Division of the Library of Congress from 1981 to 1989.

Gisela returned to Chile in 1990 and was appointed as Chief of Staff and Counsel to the Minister of Justice, a position she held for four years. She also served as a Professor in the Law School of the Diego Portales University. In her ministerial position, she was deeply involved in the policy process and interfaced frequently with the Chilean legislature.

She possesses excellent language skills and is an excellent writer with a distinguished list of publications. You will find Gisela von Muhlenbrock an enthusiastic, professional, and highly competent individual with a genuine interest in public policy, Latin American comparative politics, and international relations. I cam recommend her to you without reservation.

Sincerely,

Riordan Roett