# EXHIBIT 6

## ACTA CONSTITUTIVA

## DEL CIRCULO DE TRABAJO JURÍDICO POLITICO

## LATINOAMERICANO

Los abajo firmantes, por medio de la presente acta, formalizamos la constitución del "Círculo de Trabajo Jurídico- Político Latinoamericano", bajo la convocatoria y auspicio de la Fundación Konrad Adenauer, con el objeto de estructurar un equipo de trabajo para , por medio de la utilización de diversos mecanismos de intercambio de ideas y experiencia, proponer iniciativas prácticas a nivel latinoamericano en función del logro de

los siguientes fines:

1. Apuntar sus esfuerzos en pro de la cristalización efectiva del Estado Constitucional de Derecho en América Latina.

2. Promover la real vigencia de los valores consustanciales al sistema democrático y desarrollar tareas para su mejor difusión.

3. Auspiciar actividades en función de la protección efectiva de los derechos fundamentales por medio de las reformas jurídico políticas adecuadas para este efecto.

4. Fomentar el estudio de los cambios institucionales a nivel constitucional, legal y jurisdiccional, como al nivel

del Estado y la sociedad civil, que coadyuven al cumplimiento de los fines señalados.

## NOMBRES

## FIRMAS

**1. Rodolfo Carlos Barra**
*Vicepresidente Corte Suprema*
*de Justicia. Argentina*

**2. Gustavo Becker M.**
*CIDSEP. Universidad Católica.*
*Paraguay.*

**3. Alberto Alfonso Borea Odria**
*Coord. Instituto Interamericano*
*de Derechos Humanos. Costa Rica.*

**4. Ricardo José Combellas Lares.**
*Director Instituto de Estudios*
*Políticos. Universidad Central*
*de Venezuela.*

**5. Guillermo León Escobar Herrán.**
*Director Ejecutivo Fundación*
*Simón Bolívar. Colombia.*

**6. Hernando Herrera Vergara.**
*Presidente Corte Constitucional*
*Colombiana.*

**7. Norbert Lösing**
*Asesor Programa Estado Social*
*de Derecho. Konrad Adenauer.*
*Venezuela.*

**8. José Antonio Monzón Juárez.**
*Coord. Departamento Jurídico*
*ASIES. Guatemala.*

**9. Gisela von Mühlenbrock M.**
*Jefe de Gabinete, Ministerio*
*de Justicia. Chile*

**10. Guillermo Francisco Reyes G.**
*Magistrado Auxiliar. Corte*
*Constitucional Colombiana.*

**11. Eduardo Sancho González.**
*Magistrado Corte Suprema*
*de Justicia. Costa Rica.*

**12. John Schwank- Durán.**
*ASIES. Guatemala.*

**13. Horst Schönbohm**
*Director del Programa Estado*
*Social de Derecho. Fundación*
*Konrad Adenauer. Venezuela.*

**14. Tursten Stein**
*Director Instituto de estudios*
*Europeos. Universidad Saarland*
*Alemania.*

**15. Juan Enrique Vargas Vianco**
*Director Proyecto de Admon.*
*de Justicia CPU. Chile.*

**16. Hernando Yepes Arcila.**
*Magistrado Consejo Superior*
*de la Judicatura. Colombia.*

**Santafé de Bogotá, octubre 30 de 1993**