# EXHIBIT 7



**NATIONAL DEMOCRATIC INSTITUTE FOR INTERNATIONAL AFFAIRS**

1717 Massachusetts Avenue, NW
Fifth Floor
Washington, DC 20036
(202) 328-3136
fax: (202) 939-3166
email: demos@ndi.org
http://www.ndi.org

Working to strengthen and expand democracy worldwide

December 23, 1998

**Board of Directors**
*Chairman*
Paul G. Kirk, Jr.
*Vice Chair*
Rachelle Horowitz
*Secretary*
Kenneth F. Melley
*Treasurer*
Hartina Flournoy
*Finance Chair*
Eugene Eidenberg
*President*
Kenneth D. Wollack

William V. Alexander
Bernard W. Aronson
Joan Baggett Calamboikidis
Don Cameron
Emanuel Cleaver II
Barbara J. Easterling
Geraldine A. Ferraro
Patrick J. Griffin
Joan Anderson Growe
Maxine Isaacs
Peter G. Kelly
Peter Kovler
Elliott F. Kulick
Lewis Manilow
Azie Taylor Morton
Mary M. Raiser
Mark A. Siegel
Marva A. Smalls
Theodore C. Sorensen
Michael R. Steed
Maurice Tempelsman
Arturo Valenzuela
Mark R. Warner
Marvin F. Weissberg
Alan Wheat
Raul Yzaguirre

Walter F. Mondale
Charles T. Manatt
*Chairmen Emeriti*

**Senior Advisory Committee**
Michael D. Barnes
John Brademas
Bill Bradley
Mario M. Cuomo
Patricia M. Derian
Christopher J. Dodd
Michael S. Dukakis
Thomas F. Eagleton
Dante B. Fascell
Martin Frost
Richard A. Gephardt
John T. Joyce
John Lewis
Mike J. Mansfield
Donald F. McHenry
Abner J. Mikva
Daniel Patrick Moynihan
Charles S. Robb
Stephen J. Solarz
Esteban E. Torres
Cyrus R. Vance
Anne Wexler
Andrew J. Young

Ms. Gisela von Muhlenbrock
2433 Copper Mountain Terrace
Silver Spring, MD  20906

Via Facsimile: (301) 438-7258

Dear Gisela,

As the year comes to a close, I want to take a moment to say thank you, and share with you some news. It was a pleasure seeing you on November 19, 1998. I found our discussion very interesting and appreciate the advice you provided regarding our new global program.

Thank you for your regular contributions to NDI's work, and to the cause we share: promoting and strengthening democratic governance. I also appreciate your informal advice, and I hope that you will be willing to continue to tutor me (as you have been doing since I started reading Issue Briefs authored by you in the 1980's).

After a great deal of deliberation, and interviews with more than a dozen leading candidates, we have decided to hire retired General Bill Nash to be the in-house director of our new global civil-military relations program. His expertise complements NDI's well established capacities in legislative governance and civil society strengthening. I hope you will also be available to provide advice and guidance to Bill when he assumes his responsibilities in January.

Sincerely,

Tom

Thomas O. Melia
Vice President for Programs