# EXHIBIT 8



The Library of Congress

Award for Meritorious Service

Gisela von Muhlenbrock-Clarke

is hereby given Official Commendation for

Meritorious Service

Citation: Your participation in the review of some 150,000-volume arrearage for re-selection and weeding while continuing to carry out your regularly assigned duties is worthy of special recognition.

Librarian of Congress

November 27 , 19 84