# EXHIBIT 13

Case 1:05-cv-01921-PLF   Document 39-15   Filed 03/07/2008   Page 1 of 3

GvM 5.

Santiago, February 22, 1991.-

Ms. Katty Price
The Law Library
Library of Congress
Washington DC.
USA

EXHIBIT 3

Dear Ms Price

Let me introduce myself as a former Senior Legal Specialist who worked nine years in the Hispanic Law Division. I would like to return to the U.S. and to work in the Law Library again.

Therefore, I would appreciate all information (postings and forms) concerning the two vacant positions in LL Hisp (Assistant Chief, Legal Specialist).

I thank you in advance

Sincerely,

GISELA VON MUHLENBROCK M.

Casilla 10.323

Santiago, 22 de Febrero de 1991.-

Mr. Rubens Medina
Chief, LL Hisp.
Law Library
Library of Congress
Washington DC.
USA

Estimado Dr. Medina:

Le escribo pues tengo interés en volver a los Estados Unidos y a mi antiguo trabajo. Se me ha informado que todavía no han llenado las vacantes (Assistant Chief, Legal Specialist) en su División. Ud. conoce mi capacidad de trabajo y yo no he podido adaptarme a la vida en Chile. Por ello, le agradeceré me informe y me proporcione formularios de los postings correspondientes para hacerlos llegar oportunamente.

Le saluda cordialmente,

GISELA von MUHLENBROCK M.