# EXHIBIT 14

| Library of Congress | Vacancy Ann. No. | HUMAN RESOURCES OPERATIONS USE ONLY |||
|---|---|---|---|---|
| VACANCY ANNOUNCEMENT REQUEST | 020307 | Date Received | HR Specialist Review (Initial & Date) BDN 11-21-02 ||
| Specialist | Organizational Unit | Bargaining Unit | Human Resources Assistant | Final Review (Initial & Date) |

**Location:** (include Service Unit, Directorate, Division, Section, Unit)
Office of the Law Librarian
Law Library
Western Law Division

**Building:** ☐ LA  ☒ LM  ☐ NYA  ☐ Other: _____
☐ LJ  ☐ LCA  ☐ TSA

**Position Title (LC and Civil Service):** Foreign Law Specialist (Spanish)

**Pay Plan, Series, Grade, Position Description Number, Salary:**
GS-095-11-12506-$46,469-$60,405
GS-095-12-12507-$55,694-$72,400

**Promotion Plan:** ☒ Yes  To GS-15 grade level  ☐ No

**Type of Vacancy Announcement:** ☐ Regular  ☐ Extended  ☒ Open  ☐ Limited  ☐ Target Series

**Number of Vacancies:** 
**Work Schedule:** ☐ Fixed  ☒ Flexitime  ☐ Compflex  ☐ Special Schedule

**Position Type:** ☒ Permanent  ☐ Indefinite  ☐ Indefinite NTE _____  ☐ Temporary NTE _____

**Tour of Duty:** ☒ Full Time  ☐ Part Time NTE: _____  ☐ Intermittent

**Position Designation:** ☐ Sensitive  ☐ Non-Sensitive
**Special Recruitment/Paid Advertising:** ☐ YES (See attached form LW 15/56A)

**Date Vacancy Occurred or Established:** 
**Funding:** 

**Reason for Vacancy:**
☐ PAR for _____
☐ Resignation of _____
☒ Other (Specify) Retirement of staff member

**Qualifications:**
☐ Identical to Vac. Ann. No. _____ Date _____ (Attach copy)
Attached Vac. Ann. requires review & approval because:
☐ New Position  ☐ Other (Specify)

**RATING PANEL MEMBERS** (To be filled out by the Directorate)
Chairperson
Member
Member
Member
Unit Representative, if appropriate.

**APPROVALS (Route in order)**

1. Selecting Official (Signature & Date)
   Kerri B. Ihms  11/21/02
2. Division (Signature & Date Approved)
   Kerri B. Ihms  11/21/02
3. Service Unit (Date Received)  NOV 21 2002
   Signature & Date Approved
   Rubens Medina  NOV 21 2002
4. Human Resources Operations (Date Received)
   Signature & Date Approved

For positions GS-15 and above and Division Chief vacancy announcements, route to:
Director of Human Resources (Signature & Date)
The Deputy Librarian (Signature & Date)

18 (1990/07)