# EXHIBIT 17

Position Description - Foreign Law Specialist   Case 1:05-cv-01621-PLF   Document 39-19   Filed 03/07/2008   Page 2 of 4   Page 1 of 3

EXHIBIT 13b

# Foreign Law Specialist, GS- 0095- 11

**Position Number:** 12506

**Introductory Statement:** Performs a variety of foreign law specialist duties requiring proficiency in the law of Spanish speaking jurisdictions. Working knowledge of Portuguese is also required.

### Foreign Law Research Work 40%

Researches and analyzes a variety of legal issues with guidance provided as to the needs of the inquirer. Assignments involve dealing with conventional research problems, questions, or situations within assigned jurisdictions which include but are not limited to Mexico, Colombia, Venezuela, Brazil and Portugal. Translates and interprets legal material efficiently and understandably. Performs legal research and writing assignments requiring analysis and interpretation of a foreign legal system. Provides interpretation of foreign laws. Provides a comparative legal analysis of the material to the U.S. legal system and legal practices.

Performs foreign law research at various levels of complexity. Conducts legal research using on-line sources of information. Uses knowledge of sources of legal information, legal research methodology, and experience in legislative analysis to assist in the development of the Law Library's legal information system, the Global Legal Information Network (GLIN). GLIN development activities may include, but are not limited to the following: promotion of the system; recommendation of appropriate government contacts in countries under his/her assigned jurisdiction for possible GLIN membership; proposal of candidate terms for inclusion in the GLIN thesaurus; and quality review of summaries and texts of legal instruments submitted by GLIN member nations under his/her assigned jurisdiction.

### Report Writing 30%

Prepares written reports for a wide range of legal inquires where assignments cover conventional problems, questions, or situations.

Produces reports and other documents individually or as part of a team. Prepares comprehensive legal bibliographic materials and scholarly publications.

### Development and Maintenance of Legal Collections 20%

Surveys the Law Library's collections within his/her areas of specialization, where unusual materials or problems occur, in order to discover deficiencies. Makes recommendations on the acquisition of needed materials and searches the catalogs and collections for law items under consideration. Independently reviews all material received in the Law Library from the assigned jurisdictions and indexes the legal materials by preparing entries and assigning subject headings. Recommends modified or additional headings and subheadings.

Performs functions relating to the development and maintenance of legal collections of foreign laws in the Library.

### Advice and Liaison Work 10%

Provides advice and assistance to the staff of the United States Congress, Federal agencies, and U.S. Courts on conventional foreign legal issues, questions, or situations.

Provides advice on foreign laws and collaborates with a variety of staff to enhance the

exchange of legal information.

Performs other duties as assigned.

### Factor 1- 7  Knowledge Required by the Position

Position requires knowledge and proficiency of the Spanish/Portuguese language and the laws, practices, and collections of Spanish/Portuguese speaking jurisdictions in order to perform primary legal research and collection development. Knowledge of new techniques of legal research and ability to learn methods of research. Professional knowledge and skills sufficient to perform a wide range of responsibilities and duties, evaluate and present divergent professional opinions affecting significant public policy issues and define and describe feasible options, including the consequences of their adoption. Knowledge of opposing views and biases within the foreign legal profession. Ability to use judgment in the presentation of options that represent divergent views and describe the possible consequences of adopting such options. Skill to select, organize, and present appropriate information in a concise and coherent manner and to relate such information to broad areas of public policy. Knowledge sufficient to initiate and maintain personal liaison with policy making staffs on assignments of limited scope that involve the application of specialized knowledge to questions of public policy.

### Factor 2- 4  Supervisory Controls

The supervisor interprets objectives, sets necessary resources, and defines the scope and time constraints of the employee's duty assignment. The employee and the supervisor together develop priorities for work to be done. Within this framework, the employee independently plans and carries out assignments and coordinates activities with other staff members. Uses considerable ingenuity to anticipate program or case requirements, develop legal arguments and supporting evidence, resolve conflicting statements, or search for corroborating or contravening precedents. In some assignments, the employee also determines the approach to be taken and methodology to be used. The supervisor is kept informed of actions involving potentially controversial issues or issues with far reaching implications. Completed work is reviewed only in terms of productivity and effectiveness in meeting requirements or accomplishing objectives, and to assure compliance with the policy of the Law Library and the Library of Congress

### Factor 3- 3  Guidelines

Procedures for performing the work are established and some specific guides are available. Guides are not completely applicable to many work situations. Typically, the incumbent is thoroughly familiar with the guidelines that apply to routine work situations and also in becoming adept at interpreting and applying guidelines and precedents in non-routine situations without referring questions to others. The work assigned typically has aspects of sensitivity that require more mature judgment regarding the implications of choices of methodology.

### Factor 4- 4  Complexity

Assignments require the use of a variety of unrelated analytical methods and techniques of a professional field or discipline. The incumbent typically: (1) selects, organizes, and presents information, identifies bias, analyzes interrelationships, and presents and evaluates policy options; (2) deals with unusual circumstances (e.g., under rigid deadlines, often works with voluminous and/or incomplete and conflicting information and data), chooses from among various analytical methods depending on the type of data and the nature of the task, and

identifies and describes unclear issues; and (3) decides on form, content, scope, and depth of response and interprets and presents balanced findings.

### Factor 5-3  Scope and Effect

The purpose of the work is to provide legal information on, and legal analysis of or related to, public policy questions or legislative proposals, and to present alternatives for consideration by policy makers. The work involves the presentation of requested information in a conventional format or the presentation of limited analyses of public policy questions. The information provided to and the analyses performed for various clientele serve to define or clarify public policy issues and to identify alternative approaches to their solution or management.

### Factor 6-3  Personal Contacts

Personal contacts are generally with Members of Congress and their staffs or staffs of committees, Government agencies, the United States Supreme Court and other courts, executive agencies, and other users in moderately unstructured situations where each contact is different and the specialist must define the purpose of the meeting and clarify the roles of the various participants. Contacts may be initiated by the employee, the person or organizations requesting information or assistance, or another party, and frequently involve unstructured face-to-face meetings. Contacts may also be with those in the public who wish to obtain foreign law information.

### Factor 7-3  Purpose of Contacts

The purpose of the contacts is to provide critical foreign law information, such as that needed to develop aspects of a case; to gain voluntary compliance or agreement with persons or groups who have divergent allegiances, interests, or objectives; to convince persons of the correctness of factual, technical, procedural, or other interpretations despite the existence of other differing interpretations and legal positions; to otherwise influence skeptical or uncooperative persons by the use of tact, persuasiveness, and diplomacy in controversial legal situations, or to assist, as a reference for foreign law matters, through written and oral form, for the Library of Congress in providing definitive advice and assistance to Congressional Committees, Members of Congress, Government agencies, and United States courts.

### Factor 8-1  Physical Demands

The work is sedentary. Carries books, files, and documents. Typically, the employee sits comfortably to do the work.

### Factor 9-1  Work Environment

The work environment involves everyday risks or discomforts which require normal safety precautions typical of offices and meeting rooms. The work area is adequately lighted, heated, and ventilated.