# EXHIBIT 18

# AFFIDAVIT OF DR. RUBENS MEDINA

I, Dr. Rubens Medina, make the following statement freely and voluntarily to Paul Greenberg, who has identified himself to me as an EEO Contract Investigator for the Library of Congress investigating a complaint of discrimination filed by Gisela von Muhlenbrock. Knowing that this statement is not confidential and may be shown to any interested party, I solemnly affirm the following:

> Issued accepted for investigation: Whether the Complainant, Gisela von Muhlenbrock, was the subject of reprisal when on or about July 9, 2003, she was not selected for the position of Foreign Law Specialist, GS-0095-11, advertised under Vacancy Announcement 020307.

**Please identify your current and former positions with the Library of Congress.**
I am currently the Law Librarian, and I have served in this position since 1994. Previously I served as the Chief of the Hispanic Law Division from 1971 to 1994.

**Do you know the Complainant, Gisela von Muhlenbrock? If so, how are you familiar with her?**
I know Ms. von Muhlenbrock. She previously worked in the Hispanic Law Division. As the Chief of the Division during the period when she worked for the Library of Congress, she reported directly to me.

**Are you aware of the Complainant's prior EEO activity?**
Yes.

**What was your role in developing the Position Description and Vacancy Announcement for the Foreign Law Specialist position that Ms. von Muhlenbrock applied for?**
I had no role at all in developing the position description or vacancy announcement.

**What communications or contacts did you have with the Human Resources office during their review and processing of the applications for the Foreign Law Specialist position?**
None.

**What communications or contacts did you have with the Selection Panel during the interview and selection process for the Foreign Law Specialist position?**
None.

**Were you aware that Ms. von Muhlenbrock had applied for the Foreign Law Specialist position?**
I was not aware that Ms. von Muhlenbrock had submitted an application during the

Page 1 of 2                                                                                   Initials

period when applications were being received and reviewed and the Selection Panel was interviewing candidates. I only learned that Ms. von Muhlenbrock had applied for the position later, after the selection process was complete, when she filed her EEO complaint and I was contacted by the EEO counselor.

**Do you have any other comments that you would like added for the record?**
Yes. I want to note that it is my understanding that the HR office did not forward Ms. von Muhlenbrock's name to the Selecting Panel for consideration.

I have read the above statement consisting of 2 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

12/17/04
Date

Dr. Rubens Medina

Subscribed and sworn to before me at Washington, D.C. on the 17th day of December, 2004.

Notary Public
My Commission Expires Oct. 31, 2006

Page 2 of 2

Initials

## *PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES (OTHER THAN COMPLAINANT) FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW*

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____  
Signature of Interviewer

_____  
Signature of Affiant

3 December 2004  
Date

Library of Congress  
Place