# EXHIBIT 22

From:    Gisela von Muhlenbrock <giselavm@mi.cl>
To:      Ms Danee Gaines
Cc:      "Ms. Francine K. Weiss, Esq." <fkweiss@aol.com>
Subject: Fw: Question
Date:    Dec 8, 2003 3:05 PM

Dear Ms Gaines:
This is a document as you requested in No 8 c). Regards from
Gisela von Muhlenbrock

----- Original Message -----
From: Billie Nichols <bnichols@loc.gov>
To: <giselavm@tnet.cl>
Sent: Wednesday, July 09, 2003 8:04 AM
Subject: Re: Question



EXHIBIT
10

Dear Ms. Von Muhlenbrock:

I apologize for the delay in getting back to you, however the volume of
inquiries that I receive impacts on the timeliness of response. In any case,
the information you are requesting regarding the selectee is confidential
and therefore cannot be disclosed. However, I can tell you that your score
was 96 and the cut-off score for referral for interview was 97.

Ms. Muhlenbrock, your interest in employment opportunities with the Library
of Congress is appreciated. I encourage you to apply for other positions
that you are interested in and for which you are qualified.

Sincerely,
Billie D. Nichols
Staffing Specialist

>>> "Gisela von Muhlenbrock" <giselavm@tnet.cl> 05/13/03
02:36PM >>>
Dear Ms Nichols: I received an e-mail from avuetech.com stating that I had
not been selected for vacancy 020307 Foreign Law Specialist. I would
appreciate you giving me the score of my application and that of the person
selected. As a former Law Library steward and former GS 14-5 Senior
Specialist it is hard for me to understand what could have happened. I
thank you in advance. Best wishes from
Gisela von Mühlenbrock
Hernando de Aguirre 298 # 62
Santiago, Chile
(562) 333-2025
giselavm@tnet.cl