# EXHIBIT 25

## Issue Date: 1-30-2003

## Foreign Law Specialist, GS-0095-11, Washington, DC

| # | Name | SSN | Rating | Veteran | Status | Comments |
|---|---|---|---|---|---|---|
| 1 | Luciano de Freitas | ▇ | 100 | NV | | |
| 2 | Carlos R Carrion-Crespo | ▇ | 100 | NV | | |
| 3 | Fernanda C Alem-Freitas | ▇ | 100 | NV | | |
| 4 | Andrea R Guendelman | ▇ | 99 | NV | | |
| 5 | Gustavo E Guerra | ▇ | 99 | NV | | |
| 6 | Gary J Badway | ▇ | 98 | NV | | |
| 7 | Ulka P Bhatt | ▇ | 98 | NV | | |
| 8 | Alonso J. Chaverri | 000000000 | 98 | NV | | |
| 9 | Joseph A de La Cuetara | ▇ | 97 | NV | | |
| 10 | Monika Scherer | ▇ | 97 | NV | | |
| 11 | David A Caballero | ▇ | 96 | NV | | |
| 12 | Gisela von Muhlenbrock | ▇ | 96 | NV | | |
| 13 | Jamie Susan Davis Smith | ▇ | 96 | NV | | |
| 14 | Miguel Gonzalez Marcos | ▇ | 96 | NV | | |
| | Rishi R Hingoraney | ▇ | 95 | NV | | |
| | James W Newton | ▇ | 95 | NV | | |
| | Edward A Paez | ▇ | 95 | NV | | |
| | Fernando I Ruiz | ▇ | 95 | NV | | |
| | Jessica Ramirez | ▇ | 95 | NV | | |
| | Rosemary B Greenlaw | ▇ | 95 | NV | | |
| | Leopoldo R Arreaza | ▇ | 95 | NV | | |
| | Carlos R Torres | ▇ | 94 | NV | | |
| | Maura B Jeffords | ▇ | 94 | NV | | |
| | Alexandra Monroy | ▇ | 94 | NV | | |
| | Marcus D Boeira | ▇ | 93 | NV | | |
| | Benjamin H Osland | ▇ | 93 | NV | | |
| | LaToya D Rembert | ▇ | 92 | NV | | |
| | Marcela V Scott | ▇ | 92 | NV | | |
| | Tamara E. Perry | ▇ | 91 | NV | | |

| Name | | | |
|---|---|---|---|
| FATIMA GONCALVES WELIVER | ■■■ | 90 | NV |
| GABRIELA D MONZON-REYNOLDS | ■■■ | 90 | NV |
| AMADO MARTINEZ | ■■■ | 90 | NV |
| Sundeep Khanna | ■■■ | 89 | NV |
| Rachel E Gordon | ■■■ | 88 | NV |

PRINT ●