# EXHIBIT 27



EXHIBIT
4

## APPLICANT SCORING BREAKDOWN FOR VACANCY # 020307

Foreign Law Specialist (Spanish), GS-0095-11

Vacancy Number 020307

Total number of applicants who applied  = 72

Vacancy closed on January 27, 2003 at 12:00 midnight.

**Total number of applicants that are minimally qualified = 34**

| $\frac{100}{3}$ | $\frac{99}{2}$ | $\frac{98}{3}$ | $\frac{97}{2}$ | $\frac{96}{5}$ | $\frac{95}{7}$ | $\frac{94}{3}$ | $\frac{93}{2}$ | $\frac{92}{2}$ |
|---|---|---|---|---|---|---|---|---|

| $\frac{91}{1}$ | $\frac{90}{3}$ | $\frac{89}{1}$ | $\frac{88}{1}$ |
|---|---|---|---|

Prepared by Billie D. Nichols
Senior Staffing Specialist
01/30/03