# EXHIBIT 28

Foreign Law Specialist, GS-0095-11, 020307

## KSAs/Competency Rating

Ability to develop and maintain legal collections.

KSA Weight: **2**

Developed, enhanced, and maintained a law library collection within an assigned area of specialization.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ○ | ○ | 4 | Prepared scholarly publications and bibliographies for the development of legal collections. |
| ● | ● | 3 | Assisted in surveying legal collections, noted deficiencies, and assessed the value of published legal material. |
| ○ | ○ | 2 | Have familiarity with the proper survey techniques and methods for law library collections. |
| ○ | ○ | 0 | None of the above. |

Ability to communicate orally in providing foreign legal services.

KSA Weight: **3**

Communicated effectively with congressional staff, co-workers and supervisors; consulted with colleagues, or formally presented findings at hearings, trials, professional conferences and meetings.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ● | ● | 4 | Participated in discussions with a variety of |

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| | | | professional staff in which the purpose was to plan, coordinate, or consult on research projects involving issues of the laws of Spanish/Portuguese language jurisdictions. |
| ○ | ○ | 3 | Effectively communicated legal information to colleagues within and outside the agency about a research project. |
| ○ | ○ | 2 | Worked with others as a member of a legal team and conveyed information about a research project to colleagues within an agency. |
| ○ | ○ | 0 | None of the above. |

Ability to communicate in writing in providing foreign legal services.

KSA Weight: **4**

Produced written legal products such as reports, memoranda, law journal articles and notes, and legal bibliographies on issues of foreign laws.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ○ | ○ | 4 | Authored articles or reports on complex legal issues of scholarly and/or professional value. |
| ○ | ○ | 3 | Authored articles, reports, notes or bibliographies on legal topics. |
| ⦿ | ⦿ | 2 | Assisted in preparation and research of papers on issues of law. |
| ○ | ○ | 0 | None of the above. |

Ability to meet and effectively deal with others in providing foreign legal services.

KSA Weight: **3**

Developed and maintained relationships among a

variety of institutions, government agencies and law firms on legal topics.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ⦿ | ⦿ | 4 | Coordinated and/or incorporated the work of legal research staff in order to provide analyses of legal issues. |
| ○ | ○ | 3 | Coordinated the work of other personnel on a variety of legal issues. |
| ○ | ○ | 2 | Participated with other personnel on research projects involving a variety of issues. |
| ○ | ○ | 0 | None of the above. |

Ability to convey legal concepts in the English Language.

KSA Weight: **4**

Read, understood, and applied English at a level sufficient to convey legal concepts.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ⦿ | ⦿ | 4 | Extensive experience reading English in a legal environment. This includes, for example; reading, writing, and translating English with fluency and familiarity. |
| ○ | ○ | 3 | Some experience reading English in a legal environment. For example, read English sufficient to write legal documents. |
| ○ | ○ | 2 | Some experience reading English. For example, completed coursework or training in English at the college level, or equivalent. |
| ○ | ○ | 0 | None of the above. |

Knowledge of and competency in the laws of Spanish/Portuguese language jurisdictions.

KSA Weight: **5**

Used knowledge of the legal system of a Spanish/Portuguese language jurisdiction in order to interpret the law within a U.S. legal framework and provide definitive advice and assistance on legal questions, problems, and issues.

| Applicant Response | Override Response | Point Value | |
|---|---|---|---|
| ⦿ | ⦿ | 4 | Having graduated from a Spanish/Portuguese language law school, and/or holding or having held a certificate to practice law in one of those jurisdictions, researched, analyzed and interpreted complex issues within a U.S. legal framework. |
| ○ | ○ | 3 | Researched and analyzed legal issues concerning the laws of Spanish/Portuguese language jurisdictions and interpreted such issues within a U.S. legal framework. |
| ○ | ○ | 2 | Researched and analyzed legal issues of Spanish/Portuguese language jurisdictions. |
| ○ | ○ | 0 | None of the above. |