# EXHIBIT 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GISELA VON MUHLENBROCK ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> JAMES H. BILLINGTON ) <br> ) <br> DEFENDANT ) <br> ) | Civil Action No. 05-1921 (HHK) |

### DECLARATION OF TOM KEARNS

I, Tom Kearns, do solemnly swear under penalty of perjury that the following statements are true to the best of my knowledge and belief.

1. I am currently a Computer Engineer in the Information Technology Services of the Library of Congress. I have been a Computer Engineer for the Library since 1993.

2. In my capacity as Computer Engineer, I am the primary administrator for the GroupWise e-mail system, the e-mail system used by the Library of Congress.

3. On or around October 1, 2007, Julia Douds, Assistant General Counsel, Office of General Counsel, contacted my second-level supervisor, Bill Hoppis, and asked whether or not the Library had maintained any data from January 1, 2003 through February 15, 2003, on Billie Nichols,' or Kersi Shroff's GroupWise e-mail servers.

4. In 2003 it was the Library's policy to maintain back-up tapes of the GroupWise e-mail servers for one year. Accordingly, the back up tapes with data from January 1, 2003 through February 15, 2003, no longer exist. However, in order to verify what information existed, I performed a search and found that the earliest data the Library has on the back-up tapes of GroupWise e-mail servers used by Ms. Nichols and Mr. Shroff is December 27, 2004.

Tom Kearns
Computer Engineer
Information Technology Services
Library of Congress

Date: 10/30/07

-1-