# EXHIBIT 34

GVM 23 3/14 – 9:30 IN PERSON

ATTACHMENT 15

# The Library of Congress

## Structured Interview Guide

**Foreign Law Specialist (Spanish) (Grade 11) VA #020307**

*Interview Panelist:* KERSI SHROFF

*Candidate:* GUSTAVO GUERRA

*Date:* ____________________

*Vacancy Announcement #:* ____________________



ATTACHMENT 12
*Library of Congress Structured Interview Guide*

# Section I

# Instructions

# Instructions to Interviewers

This booklet contains interview questions, evaluation standards, and documentation areas for the Library of Congress. This interview evaluates candidates' job-relevant competencies by presenting them with a series of standard questions. The following is an overview of the interview process; a detailed script is provided on page 7.

### Before You Begin

Before you begin this interview, you should:

- review the application materials, including resume and application profile, and be ready to ask questions about the candidate's past jobs and experiences;
- note any jobs or experiences on which you are unclear or would like additional information;
- review the competency descriptions, questions, and evaluation standards in the interview guide;
- be ready to observe and take detailed notes during the interview about what a candidate says and does;
- select a chairperson other than the Selecting Official; and
- make assignments about conducting portions of the interview.

### Documenting the Interview

Take notes on the candidate's responses to interview questions. Your notes should:

- be legible;
- record what was actually said;
- record specific behaviors described or exhibited by the candidate;
- include relevant details;
- use descriptive and concrete terms;
- avoid evaluative terms;
- not be concerned with correct spelling; and
- ***NOT BE REVEALED TO CANDIDATE.***

At the end of the interview, you should:

- review and sort your notes by competency;
- consider the relative importance of your notes based on how relevant it is to the competency and how recently the behavior was exhibited;
- review the evaluation standards for each competency;
- independently rate each competency by deciding the best match between the rating scale and your notes/observations (see Interview Rating Summary Sheet, last page); and
- record comments in the space provided on candidate's overall strengths and weaknesses.

After rating each competency independently, you should:

- discuss your ratings in a facilitated rating session; and
- make final, independent ratings on the Interview Rating Summary Sheet.

The final score will be computed by the HR Specialist in the Final Interview Rating Form Booklet.

# Section II

# Opening the Interview

## Script for Structured Interviews

(*Sample script in bold*)

---

Purpose of Structured Interview: The structured interview is intended to verify the applicants' training and experience and to identify the best qualified applicants. Using standard procedures and questions developed in advance of the vacancy posting and asked of all applicants, the interview will verify some of the experience self-ratings provided by applicants in the automated process.

Preparation and Materials: The Human Resources (HR) Specialist will ensure that application materials are given to the interview panel prior to the interviewing process. S/he will respond to any questions the panel may have prior to the interview. The panel should have prepared itself by reviewing these materials, and also reviewing the questions, contemplating possible probes, and benchmark rating criteria. Each panel member should have a set of application materials for each applicant and a Structured Interview Guide to take notes and score applicants on each KSAO. The HR Specialist will compute the final interview score in the Final Interview Rating Form Booklet. The HR Specialist will also be responsible for completing the KSAO Zero Rating Discussion Form. Finally, the panel should agree on who will ask which questions and in what order. Once decided, this should be the standard practice used for each applicant.

Setting: The HR Specialist ensures that the interview room is set up appropriately for the interviews.

Spokesperson and Members: When an applicant arrives for interview, the spokesperson will greet the applicant, introduce himself/herself, and ask the panel members to do likewise. S/he should greet the applicants with a cordial tone by adding statements such as **"We are pleased you could be with us today,"** or **"We appreciate your sharing your thoughts with us."** After introductions, offer the applicant a comfortable seat. The spokesperson may read aloud the sections in bold.

Purpose: **The purpose of this interview is to offer you an opportunity to demonstrate your ability in several Knowledges, Skills, Abilities, and Other characteristics directly related to this position. The interview method provides reliable and valid measures of your abilities in the specific areas we will address, and serves to amplify your experience as you reported it already in the application process. It will be used to help us gauge your ability to perform successfully in this position.**

Schedule: **During the course of the interview, we will be asking all applicants a uniform set of job-related questions. These will follow a predetermined order and panel members will rotate asking you questions.**

Interview Procedures: **Panel members will be observing you and taking notes, which they will use in evaluating your answers. All applicants' responses will be rated using a predetermined set of valid, job-related criteria. There are no right or wrong answers. Rather, the amount of credit awarded each applicant will be determined by the degree of connection between the answer given and a uniform standard of relevance.**

Beginning the Interview: The spokesperson should say: **Now it's time to begin the interview. Do you have any questions for me about anything I've covered?** If so, answer questions only pertaining to the procedures covered. The spokesperson says: **Some of the panel members may be asking you follow-up questions to clarify or amplify an answer to ensure their complete understanding of your response. There are** (say the number of questions) **questions. The entire interview should last approximately one hour.** The spokesperson should call on the first interviewer and each succeeding interviewer in the agreed upon order to ensure uniformity. The first interviewer should begin the structured interview by saying something like: **I have the first question . . .**

# Section III

## Interview Questions

**KSAO #1: Prior Background and Experience / Ability to Convey Legal Concepts in the English Language**

The ability to read, understand, and apply English at a level sufficient to convey legal concepts.

---

**Question 1a:** Describe any experience and/or education that make you a good candidate for the Foreign Law Specialist (Spanish) position.

**Sample Probe Questions:**

- Describe your previous and current experience related to this job.
- Describe your specialized skills, education and knowledge, and expertise related to this job.
- How would you evaluate your current knowledge and skills related to this job? Do you feel that you need to further build your knowledge and skills?

**Question 1b:** How would you evaluate your ability to read and understand legal concepts in English?

**Sample Probe Question:**

- Describe the work experiences you have had that support your evaluation.
- How did you acquire this ability? 15 yrs, no undergrad system

**Notes**

1A Atty, U. Mex 1995, Prof. Spa.
Law Clerk – State Cts 10 yrs – legal research
complex firm player
WJC grad. [illegible] LLM program
language [illegible] knowledge, exp. in LA
[illegible] countries
Portuguese – not in depth [illegible]
little [illegible] similar to Sp.
Int. Legal Studies, Int. trade, [illegible]
US corps & customs law
Wrote [illegible] for Co – Fed.? [illegible]
Intellectual stream – "wd have been a judge at State level"
Born in a [illegible] mother.
Any other LA law – read some legal [illegible] for personal interest
Standard English [illegible]
1B – Capable of [illegible] [illegible]
[illegible]

**KSAO #1: Prior Background and Experience / Ability to Convey Legal Concepts in the English Language**

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| ***Outstanding*** | – 5 – | Has extensive experience beyond the requirements of the job and grade (e.g., extensive experience in performing research and analysis in the area of the laws of Spanish/Portuguese language jurisdictions). Has had extensive training beyond the requirements of the job and grade, either on-the-job or formal classroom instruction. Has extensive and in-depth knowledge, skills, and abilities required by the position. Showed genuine, strong enthusiasm for important aspects of the job. Willingly took steps (e.g., attended additional training, volunteered for special projects) to upgrade skills and knowledge related to the job. Has extensive experience reading English in a legal environment where reading, writing, and comprehending English were executed with fluency and familiarity. |
| *Superior* | – 4 – | |
| ***Fully Acceptable*** | – 3 – | Has experience required for the job and grade (e.g., some experience in performing research and analysis in the area of the laws of Spanish/Portuguese language jurisdictions). Has had sufficient training required for the job and grade, either on-the-job or formal classroom instruction. Has knowledge, skills, and abilities required by the position. Showed enjoyment for important aspects of the job. Showed interest in upgrading skills or knowledge related to the job. Has some experience reading English (e.g., completed coursework or training in English at the college level, or equivalent). |
| *Less Than Fully Acceptable* | – 2 – | |
| ***Unacceptable*** | – 1 – | Has experience below requirements for the job or grade. Training does not meet requirements for the job or grade. Has limited knowledge, skills, and abilities required by the position. Did not show an enjoyment for important aspects of the job. Expressed little or no interest in upgrading skills or knowledge related to the job. Experience and training in law were in a language other than English. |
| *No Experience/ No Evidence of Experience* | – 0 – | |

**KSAO #2: Ability to Communicate in Writing in Providing Foreign Legal Services**

The ability to produce written legal products, such as reports, memoranda, law journal articles and notes, and legal bibliographies on issues of foreign laws.

---

**Question 2:** Describe the most significant legal document, report, or article that you have had to write in English.

**Sample Probe Questions:**

- What type of research did you do in writing the document, report, etc.?
- What steps did you take to ensure its accuracy?
- Did you rely on others to assist you in this process? If so, in what ways did you receive assistance and how did you use it?
- How was the written document, report, etc. received?

| Situation | Action | Results |
|---|---|---|

In grad studies – grad ppr (eqv. thesis)
Int. report on [illegible] issue – Conf. [illegible]
[illegible] at int. level – 7 months
Legal issue – debate on sharing costs
costs of calls are shared.
e.g. providers in [illegible] have to pay for the services [illegible]
US owns lines and [illegible]
Issue not settled yet. Several proposals on ppr.

## KSAO #2: Ability to Communicate in Writing in Providing Foreign Legal Services

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| ***Outstanding*** | – 5 – | Has written original and comprehensive material in English describing moderately complex topics in the area of the position. Written work was disseminated to agency-wide audiences and held up under their intense scrutiny. Ensured accuracy of material by checking all aspects of the work product in a consistent manner, including identifying and correcting all errors, checking references and facts, and undergoing peer review. |
| Superior | – 4 – | |
| ***Fully Acceptable*** | – 3 – | Has written relatively routine material in English related to the area of the position. Written work was disseminated to department-wide audiences and held up under their scrutiny. Ensured accuracy of material by checking most aspects of the work product, including identifying and correcting grammar, punctuation, and spelling, and checking references and facts. |
| Less Than Fully Acceptable | – 2 – | |
| ***Unacceptable*** | – 1 – | Has written standard material of a simple nature related to the area of the position. Majority of written work was in a language other than English. Written work has been double checked by a coworker or colleague. Took minimal steps to ensure accuracy of material. |
| No Experience / No Evidence of Experience | – 0 – | |

## KSAO #3: Ability to Meet and Effectively Deal with Others in Providing Foreign Legal Services

The ability to develop and maintain relationships among a variety of institutions, government agencies, and law firms on legal topics.

---

**Question 3:** Describe a situation where you were involved in a group or team and had to work with others to get legal work accomplished.

**Sample Probe Questions:**

- What was the situation?
- What was your role in the group/team?
- Describe the group/team members.
- Was there ever a time when the group/team was not working very well together? What was the problem? What was done to improve the situation?
- How did you handle situations where another person's idea or viewpoint was very different from your own? How did you come to an agreement?

| Situation | Action | Results |
|---|---|---|

2 yrs as staff atty in Mexico; some of Fed. cts [illegible] same issues were decided diff. in the same circuit. Staff attys prepared weekly meetings of [illegible] clerks. Clerks in front lines of research – come to understanding & consensus how to bring uniformity.

Explained decision of precedents – Mexico in const. & establ. in own statutes

dealt with many many issues.

**KSAO #3: Ability to Meet and Effectively Deal with Others in Providing Foreign Legal Services**

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| ***Outstanding*** | **– 5 –** | Described a moderately complex situation in which candidate had to work within a group/team to accomplish legal work activities (e.g., coordinated and/or incorporated the work of legal research staff in order to provide analyses of legal issues). Group/team was comprised of members who varied in terms of their experience, training, knowledge base, goals, perspectives, etc. Took initiative to discover similarities and differences among members in order to help group/team work better together. Used others' ideas to accomplish group/team goals. Valued, promoted, and utilized diversity and differences in others. Handled differing viewpoints among group/team members by cooperating and being tactful. Actions resulted in improved functioning of group/team. |
| *Superior* | – 4 – | |
| ***Fully Acceptable*** | **– 3 –** | Described a relatively routine situation in which candidate had to work within a group/team comprised of relatively diverse members to accomplish work activities (e.g., participated with other personnel on research projects involving a variety of issues). Related information about own strengths and developmental areas when asked in order to help group/team work well together. Suggested courses of action to accomplish group/team goals. When necessary, showed willingness to compromise based on others' suggestions. Demonstrated flexibility when working through differing opinions. |
| *Less Than Fully Acceptable* | – 2 – | |
| ***Unacceptable*** | **– 1 –** | Described a basic work situation in which candidate had to work within a group/team whose members were very similar in terms of their experience, training, knowledge base, goals, perspectives, etc. Avoided working with the group/team; kept to self and rarely offered assistance. Took actions that caused the group/team to not work well together, or not accomplish goals. Was unwilling to compromise; would rather maintain own views than negotiate with others. Dismissed others' ideas as inferior. Did not show flexibility when working with others. |
| *No Experience/ No Evidence of Experience* | – 0 – | |

**KSAO #4: Ability to Develop and Maintain Legal Collections.**

The ability to develop, enhance, and maintain a law library collection within an assigned area of specialization.

---

**Question 4:** Describe a project that you have worked on which involved the development and maintenance of a law library collection.

**Sample Probe Questions:**

- What was your role?
- What were the scale and scope of the project?
- What activities did you perform in developing and maintaining the collection?

| Situation | Action | Results |
|---|---|---|

Have not worked in a LL, but as clerk had to take care of legal collections, [illegible] materials for use & collection.
Every staff office had to keep his collection.
Advised LIB (main) to acquire [illegible].
Encouraged the [illegible] [illegible]. [illegible] in ct. & [illegible]
[illegible] [illegible] with judge.
Fed web site with code & cases

**KSAO #4: Ability to Develop and Maintain Legal Collections.**

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| ***Outstanding*** | **– 5 –** | Took a primary role in the development and maintenance of a moderately complex legal collection (e.g. prepared scholarly publications and bibliographies for the development of legal collections). Recommended the acquisition of needed materials and searched the catalogs and collections for law items under consideration. Independently reviewed and indexed legal materials, including recommending modified or additional headings and subheadings. |
| ***Superior*** | **– 4 –** | |
| ***Fully Acceptable*** | **– 3 –** | Assisted in the development and maintenance of a relatively routine legal collection (e.g., have familiarity with the proper survey techniques and methods for law library collections). Assisted in the search of catalogs and collections for law items under consideration. Indexed legal materials, including preparing entries and assigning subject headings from an assigned jurisdiction. |
| ***Less Than Fully Acceptable*** | **– 2 –** | |
| ***Unacceptable*** | **– 1 –** | Has minimal experience in the development and/or maintenance of routine legal collections. Assisted in the search of catalogs and collections for law items currently held. Improperly indexed legal materials, including preparing entries and assigning subject headings incorrectly. |
| ***No Experience/ No Evidence of Experience*** | **– 0 –** | |

**KSAO #5: Knowledge of and Competency in the Laws of Spanish/Portuguese Language Jurisdictions.**

Knowledge of and competency in the laws of Spanish/Portuguese language jurisdictions in order to interpret those laws in the context of the U.S. legal framework and to provide definitive advice and assistance on legal questions, problems, and issues.

---

**Question 5:** Provide some examples of laws of Spanish/Portuguese language jurisdictions that you have interpreted relevant to this position.

**Sample Probe Questions:**

- Describe how you have interpreted these laws within a U.S. legal framework.
- What position did you hold when you applied these laws?

| Situation | Action | Results |
|---|---|---|

Consolidates [illegible] on Comp. law & on [illegible] [illegible] [illegible]

Knowledge of [illegible]

gave advice to clients

In Int. Telecomm. Comm., [illegible] on regulating telecommunications — similarities & differences. Lots of questions.

Recent interest in telecomm but does not want to specialize.

Q Can you read P? Hmm, have not [illegible] P language, but [illegible] [illegible]

No exper.

**KSAO #5: Knowledge of and Competency in the Laws of Spanish Language Jurisdictions**

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| ***Outstanding*** | – 5 – | Has in depth knowledge, experience, and training in the laws of Spanish/Portuguese language jurisdictions (e.g., graduated from a Spanish/Portuguese law school, and/or holds or held a certificate to practice law in one of those jurisdictions), including the research, analysis, and interpretation of complex issues within a U.S. legal framework. Routinely applied in-depth knowledge of Spanish/Portuguese language jurisdictions' law affecting a wide variety of legislative and legal issues relevant to position. Has thorough knowledge base critical to providing definitive advice and assistance on questions, problems, and issues related to the laws of Spanish/Portuguese language jurisdictions. |
| Superior | – 4 – | |
| ***Fully Acceptable*** | – 3 – | Has some knowledge, experience, and training in laws of Spanish/Portuguese language jurisdictions (e.g., researched and analyzed legal issues of Spanish/Portuguese language jurisdictions). Has standard interpreting knowledge base critical to providing some advice and assistance on questions, problems, and issues related to the laws of Spanish/Portuguese language jurisdictions within a U.S. legal framework. |
| Less Than Fully Acceptable | – 2 – | |
| ***Unacceptable*** | – 1 – | Has outdated or incorrect knowledge of laws of Spanish/Portuguese language jurisdictions. Knowledge base is inadequate or inaccurate for providing advice or assistance on interpreting questions, problems, or issues related to laws of Spanish/Portuguese language jurisdictions within a U.S. legal framework. |
| No Experience/ No Evidence of Experience | – 0 – | |

## KSAO #6: Ability to Communicate Orally in Providing Foreign Legal Services

The ability to speak clearly, tactfully, and professionally to co-workers, supervisors, managers, and clients or customers. Expresses information to individuals or groups effectively, taking into account the audience and nature of the information; makes clear and convincing oral presentations, listens to others, and responds appropriately.

---

**Question 6:** Describe a situation in which you made an oral presentation to an individual or group on a legal issue.

**Sample Probe Questions:**

- What kind of analysis did you present and how did you organize your material?
- Who was in the audience?
- How did you respond to any objections or opposition raised by the audience or group?

| Situation | Action | Results |
|---|---|---|
| Informal forums – advice to US Atty on reserves on waters & boundaries between US-Mexico. Gov't on a weekly forum – helped on a Presentation to class & quite commonly in Mexico. Large audience – spoke [illegible] times As [illegible] class | | |

**KSAO #6: Ability to Communicate Orally in Providing Foreign Legal Services**

After completing the interview, use the standards below to determine the appropriate rating for this competency.

| Level | Rating | Behavioral Evaluation Standards |
|---|---|---|
| *Outstanding* | – 5 – | Made formal presentations on legal topics. Communicated and explained legal issues clearly and adapted to the audience's level of knowledge using examples and slowing down presentation when necessary. Thoughts were extremely well-organized. Used preparation, facts, and persuasion to sway audience in favor of message/position. |
| *Superior* | – 4 – | |
| *Fully Acceptable* | – 3 – | Presented a relatively routine legal issue to public, staff or co-workers, and senior managers. Ensured material was well organized, fully explained, and appropriate. Attempted to adapt communication style according to needs of audience. Thoughts were fairly well organized. Listened to others and responded appropriately. |
| *Less Than Fully Acceptable* | – 2 – | |
| *Unacceptable* | – 1 – | Communicated basic ideas or information to public or co-workers. Failed to change communication style or medium to accommodate the needs of different audience/group members. Had difficulty communicating information to groups. Used presentation/persuasive style inappropriate to audience. Became flustered and frustrated by questions or opposition. |
| *No Experience/ No Evidence of Experience* | – 0 – | |

## Script for Concluding the Interview

*(Sample script in bold)*

Sample Script: **This completes this portion of the interview. We would like to take a few moments to review our notes to make sure we have an accurate picture of your qualifications. During this time, please consider the following questions:**

1. **What else should we know about your qualifications and work experience?**
2. **What questions do you have for us concerning the job or the next steps in the hiring process?**

[While the candidate is considering his or her question(s) review your notes to be sure that:

- all questions have been covered in the interview guide and you have a complete STAR wherever possible;
- you have documented the candidate's responses and information necessary to reach an evaluation of the candidate's qualifications on each KSAO.

(IF NOT, ASK ADDITIONAL PROBING QUESTIONS AND CLARIFY YOUR NOTES)]

Sample Script: **We would now like to give you an opportunity to ask any questions that you may have and then we will tell you a little about the job and the Library of Congress.**

[This is the panel's opportunity to sell the job to the candidates. Try to keep this portion of the interview as similar as possible for all candidates. For example, if you decide to provide a tour of the work area, offer the tour to all candidates for the position.]

Sample Script: **We have one final question for you. May we contact the references you listed on your application? If you grant permission we will only be contacting them if you are a finalist for the position. If you do not grant permission your references will not be contacted, but your failure to grant permission may be considered by the Selecting Official when (s/he) is making the selection decision.**

[Record the candidate's response on the Interview Rating Summary Sheet in the Structured Interview Guide. If the answer was "No, I would prefer that you not contact my references" then move to the sample concluding script below. If yes, continue...

**We prefer to contact references such as former or current supervisors that are familiar with your work experience so if there are individuals other than those on your application that you would like to add you may do so. Also, we would like to give you an opportunity to explain any reference information that you believe may potentially be negative. Do you have any reason to believe that your references may provide negative information about you?** [If no, then move to the concluding script below. If yes...] **Would you like to explain now why you believe the references may provide negative information about you or would you like to submit something in writing? If you choose to submit something in writing please provide it to the Selecting Official (give his or her name) within 3 business days.** [If the candidate provides oral information, record the information in the Structured Interview Guide.]

Sample Concluding Script: **We want to thank you for coming and interviewing with us for this position. We will be notifying you with the outcome of your application as soon as a selection decision is made. Thank you again.**

After the candidate leaves, review and complete your notes where necessary. Give an initial rating for each interview question on the Interview Rating Summary form in your Structured Interview Guide. It is recommended that you meet with the entire panel and the HR Specialist for the facilitated discussion as soon after the interview as feasible. For example, scheduling the facilitated discussion at the conclusion of each day of interviewing will ensure that the information gathered during the interview is still fresh.]

## Interview Rating Summary

**Instructions:** Immediately following the interview, you should independently rate the applicant's performance for each competency in the space under "Initial Rating". You should then meet with the HR Specialist who will facilitate a discussion of the justifications for your ratings. If an applicant receives a zero rating from any interviewer on a KSAO, the panel must discuss whether the applicant should be considered further in the selection process. All interviewers must agree on a decision to disqualify; the basis for the disqualification must be documented on the KSAO Zero Rating Discussion Form in the HR Specialist's Final Interview Rating Form Booklet. Following the facilitated discussion, you should independently rate the applicant's performance for each competency in the space under "Final Rating". The final interview score will be computed by the HR Specialist in the Final Interview Rating Form Booklet, which includes the mathematical computation used to determine final scores. Applicants deemed "Fully Acceptable" or higher (3.0 or higher) will be referred to the Selecting Official based on their final interview score.

| COMPETENCY | INITIAL RATING | FINAL RATING |
|---|---|---|
| 1. Prior Background and Experience / Ability to Convey Legal Concepts in the English Language | 4 | 4 |
| 2. Ability to Communicate in Writing in Providing Foreign Legal Services | 4 | 4 |
| 3. Ability to Meet and Effectively Deal with Others in Providing Foreign Legal Services | 4 | 4 |
| 4. Ability to Develop and Maintain Legal Collections of Foreign Laws | 3 | 3 |
| 5. Knowledge of and Competency in the Laws of Spanish Language Jurisdictions | 4 | 4 |
| 6. Ability to Communicate Orally in Providing Foreign Legal Services | 4 | 4 |

**Panel Member (*print name*):** KERSI SHROFF

**Interviewer Signature:** Kersi Shroff

**Permission given to contact references (yes/no):** yes (circled)