# EXHIBIT 36

# Thaler Liebeler LLP

ATTORNEYS AT LAW

International Square
1825 Eye Street, NW, Suite 400
Washington, DC 20006

*Kelly A. Schmidt, Esq.*
*(202) 587-4745*
*KSchmidt@ThalerLiebeler.com*

November 28, 2007

**By E-mail and First Class Mail**
Mr. Jonathan Brumer
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

Re: *von Muhlenbrock v. Billington*, Civil Action No. 05-1921 (HHK)

Dear Mr. Brumer,

I am writing to request the production of Mr. Gustavo Guerra's license to practice law in Mexico (or *cedula professional*). Interrogatory Number 8 of Plaintiff's First Set of Interrogatories and Second Set of Document Requests to Defendant, dated July 27, 2007, requested that you "[i]dentify the applicant selected for the Position and describe in detail the selected applicant's qualifications for the Position, including your basis for, and any communication regarding, such determination." *See also* Document Request No. 24 (requesting production of "[a]ll documents regarding the basis for the decision to hire the chosen applicant for the Position"). In response to Interrogatory Number 8, you identify Mr. Guerra and state that "[d]ocuments believed to be responsive to this request which set forth Mr. Guerra's qualifications are attached hereto." Additionally, in an October 4, 2007 letter to you, I requested "proof of Gustavo Guerra's bar membership obtained during the hiring process for Vacancy Announcement 020307." In response, on October 17, 2007, you produced evidence that Mr. Guerra "completed the *Licenciado en Derecho* program at the University of Sonora. . .".

Despite these requests, you have not to date produced Mr. Geurra's license to practice law in Mexico (or *cedula professional*). Accordingly, we request the production of this license, or confirmation that the Library of Congress never obtained or requested such a license from Mr. Guerra.

Regards,

*Kelly Schmidt*
Kelly A. Schmidt