UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>Librarian of Congress,<br><br>    Defendant. | Civil Action No. 05-1921 (PLF) |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instruments were served pursuant to the Court's Electronic Case Filing System this 7th day of March 2008, upon the following:

Julia K. Douds
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
*Attorneys for Defendant*

                                                                              Kelly A. Schmidt