# EXHIBIT 16

Page 1

In the U.S. District Court
For the District of Columbia

---------------------------------x
                                 :
Gisela Von Muhlenbrock           :
                                 :
            v.                   :  NO. 05-1921
                                 :
James H. Billington,             :
Librarian of Congress            :
                                 :
---------------------------------x

October 3, 2007

DEPOSITION OF:

Kersi Shroff,

a witness, called by counsel pursuant to notice, commencing at 10:00 a.m., which was taken at Thaler, Liebeler, 1825 Eye Street, NW, Washington, DC

Page 34

1   A. No, I did not.
2   Q. Had you been aware of what she had been
3   doing for those several years already?
4   A. No, I wasn't.
5   Q. Do you, sitting here today, know what
6   happened to her in her life after she left the
7   Library of Congress?
8   A. After she left the Library of Congress,
9   certainly, because I know she went back to Chile and
10  then after several years, maybe some time in the
11  early 1990's she may have come back and I recall
12  having a conversation with her about her experience
13  after leaving the library.
14  Q. That's in the early 1990s?
15  A. As best as I can recall.
16  Q. There was a period of time when you didn't
17  hear or see her for many years until the late 1990s,
18  is that true?
19  A. I believe that's true.
20  Q. Are you aware of a previous complaint that
21  she filed with the EEOC against the library in the

Page 35

1   eighties?
2   A. Yes.
3   Q. What do you know about that?
4   A. I believe that three or four of the female
5   employees had filed a discrimination complaint
6   against the law library and the plaintiff was one of
7   them.
8   Q. How do you know about that complaint?
9   A. Just through general office conversation.
10  I may even have discussed it with the plaintiff at
11  the time.
12  Q. What do you know about the basis for the
13  complaint?
14  A. I believe it was sexual discrimination.
15  Q. Did you come to form an opinion about the
16  allegations in the complaint?
17  A. No, I did not know the details of the
18  complaint. I respected the plaintiff. As far as I
19  know, she was a good worker. In that sense I had an
20  opinion.
21  Q. How was she regarded at the Library of

Page 36

1   Congress?
2   A. Well, I would say.
3   Q. Do you recall any negatives about her
4   during her employment at the Library of Congress?
5   A. No, I do not.
6   Q. Do you recall anyone at the Library of
7   Congress ever speaking negatively about her, the
8   plaintiff, during her tenure at the Library of
9   Congress?
10  A. No, I don't.
11  Q. Did you discuss the previous EEO complaint
12  with anyone other than I think you identified the
13  plaintiff, did you discuss it with anyone else?
14  A. No, I did not.
15  Q. Did you ever discuss it with Dr. Medina?
16  A. No, I did not.
17  Q. What do you remember about your discussion
18  with the plaintiff about that prior case?
19  A. That there was some difference in
20  treatment of the female employees from the rest of
21  the specialists and that they grieved that.

Page 37

1   Q. Do you know the outcome of that matter?
2   A. I believe it was settled in some fashion.
3   Q. Did you hear the terms of the settlement?
4   A. No, I did not.
5   Q. Were there discussions about the matter in
6   the office aside from this discussion that you've
7   already identified with the plaintiff?
8   A. Not that I recall.
9   Q. When you said general office conversation
10  about how you knew about the matter, this previous
11  EEO matter, what were you referring to?
12  A. Maybe one of the other plaintiffs. There
13  were two other women.
14  Q. What do you mean "maybe one of the other
15  plaintiffs"?
16  A. I may have heard about the matter from one
17  of the other plaintiffs.
18  Q. So you spoke about the matter with one of
19  the other plaintiffs as well?
20  A. Or she may have spoken to me about it,
21  yes.