# EXHIBIT 18



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 18, 2007

**By E-mail and First Class Mail**

Ms. Kelly Schmidt
Thaler Liebeler LLP
International Square
1825 Eye Street, NW, Suite 400
Washington, D.C. 20006

    Re:    <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (HHK) (D.D.C.)

Dear Ms. Schmidt:

    This is in response to your letter dated November 28, 2007, requesting that the Library of Congress ("the Library" or "LOC") produce a copy of Mr. Gustavo Guerra's license to practice law in Mexico, and your letter dated December 4, 2007, requesting that the Library produce evidence that Mr. Guerra graduated from the Federal Judicial Institute in Hermosillo, Mexico in 2001 with a Master's in Judicial Specialization.

    As you know, discovery in this case closed on November 2, 2007. Accordingly, your request for additional documents is not timely. Moreover, your request for Mr. Guerra's license to practice law in Mexico and evidence that he graduated from the Federal Judicial Institute in Mexico is not relevant inasmuch as neither a license to practice law in Mexico, nor a master's degree from the Federal Judicial Institute, is a *bona fide* occupational requirement for the Foreign Law Specialist position at issue in this case. More important, because your client, Gisela Von Muhlenbrock, failed to obtain a high enough score for an interview, her name and qualifications were never forwarded to the selecting official for consideration. Accordingly, Mr. Guerra's qualifications as compared to those of Ms. Von Muhlenbrock are also not at issue in this case.

    Notwithstanding these objections, the Library has provided all responsive documents in its possession related to Mr. Guerra's qualifications for the Foreign Law Specialist position. Specifically, Mr. Guerra's qualifications are embodied in his application for the Foreign Law Specialist position, and in his *curriculum vitae*, both of which were already provided to you. In addition, Mr. Guerra's qualifications were tested and evaluated during his interview for the position, and reference checks (based on information provided by Mr. Guerra in his application)

Ms. Kelly A. Schmidt
Thaler Liebeler LLP
December 18, 2007
Page 2

were conducted following his interview.

    I would also like to take this opportunity to respond to your letter dated December 7, 2007 in which you request the production of documents pertaining to Phuong Khanh T. Nguyen's retaliation complaint in 1996. As the Library already informed Plaintiff in its response to her First Set of Requests to Produce Documents, Defendant is not aware of any documents responsive to this request.

    Please do not hesitate to contact me should have any questions regarding this matter.

                                         Sincerely,

                                         Jonathan Brumer
                                         Special Assistant United States Attorney