# EXHIBIT 19

# UNIVERSIDAD DE SONORA
## DIRECCION DE SERVICIOS ESCOLARES

La Dirección de Servicios Escolares de la Universidad de Sonora, CERTIFICA que según documentos que existen en el expediente número 9022773

GUERRA MEZA * GUSTAVO EDUARDO

aprobó INTEGRAMENTE el Plan de Estudios del Programa de

LIC. EN DERECHO

EL SABER DE MIS HIJOS HARA MI GRANDEZA

CERTIFICADO No. 982.1201

| Clave | Créd. | Asignaturas | Calificaciones | Acreditadas | Periodo |
|---|---|---|---|---|---|
| | | MATERIAS OBLIGATORIAS | | | |
| 0007 | 10 | MATEMATICAS I | 085 OCHENTA Y CINCO | ORD. | 902 |
| 0451 | 06 | METODOLOGIA DE LA INVESTIGACION | 100 CIEN | ORD. | 902 |
| 0602 | 10 | INTROD. AL ESTUDIO DEL DERECHO | 090 NOVENTA | ORD. | 902 |
| 0603 | 10 | CIENCIA POLITICA I | 095 NOVENTA Y CINCO | ORD. | 902 |
| 0755 | 10 | HISTORIA DE DOCTRINAS ECONOMICAS | 090 NOVENTA | ORD. | 902 |
| 0014 | 10 | ESTADISTICA I | 100 CIEN | ORD. | 902 |
| 0458 | 06 | METODOL. INVESTIGACION SOCIAL I | 090 NOVENTA | ORD. | 911 |
| 0605 | 10 | TEORIA SOCIOLOGICA I | 100 CIEN | ORD. | 911 |
| 0606 | 10 | INTROD. AL PENSAMIENTO ADMINISTRATI | 100 CIEN | ORD. | 911 |
| 0607 | 10 | CIENCIA POLITICA II | 100 CIEN | ORD. | 911 |
| 0759 | 10 | TEORIA ECONOMICA | 100 CIEN | ORD. | 911 |
| 0609 | 06 | ANAL. SOC. ECON. Y POL. DE MEXICO I | 100 CIEN | ORD. | 912 |
| 0611 | 10 | DERECHO ADMINISTRATIVO I | 095 NOVENTA Y CINCO | ORD. | 912 |
| 0612 | 10 | DERECHO CONSTITUCIONAL | 100 CIEN | ORD. | 912 |
| 0613 | 10 | DERECHO ROMANO I | 090 NOVENTA | ORD. | 912 |
| 0614 | 10 | TEORIA SOCIOLOGICA II | 100 CIEN | ORD. | 911 |
| 0616 | 03 | TALLER INVESTIGACION SOCIAL I | 083 OCHENTA Y TRES | ORD. | 912 |
| 0622 | 10 | DERECHO CIVIL I | 096 NOVENTA Y SEIS | ORD. | 921 |
| 0623 | 10 | DERECHO PENAL I | 085 OCHENTA Y CINCO | ORD. | 921 |
| 0624 | 10 | DERECHO ROMANO II | 095 NOVENTA Y CINCO | ORD. | 921 |
| 0626 | 06 | TALLER INVESTIGACION SOCIAL II | 095 NOVENTA Y CINCO | ORD. | 912 |
| 0617 | 06 | ADMINIST. FED. ESTATAL Y MCIPAL. | 100 CIEN | ORD. | 922 |
| 0619 | 06 | ANAL. SOC. ECON. Y POL. DE MEXICO II | 085 OCHENTA Y CINCO | ORD. | 921 |
| 0630 | 10 | DERECHO CIVIL II | 100 CIEN | ORD. | 921 |
| 0631 | 10 | DERECHO PENAL II | 100 CIEN | ORD. | 922 |
| 0632 | 10 | DERECHO DEL TRABAJO I | 100 CIEN | ORD. | 922 |
| 0633 | 10 | TEORIA GENERAL DEL PROCESO | 100 CIEN | ORD. | 922 |
| 0634 | 10 | DERECHO AGRARIO | 095 NOVENTA Y CINCO | ORD. | 921 |
| 0642 | 10 | DERECHO CIVIL III | 095 NOVENTA Y CINCO | ORD. | 922 |
| 0643 | 10 | DERECHO DEL TRABAJO II | 100 CIEN | ORD. | 931 |
| 0644 | 10 | DERECHO INTERNACIONAL PUBLICO | 095 NOVENTA Y CINCO | ORD. | 931 |
| 0646 | 10 | DERECHO PROCESAL CIVIL | 100 CIEN | ORD. | 932 |
| 0647 | 10 | DERECHO PROCESAL PENAL | 100 CIEN | ORD. | 931 |
| 0656 | 10 | DERECHO CIVIL IV | 100 CIEN | ORD. | 931 |
| 0657 | 10 | DERECHO ADMINISTRATIVO II | 095 NOVENTA Y CINCO | ORD. | 932 |
| 0658 | 10 | GARANTIAS | 095 NOVENTA Y CINCO | ORD. | 931 |
| 0659 | 10 | DERECHO INTERNACIONAL PRIVADO | 100 CIEN | ORD. | 932 |
| 0725 | 03 | PRACTICA FORENSE I | 100 CIEN | ORD. | 941 |
| 0675 | 10 | DERECHO MERCANTIL I | 100 CIEN | ORD. | 932 |
| 0676 | 10 | DERECHO FISCAL I | 100 CIEN | ORD. | 941 |
| 0677 | 10 | DERECHO CIVIL V | 100 CIEN | ORD. | 941 |
| 0678 | 10 | DERECHO PROCESAL ADMINISTRATIVO | 100 CIEN | ORD. | 941 |
| 0726 | 03 | PRACTICA FORENSE II | 100 CIEN | ORD. | 941 |
| 0680 | 10 | DERECHO MERCANTIL II | 100 CIEN | ORD. | 941 |
| 0681 | 10 | DERECHO FISCAL II | 100 CIEN | ORD. | 942 |
| 0682 | 03 | SEMINARIO DE TESIS I | 100 CIEN | ORD. | 942 |
| 0685 | 10 | FILOSOFIA DEL DERECHO | 090 NOVENTA | ORD. | 942 |
| 0727 | 03 | PRACTICA FORENSE III | 100 CIEN | ORD. | 942 |
| 0684 | 10 | AMPARO | 100 CIEN | ORD. | 942 |
| 0686 | 03 | SEMINARIO DE TESIS II | 095 NOVENTA Y CINCO | DP. | 951 |
| 0728 | 03 | PRACTICA FORENSE IV | 100 CIEN | DP. | 951 |
| | | MATERIAS OPTATIVAS | | | |
| 0689 | 08 | MEDICINA LEGAL | 086 OCHENTA Y SEIS | ORD. | 932 |
| 0691 | 08 | DERECHO MUNICIPAL | 100 CIEN | ORD. | 932 |

****************************************************************************
ESTE CERTIFICADO AMPARA 453 CREDITOS APROBADOS, DE LOS CUALES CORRESPONDEN: 437 A MATERIAS OBLIGATORIAS 016 A MATERIAS OPTATIVAS
LA ESCALA DE CALIFICACIONES ES DE 0 A 100; LA MINIMA APROBATORIA ES 60
****************************************************************************

A SOLICITUD DEL INTERESADO Y PARA LOS FINES LEGALES A QUE HAYA LUGAR SE EXTIENDE EL PRESENTE CERTIFICADO EN LA CIUDAD DE HERMOSILLO, SONORA, A 7 DE ENERO DE 1999.

Lic. María Borgo Miranda
SUBDIRECTORA

Q.B. HECTOR MANUEL ESCARCEA URQUIJO
DIRECTOR

DIRECCION DE SERVICIOS ESCOLARES

# UNIVERSITY OF SONORA

## Office of School Services

University of Sonora, Office of School Services, certify that: GUSTAVO EDUARDO GUERRA, whose file number is 9022773-8, approved in its entirety the curriculum of the *Licenciado en Derecho* program (NOTE: equivalent to the american JD).

| Code number | Required Courses | Grades | Accredited | School Term | Credits |
|---|---|---|---|---|---|
| 0007 | Math I | 85 | Ordinary | 90-2 | 10 |
| 0451 | Research Methodology | 100 | Ordinary | 90-2 | 06 |
| 0602 | Introduction to the Study of Law | 90 | Ordinary | 90-2 | 10 |
| 0603 | Political Science I | 95 | Ordinary | 90-2 | 10 |
| 0755 | Economic Doctrine History | 90 | Ordinary | 90-2 | 10 |
| 0014 | Statistics | 100 | Ordinary | 91-1 | 10 |
| 0458 | Social Research Methodology I | 90 | Ordinary | 91-1 | 06 |
| 0605 | Sociological Theory I | 100 | Ordinary | 91-1 | 10 |
| 0606 | Introduction to Administrative Thought | 100 | Ordinary | 91-1 | 10 |
| 0607 | Political Science II | 100 | Ordinary | 91-1 | 10 |
| 0759 | Economics | 100 | Ordinary | 91-2 | 10 |
| 0609 | Political, Social and Economic Analysis | 100 | Ordinary | 91-2 | 06 |
| 0611 | Administrative Law I | 95 | Ordinary | 91-2 | 10 |
| 0612 | Constitutional Law | 100 | Ordinary | 91-2 | 10 |
| 0613 | Roman Law I | 90 | Ordinary | 91-1 | 10 |
| 0614 | Sociological Theory II | 100 | Ordinary | 91-2 | 10 |
| 0616 | Social Research Workshop | 83 | Ordinary | 92-1 | 03 |
| 0622 | Civil Law I (Family Law) | 96 | Ordinary | 92-1 | 10 |
| 0623 | Criminal Law I | 85 | Ordinary | 92-1 | 10 |
| 0624 | Roman Law II | 95 | Ordinary | 91-2 | 10 |
| 0626 | Social Research Workshop II | 95 | Ordinary | 92-2 | 06 |
| 0617 | Federal, State and Local Government Law | 100 | Ordinary | 92-1 | 06 |
| 0619 | Political, Social and Economic Analysis II | 85 | Ordinary | 92-1 | 06 |
| 0630 | Civil Law II (property; estates and trusts) | 100 | Ordinary | 92-2 | 10 |
| 0631 | Criminal Law II | 100 | Ordinary | 92-2 | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 0632 | Labor Law I | 100 | Ordinary | 92-2 | 10 |
| 0633 | Procedure (General - Theory). | 100 | Ordinary | 92-1 | 10 |
| 0634 | Agrarian Law | 95 | Ordinary | 92-2 | 10 |
| 0642 | Civil Law III | 95 | Ordinary | 93-1 | 10 |
| 0643 | Labor Law II | 100 | Ordinary | 93-1 | 10 |
| 0644 | International Law I | 95 | Ordinary | 93-2 | 10 |
| 0646 | Civil Procedure | 100 | Ordinary | 93-1 | 10 |
| 0647 | Criminal Procedure Law | 100 | Ordinary | 93-1 | 10 |
| 0656 | Civil Law IV (Contracts) | 100 | Ordinary | 93-2 | 10 |
| 0657 | Administrative Law II | 95 | Ordinary | 93-1 | 10 |
| 0658 | Individual Rights and Liberties | 95 | Ordinary | 93-2 | 10 |
| 0659 | International Law II | 100 | Ordinary | 94-1 | 10 |
| 0725 | Clinical Program I | 100 | Ordinary | 93-2 | 03 |
| 0675 | Commercial Law I | 100 | Ordinary | 94-1 | 10 |
| 0676 | Taxation I | 100 | Ordinary | 94-1 | 10 |
| 0677 | Civil Law V (Contracts) | 100 | Ordinary | 94-1 | 10 |
| 0678 | Administrative Process | 100 | Ordinary | 94-1 | 10 |
| 0726 | Clinical Program II | 100 | Ordinary | 94-1 | 03 |
| 0680 | Commercial Law II: Credit Transactions | 100 | Ordinary | 94-2 | 10 |
| 0681 | Taxation II | 100 | Ordinary | 94-2 | 10 |
| 0682 | Thesis Seminar I | 100 | Ordinary | 94-2 | 03 |
| 0685 | Legal Philosophy | 90 | Ordinary | 94-2 | 10 |
| 0727 | Clinical Program III | 100 | Ordinary | 94-2 | 03 |
| 0684 | *Amparo* Trial | 100 | Ordinary | 94-2 | 10 |
| 0686 | Thesis Seminar II | 95 | Ordinary | 95-1 | 03 |
| 0728 | Clinical Program IV | 100 | Ordinary | 95-1 | 03 |
| | ELECTIVE COURSES: | | | | |
| 0689 | Medical Evidence | 86 | Ordinary | 93-2 | 08 |
| 0691 | Local Government Law | 100 | Ordinary | 93-2 | 08 |

This document certifies that 453 credits were approved; 437 of those credits correspond to required courses, and 16 credits correspond to elective courses. Grade scale ranges from 0 (zero, lowest grade possible) and 100 (one hundred, highest passing grade); in order to pass each course, students must achieve a score of at least 60 points.

This certification was issued in the city of Hermosillo, Sonora, Mexico, on January 7, 1999.

**Lic. María Borgo Miranda**
Registrar.