UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>Librarian of Congress,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-1921 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR ADVERSE**
**INFERENCES AND MONETARY SANCTIONS**

Plaintiff, Gisela von Muhlenbrock, by and through undersigned counsel, respectfully moves this Court for adverse inferences and monetary sanctions based upon Defendant's spoliation of evidence.

Dated: June 13, 2008

Respectfully Submitted,

Paul S. Thaler (D.C. Bar No. 416614)
Kelly A. Schmidt (D.C. Bar No. 975232)
(not admitted in federal court)
THALER LIEBELER, LLP
1825 Eye Street, N.W.
Suite 400
Washington, DC 20006
*Attorneys for Plaintiff, Gisela von Muhlenbrock*