UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1921 (PLF) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

## INDEX OF PLAINTIFF'S EXHIBITS

| Exhibit | Description |
|---|---|
| Exhibit 1 | Gisela von Muhlenbrock Deposition Transcript |
| Exhibit 2 | EEOC Complaint (1984) |
| Exhibit 3 | 1985 Complaint (*Nguyen et. al v. Boorstin*, Civil Action No. 85-1786) |
| Exhibit 4 | Settlement Agreement (1986) |
| Exhibit 5 | Rubens Medina Deposition Transcript |
| Exhibit 6 | Kersi Shroff Deposition Transcript |
| Exhibit 7 | Billie Nichols Declaration |
| Exhibit 8 | Vacancy Announcement Number 020307 Request |
| Exhibit 9 | Vacancy Announcement Number 020307 |
| Exhibit 10 | Gisela von Muhlenbrock Application |
| Exhibit 11 | Billie Nichols Deposition Transcript |

| Exhibit | Description |
| --- | --- |
| Exhibit 12 | List of Qualified Candidates |
| Exhibit 13 | Interview Referral List |
| Exhibit 14 | Request for Personnel Action |
| Exhibit 15 | May 5, 2003 E-mail to Gisela von Muhlenbrock |
| Exhibit 16 | July 17, 2003 Letter to T. Brown |
| Exhibit 17 | November 6, 2003 E-mail from Danee Gaines |
| Exhibit 18 | January 9, 2004 E-mail from Danee Gaines |
| Exhibit 19 | January 13, 2004 Email to Danee Gaines |
| Exhibit 20 | February 4, 2004 Email from Danee Gaines |
| Exhibit 21 | November 18, 2004 Email from Kersi Shroff |
| Exhibit 22 | February 19, 2004 EEOC Complaint |
| Exhibit 23 | Tom Kearns Declaration |
| Exhibit 24 | Kersi Shroff Declaration |
| Exhibit 25 | Library of Congress Merit Selection and Promotion Plan |

Dated: June 13, 2008