UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1921 (PLF) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Adverse Inferences and Monetary Sanctions. Upon review of the papers submitted by the parties, applicable law and the record herein, it is this ___ day of _____ 2008, hereby

ORDERED that Plaintiff's Motion for Adverse Inferences and Monetary Sanctions be and is hereby GRANTED; and it is

FURTHER ORDERED that, in light of Defendant's spoliation of evidence, Plaintiff is entitled to inferences that the evidence lost or destroyed would have been unfavorable to Defendant. The precise wording of the adverse inferences instruction will be determined prior to trial; and it is

FURTHER ORDERED that, as a monetary sanction for spoliation of evidence, Defendant shall pay Plaintiff's costs and reasonable attorney's fees incurred in bringing this motion.

                                                              Paul L. Friedman
                                                              United States District Judge

Copies to:     Counsel of Record via ECF