UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>Librarian of Congress, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1921 (PLF) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instruments were served pursuant to the Court's Electronic Case Filing System this \3_ day of June 2008, upon the following:

Julia K. Douds
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
*Attorneys for Defendant*

Kelly A. Schmidt