# EXHIBIT 1

1

```
 1            UNITED STATES DISTRICT COURT          COPY
 2            FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - - - - x
 5  GISELA VON MUHLENBROCK        :
 6          Plaintiff,            :
 7  vs.                           :  Civil Action No. :05-1921 (HHK)
 8  JAMES H. BILLINGTON,          :
 9  LIBRARIAN OF CONGRESS         :
10          Defendant             :
11  - - - - - - - - - - - - - - x
12
13                                   Washington, D.C.
14                                   Wednesday, September 19, 2007
15
16
17
18  Whereupon,
19                GISELA VON MUHLENBROCK
20  the Witness, called for examination by Counsel for the
21  Defendant, pursuant to notice and agreement of counsel as to
22  time and place, at 501 3rd Street, N.W., Fourth Floor,
23  Washington, D.C., where were present on behalf of the parties:
24
25
```

1  a list of the degrees.

2    A.    Well, the Chilean law degree from Catholic
3  University of Chile is a five year degree, so it is the
4  equivalent of a J.D. in this country.  Georgetown, the
5  comparative, but it's a diploma.  It was a tool, a very
6  helpful tool.  The Inter-American Human Rights Course,
7  absolutely.  And, of course, the Hopkins degree because if you
8  work for Congress and don't know the framework of history and
9  of United States foreign policy, then you don't understand the
10 connection of their question in regard to foreign law issues
11 because politics -- law is policy and the Congress asks what
12 do they do about something in any country of the world and
13 they want also the background because a photocopier could do
14 that task, but also it needs the analysis and evaluation, and
15 hopefully the success if there is the information there of
16 what works in terms of allocation of resources.

17    Q.    Okay.  Can you tell me where you worked after you
18 finished the program at Georgetown University Law Center, what
19 the first job you held after finishing the program at
20 Georgetown Law Center was?

21    A.    The Library of Congress.

22    Q.    And when did you begin your employment there?

23    A.    In 1981.

24    Q.    And how long did you work there?

25    A.    Until '89.

1    Q.    In 2004?

2    A.    4.

3    Q.    Thank you. What was your position when you started
4 working at the Library of Congress, what was your job title?

5    A.    Foreign Law Specialist.

6    Q.    And how would you describe your duties as a Foreign
7 Law Specialist at the Library of Congress when you started in
8 1981?

9    A.    Foreign Law Specialist mainly work for Congress
10 answering their requests or members or committees that want to
11 know the state of the law in foreign countries and
12 international law. But the Law Library also answers the
13 questions of the executive agencies and of the courts.

14    Q.    Who was your supervisor when you were working at the
15 Library of Congress?

16    A.    Rubin Madena.

17    Q.    Did you have any other supervisor during that period
18 that you were working at the Library of Congress?

19    A.    No.

20    Q.    Were you a Foreign Law Specialist throughout the
21 1981 to 1989 period?

22    A.    Yes, I was.

23    Q.    Could you tell me your grade when you started work
24 at the Library of Congress in 1981?

25    A.    I was offered a GS-12 position and my first check

```
 1  worked at the Hispanic Law Division?
 2      Q.   If you can give me a list of the people you worked
 3  with on a regular basis.  Is that a short list?  Would that be
 4  a short list or a long list?
 5      A.   I would like you to state more precisely what do you
 6  mean I had to work with.  They were not support personnel for
 7  me.  They were administrative or research people who were
 8  doing --
 9      Q.   Who were some of the people you interacted with on a
10  regular basis at the Library of Congress?
11      A.   The Division secretary.
12      Q.   Anyone else?
13      A.   Rubin Madena, the Chief, Armando Gonzales, the
14  Assistant Chief, and different secretaries and editors
15  throughout the years.  The last one was Helen Dominko.  Before
16  that there was a Karen in 1981 or so.  I don't remember her
17  name.
18      Q.   Those were the major people, though?
19      A.   Yeah.  That is the division really, plus two Legal
20  Research Assistants.
21      Q.   Did you know Kersi Schroff while you were there?
22      A.   Yes, as a lawyer of the American Law Division.
23      Q.   How would you characterize your relationship with
24  him?
25      A.   Professionally, sometimes the Congress sent or a
```

1    A.    Yes, a friendly, professional relationship.
2    Q.    During the time that you worked with Kersi Schroff
3 did he ever in any way suggest that he was bigoted in any way?
4    A.    I don't remember that.
5    Q.    Did he -- did Kersi Schroff ever behave with you in
6 a way that you considered inappropriate?
7    A.    No, but we had taken up discussions about the
8 differences. He was mainly interested in the differences of
9 civil law with common law. He was a lawyer in the common law
10 area and they don't know what civil law means.
11    Q.    So did you end up having lots of spirited
12 conversations about the law with him?
13    A.    Not a lot, but those were the professional contacts
14 that you were asking about. They related to requests or
15 technical issues.
16    Q.    Did your interactions with him change after you
17 filed your complaint of discrimination during the 1980s or did
18 you --
19    A.    No.
20    Q.    No. Did you know Billie Nichols during the time
21 that you worked at the Library of Congress?
22    A.    No.
23    Q.    Never heard her name?
24    A.    Never heard her name.
25    Q.    Did you file any EEO complaints while you were

```
 1  working at the Library of Congress?
 2       A.   Yes.  In 1982, if I'm not wrong, I had to go to the
 3  Labor Relations Office and complain about Madena's behavior
 4  toward me.
 5       Q.   What was his behavior toward you?
 6       A.   Sexual advances.
 7       Q.   Were you complaining at that time about any other
 8  employee at the Library of Congress?
 9       A.   No, that I remember.
10       Q.   You didn't complain at that time about any other
11  employee at the Library of Congress?
12       A.   No.
13       Q.   Did you file any other EEO complaints while you were
14  working at the Library of Congress?
15       A.   Later on you mean?
16       Q.   During -- sorry.  During the period that you were
17  employed at the Library of Congress, did you file any EEO
18  complaints other than the one that you just mentioned?
19       A.   Yes, I did.  That's the discrimination complaint
20  that followed the sexual harassment.  I think the date was
21  1983.
22       Q.   So you filed a total of two EEO complaints during
23  the period that you were working at the Library of Congress?
24       A.   I would say it's the first complaint that evolves
25  when I'm able to ascertain that the Library had not paid me
```

1  Congress?
2      A.   Not directly.  Through the union I was the Law
3  Library's steward and so I knew about the activities of Local
4  2910 of the American Federation of State, County and Municipal
5  Employees Union that were concerned, and I also later as the
6  steward negotiated the contract with the Law Library -- for
7  the Law Library.
8      Q.   In your capacity as somebody who had applied for a
9  position in the Library of Congress as well as an attorney and
10 a former law librarian in the Library of Congress, were you
11 familiar with the SF171?
12     A.   Yes.  I had seen one and filled one.
13     Q.   When had you completed one?
14     A.   In 1980.
15     Q.   When you were applying for the position you held at
16 the Library of Congress?
17     A.   Yes.
18     Q.   Are you aware of any changes in the 1980s or 1990s
19 to the application process for people who were interested in
20 working at the Library of Congress?
21     A.   No.  I left in 1989 and since then until 2005 I was
22 outside the country.
23     Q.   When did you -- why did you leave the Library of
24 Congress in 1989?
25     A.   Because I traveled to Chile to attend the wedding of

1  my daughter and went to visit my father and went up to the
2  lakes in the mountains, and there was a storm at the border
3  with Argentina and I rode down with a horse, on top, down a
4  ravine.  After that I was left with serious back problems and
5  was, of course, advised not to travel and follow a
6  rehabilitation process.  That was long, costly and painful.
7     Q.   This was in 1989?
8     A.   In 1989.
9     Q.   And when did you recover from your injuries?
10    A.   Almost a year later, but the main reason really was
11 that transport from -- I don't know if you have visited ever
12 there.  The flight from Miami is 12 hours, and for somebody
13 who has to be -- of course, not supposed to move while
14 healing, you know, air transportation would have been
15 dangerous or very, very costly and then who take care of me
16 here?  And so that's why in thinking you thought -- the
17 Division consisted of a Chief and Assistant Chief and one
18 Legal Specialist.  I thought that I was being honest and fair
19 to resign so that they could fill an opening because I know
20 that we have a huge volume of work.
21    Q.   So you voluntarily resigned?
22    A.   Yes.  It was my resignation, and I was in Chile when
23 I resigned.
24    Q.   Nobody encouraged you to resign?
25    A.   No.  My doctor said stay quiet.