# EXHIBIT 8

| Library of Congress | Vacancy Ann. No. | HUMAN RESOURCES OPERATIONS USE ONLY | |
|---|---|---|---|
| **VACANCY ANNOUNCEMENT REQUEST** | 020307 | Date Received | HR Specialist Review (Initial & Date) BWN 11-21-02 |
| Specialist | Organizational Unit | Bargaining Unit | Human Resources Assistant | Final Review (Initial & Date) |

| Location: (include Service Unit, Directorate, Division, Section, Unit) | Building: |
|---|---|
| Office of the Law Librarian<br>Law Library<br>Western Law Division | ☐ LA  ☒ LM  ☐ NYA  ☐ Other: _____<br>☐ LJ  ☐ LCA  ☐ TSA |

| Position Title (LC and Civil Service) | Pay Plan, Series, Grade, Position Description Number, Salary |
|---|---|
| Foreign Law Specialist (Spanish) | GS-095-11-12506-$46,469-$60,405<br>GS-095-12-12507-$55,694-$72,400 |

**Promotion Plan**  ☒ Yes  To GS-15 grade level  ☐ No

**Type of Vacancy Announcement**
☐ Regular  ☐ Extended  ☒ Open  ☐ Limited  ☐ Target Series

**Number of Vacancies**  **Work Schedule**  ☐ Fixed  ☒ Flexitime  ☐ Compflex  ☐ Special Schedule

**Position Type**  ☒ Permanent  ☐ Indefinite  Indefinite NTE ☐ _____  Temporary NTE ☐ _____

**Tour of Duty**  ☒ Full Time  ☐ Part Time NTE: _____  ☐ Intermittent

**Position Designation**  ☐ Sensitive  ☐ Non-Sensitive    **Special Recruitment/Paid Advertising**  ☐ YES (See attached form LW 15/56A)

**Date Vacancy Occurred or Established**    **Funding**

**Reason for Vacancy**
☐ PAR for _____
☐ Resignation of _____
☒ Other (Specify) Retirement of staff member

**RATING PANEL MEMBERS** (To be filled out by the Directorate)
Chairperson
Member
Member
Member
Unit Representative, if appropriate.

**Qualifications**
☐ Identical to Vac. Ann. No. _____ Date _____ (Attach copy)
Attached Vac. Ann. requires review & approval because:
☐ New Position  ☐ Other (Specify)

**APPROVALS (Route in order)**

1. Selecting Official (Signature & Date)  *[signed] Kerry R. Jhnn 11/21/02*
2. Division (Signature & Date Approved)  *[signed] Kerry B. Jhn 11/21/02*
3. Service Unit (Date Received) NOV 21 2002  Signature & Date Approved  *[signed] Rubens Medina NOV 21 2002*
4. Human Resources Operations (Date Received)  Signature & Date Approved

For positions GS-15 and above and Division Chief vacancy announcements, route to:
Director of Human Resources (Signature & Date)    The Deputy Librarian (Signature & Date)

18 (1990/07)