# EXHIBIT 12

## Issue Date: 1-30-2003

## Foreign Law Specialist, GS-0095-11, Washington, DC

| # | Name | SSN | Rating | Veteran | Status | Comments |
|---|---|---|---|---|---|---|
| 1 | Luciano de Freitas | [redacted] | 100 | NV | | |
| 2 | Carlos R Carrion-Crespo | [redacted] | 100 | NV | | |
| 3 | Fernanda C Alem-Freitas | [redacted] | 100 | NV | | |
| 4 | Andrea R Guendelman | [redacted] | 99 | NV | | |
| 5 | Gustavo E Guerra | [redacted] | 99 | NV | | |
| 6 | Gary J Badway | [redacted] | 98 | NV | | |
| 7 | Ulka P Bhatt | [redacted] | 98 | NV | | |
| 8 | Alonso J. Chaverri | 000000000 | 98 | NV | | |
| 9 | Joseph A de La Cuetara | [redacted] | 97 | NV | | |
| 10 | Monika Scherer | [redacted] | 97 | NV | | |
| 11 | David A Caballero | [redacted] | 96 | NV | | |
| 12 | Gisela von Muhlenbrock | [redacted] | 96 | NV | | |
| 13 | Jamie Susan Davis Smith | [redacted] | 96 | NV | | |
| 14 | Miguel Gonzalez Marcos | [redacted] | 96 | NV | | |
| | Rishi R Hingoraney | [redacted] | 95 | NV | | |
| | James W Newton | [redacted] | 95 | NV | | |
| | Edward A Paez | [redacted] | 95 | NV | | |
| | Fernando I Ruiz | [redacted] | 95 | NV | | |
| | Jessica Ramirez | [redacted] | 95 | NV | | |
| | Rosemary B Greenlaw | [redacted] | 95 | NV | | |
| | Leopoldo R Arreaza | [redacted] | 95 | NV | | |
| | Carlos R Torres | [redacted] | 94 | NV | | |
| | Maura B Jeffords | [redacted] | 94 | NV | | |
| | Alexandra Monroy | [redacted] | 94 | NV | | |
| | Marcus D Boeira | [redacted] | 93 | NV | | |
| | Benjamin H Osland | [redacted] | 93 | NV | | |
| | LaToya D Rembert | [redacted] | 92 | NV | | |
| | Marcela V Scott | [redacted] | 92 | NV | | |
| | Tamara E. Perry | [redacted] | 91 | NV | | |

| Name | | Score | NV |
|---|---|---|---|
| FATIMA GONCALVES WELIVER | ▓▓▓ | 90 | NV |
| GABRIELA D MONZON-REYNOLDS | ▓▓▓ | 90 | NV |
| AMADO MARTINEZ | ▓▓▓ | 90 | NV |
| Sundeep Khanna | ▓▓▓ | 89 | NV |
| Rachel E Gordon | ▓▓▓ | 88 | NV |

PRINT