# EXHIBIT 13

UNITED STATES GOVERNMENT
MEMORANDUM

Library of Congress

Date: February 13, 2003

**TO:** Kersi B. Shroff
Selecting Official

**FROM:** Billie D. Nichols
Sr. Personnel Staffing Specialist

**Subject:** Interview Referral List for the Foreign Law Specialist (Spanish), GS-095-11 (Vacancy Announcement Number 020307), position in the Law Library.

You are being provided with the enclosed materials so that you can begin scheduling the interviews for this position. This material consists of a (1) copy of the vacancy announcement, (2) Staffing Referral List, (3) Interview Questions/Benchmarks, (4) Declaration of Employment (OF-306) for each applicant referred, and (5) application material for each applicant, and (6) reference check form for each applicant

If you need any information concerning the structured interview process, please do not hesitate to contact me. Please ensure that each applicant is given an OF-306 form so that they may complete and return it in the envelope provided.

Should you have any questions, please contact me at ext. 7-0028.



EXHIBIT
8

## Initial Referral List

**Position:**   Foreign Law Specialist(Spanish), GS-0095-11

**Vacancy Announcement #:** 020307

All applicants must be given a personal interview. The disposition codes to be used are listed below:

**ND** - Declined Interview      **NW** - Withdrew from Consideration
**NI** - Did not Report for Interview   **NU** - Unable to Contact.

| Interviewed YES / NO | Name of Applicant | Disposition Code |
|---|---|---|
| YES ✓ | Luciano de Freitas | |
| YES ✓ | Carlos R. Carrion-Crespo | |
| YES ✓ | Fernando C. Alem-Freitas | |
| YES ✓ | Andrea R. Guendelman | |
| YES ✓ | Gustavo E. Guerra | |
| YES ✓ | Gary J. Badway | |
| YES ✓ | Ulka P. Bhatt | |
| YES ✓ | Alonso J. Chaverri | |
| YES ✓ | Joseph A de La Cuetara | |
| YES ✓ | Monika Scherer | |

**Staffing Specialist:**   Billie D. Nichols          **Date:**   February 13, 2003

**Selecting Official:**   Kersi B. Shroff
**SME:**   Ruth Levush
**SME:**   Tao-Tia Hsia

**Selecting Official's Signature:**   _Kersi B. Shroff_

**Date:**   April 4, 2003