# EXHIBIT 15

From:     Gisela von Muhlenbrock <giselavm@mi.cl>
To:       Ms Danee Gaines
Cc:       "Ms. Francine K. Weiss, Esq." <fkweiss@aol.com>
Subject:  Fw: 020307, Foreign Law Specialist, GS-0095-11, Washington, Dist of Columbia at Library of Congress
Date:     Dec 8, 2003 3:01 PM

```
Dear Ms Gaines:
Find enclosed the document requested in No 8  b) of your letter tto Ms Weiss
dated 11/6.  Cordially, Gisela von Muhlenbrock

----- Original Message -----
From: Library of Congress <adsappsupport@avuetech.com>
To: <giselavm@tnet.cl>
Sent: Monday, May 05, 2003 3:45 PM
Subject: 020307, Foreign Law Specialist, GS-0095-11, Washington, Dist of
Columbia at Library of Congress


>
> You submitted an application for vacancy 020307: Foreign Law Specialist,
GS-0095-11. Although we greatly appreciate your interest in this position,
ultimately another candidate was selected. You may access
http://www.avuedigitalservices.com/loc/applicant.html or http://www.loc.gov
or http://www.avuecentral.com to find other positions which may be of
interest to you, and for which you feel you are qualified.
>
> Again, we appreciate your interest in employment with the Library of
Congress.
>
```