# EXHIBIT 16

Santiago, July 17, 2003

> This was faxed to EEOCO. It was a bad faxed copy.

Ms. Thelma Brown
Acting EEO Counselor
Library Of Congress
Washington, D.C.
USA

Dear Ms. Brown,

This is to confirm that my attorney, Ms. Francine K. Weiss, Esq., Kalijarvi, Chuzi and Newman, 1901 L Street NW, Suite 610, Washington, DC 20036, (telephone (202) 331-9260, fax (202) 331-9261) contacted you by telephone today, Thursday July 17, 2003, to initiate the informal process of my discrimination charge for failure to select me for the position of Senior Law Specialist GS 15.

I believe that I have not been selected because of retaliation against me for opposing discrimination practices and alleged in a suit against the Library based on sex discrimination and sexual harassment (Civil Action 95-1780 US District Court for the District of Columbia). I have previously worked at the Law Library as a GS 14-5 Senior Foreign Law Specialist.

I became aware of the discrimination on July 3, 2003, when I was notified by the Human Resources Office, Ken Nichols that my score was not high enough to qualify for referral for the vacant advertised position.

Sincerely,

Sheila Von Muhlenbrock M.