# EXHIBIT 17

Web Mail Printable Message

From:    Danee Gaines <daneegaines@earthlink.net>
To:      fkweiss@aol.com
Subject: For Your Client - Ms. Von Muhlenbrock
Date:    Nov 6, 2003 5:16 PM

Hello Ms. Weiss,

As you know, I am the EEO Counselor assigned to the informal complaint filed by your client, Geisela Von Muhlenbrock. I am a neutral party brought in to try to reach resolution between Ms. Von Muhlenbrock and the Library of Congress.

Please ask Ms. Von Muhlenbrock to review and respond to the following questions. If you or Ms. Von Muhlenbrock have any questions, please do not hesitate to contact me at 301.776.6640 or 301.996.7687.

In addition, I have some forms that I will need to provide to you for Ms. Von Muhlenbrock. Should I forward those to your office?

Here are the questions.

1) Please state the following:
   name
   title/grade
   mailing address
   telephone number
   work address
   work telephone number

2) Do you wish to remain anonymous?

3) You state in your letter dated July 17, 2003, to Thelma Brown, Acting EEO Counselor, that the basis for your complaint is retaliation for filing a lawsuit against the Library of Congress. Is that correct?

4) You state in your letter dated July 17, 2003, to Thelma Brown, Acting EEO Counselor, that the issues involved in this informal complaint are non selection for a Foreign Law Specialist (020307) position, and sexual harassment. Is that correct?

5) Please state the name (s) of the person(s) you allege sexually harassed you, a description of the event, and the date the event allegedly took place. In addition, please provide contact information for these individuals, if you have it.

https://webmail.pas.earthlink.net/wam/printable.jsp?msgid=347&x=-558180786    2/9/200.    Page 1 of 2

ATTACHMENT 2

Webmail Printable Message

6) Please state the names of the witness(es), if any, to the alleged harassment. Please provide their contact information, if you have it.

7) Please provide your resolution requests.

8) Please provide a copy of the following documents:

a) A copy of the first page of the complaint you filed against the Library of Congress. (You do not have to provide a copy of the entire complaint.)

b) A copy of the letter informing you that you were not selected for the Foreign Law Specialist (020307) position you applied for.

c) Please provide copies of any other document(s) or supporting information you believe is relevant to the issue(s) contained in your informal complaint.

Thank you,

Danee Gaines, EEO Counselor