# EXHIBIT 18

Web Mail Printable Message

From:       Danee Gaines <daneegaines@earthlink.net>
To:         baye@loc.gov
Subject:    Von Muhlenbrock's Informal Complaint
Date:       Jan 9, 2004 12:14 PM

Good Afternoon,

As I stated in our conversation this morning I am the EEO Counselor assigned to the informal complaint filed by Ms. Von Muhlenbrock. I do not represent Ms. Von Muhlenbrock and I do not represent the Library of Congress ("LOC"). I am a neutral party brought in to try to reach resolution between Ms. Von Muhlenbrock and the LoC.

Ms. Von Muhlenbrock alleges that she was discriminated against, in the course of her employment, when she was not selected for the the Foreign Law Specialist position, GS-0095-11, (Vacancy Announcement 020307) she applied for.

Per your request, you should have received, via facsimile, a copy of the Authorization from DS2, the company I work for. The informal process requires me to conduct an informal inquiry. Therefore, I will need the following information.

The list of Eligibles (if applicable)
The names of the panelists (if applicable)
The name of the Selecting Official (if applicable)
The criteria used to rate the candidates
The application and supporting documentation of the selected candidate (redacted if necessary)
Any narratives prepared concerning Ms. Von Muhlenbrock's application

Vacancy Announcement 020307

In addition, I spoke to Billie Nichols regarding this matter and the above-mentioned documents. She indicated that she would work with you to provide me with the requested information, after she receives notification from you.

If you have any questions or comments, I can be reached, via email, or by calling 301.996.7687 or 301.776.6640.

Thanks in advance for your anticipated cooperation.

Danee Gaines

ATTACHMENT 8