# EXHIBIT 19

# Web Mail Message



**EarthLink WEB MAIL**
daneegaines@earthlink.net

98% of 10 MB used.  Empty Trash    Increase Storage Space

| EarthLink.net | Start Page | Web Mail | My Account | Support |

Check Mail
Compose Message

**Folders**
- spamBlocker (MED)
- Known spam [5] new
- INBOX [327]
- Sent [309]
- Trash [1] [Empty]
- Drafts [0]
- DSZ Counseling [0]
- DSZ DDOT [0]
- DSZ Forms [4]
- Karla Adams [0]
- Womens Retreat May16 [6] new

Address Book
Preferences
Find Message
Help
Sign Out

Give Your Feedback!

Previous | Next | Back to INBOX
Delete  Reply  Reply All  Forward  inline text  Add to Address Book
Printable View | View All Headers | View Email Source | Flag Message | Mark Unread | Move  Trash

**From:** Dorthea A Hill <dhill@loc.gov>
**To:** daneegaines@earthlink.net
**Cc:** "Bill Ayers, Jr." <baye@earthlink.net>, Dorthea A Hill <dhill@loc.gov>
**Subject:** Von Muhlenbrock's Informal Complaint
**Date:** Jan 13, 2004 11:34 AM

Good Morning!

This email is to let you know, that the following information you requested (email dtd 1/9/2004) from - Bill Ayers, Jr. (Library of Congress) will be shipped out via overnight del.

Contents of Pkg:

VA# 020307
List of Eligibles
Names of Panelists
Name of Selecting Official
Candidates Criteria
Complainant's Application - Ms. Von Muhlenbrock
Selectee's Application - Gustavo Guerra

If you have any questions, please feel free to contact - Bill Ayers, Jr. (202) 707-0289 or baye@loc.gov.

thank you,

Dorthea A. Hill
Staffing Assistant
Library of Congress
HRS Office of Workforce Acquisitions
202/707-0732
dhil@loc.gov

