# EXHIBIT 20

Web Mail Message

EarthLink.net | Start Page | Web Mail | My Account | Support

WEB MAIL
daneegaines@earthlink.net
97% of 10 MB used.  Empty Trash   Increase Storage Space

Check Mail
Compose Message

Folders
- Known spam [1] new
- INBOX [343] new
- Drafts [0]
- Sent [330]
- Trash [1] [Empty]
- DSZ Counseling [0]
- DSZ DDOT [1]
- DSZ Forms [1]
- Karla Adams [0]
- Womens Retreat May16 [6] new

spamBlocker (MED)

Address Book
Preferences
Find Message
Help
Sign Out

Give Your Feedback!

ADVERTISEMENT
Your email is important.
Printable View | View All Headers | View Email Source
Flag Message | Mark Unread
Trash  Move

Previous | Next | Back to Sent
Delete  Reply  Reply All  Forward
Inline text

**From:** Danee Gaines <daneegaines@earthlink.net>
**To:** baye@loc.gov
**Cc:** dhill@loc.gov
**Subject:** Fw: Von Muhlenbrock
**Date:** Feb 4, 2004 3:32 PM

Hello Mr. Ayers,

Can you tell me the status of the attached request?

-----Forwarded Message-----
From: Danee Gaines <daneegaines@earthlink.net>
Sent: Jan 22, 2004 9:00 AM
To: baye@loc.gov
Subject: Von Muhlenbrock

Hello Mr. Ayers,

Your assistant Dorthea Hill has been very helpful in providing me with the information I need in reference to Ms. Von Muhlenbrock's informal EEO Complaint. If possible, I will also need the following:

(1) Notes or documents regarding the selection process from the selecting official or any other person involved in the selection process, if they are kept in the files you have within your custody and control;
(2) procedure for the selection process and how the scores for the applicants were tabulated;
(3) documents indicating the persons interviewed for the position; and
(4) documents that explains the "self rating process."

If you have any questions, please do not hesitate to give me a call at 301.776.6640.

Thank you.

Danee Gaines

ATTACHMENT 20