# EXHIBIT 21

**From:** Kersi B Shroff
**To:** Sharp, Walter G
**Date:** Thu, Nov 18, 2004 2:09 PM
**Subject:** EEO Complaint

Gary,

I received a call from a Paul Greenberg (202 484-1156), an EEO investigator, for an appointment to discuss a complaint filed by Gisela VonMuhlenbrock, a specialist in the former Hispanic Law Division, who had applied for the position now filled by Gustavo Guerra. Gisela's name was not among the applicants that were referred to the Division for interviews. Paul asked to see the interview notes of the SMEs and I referred him to Billy Nichols. The meeting has been set for December 1.

This will be the second meeting relating to the complaint. Earlier this year, I met another EEO investigator and explained to her that Gisela's name was not included in the list of candidates to be interviewed.

Kersi