# EXHIBIT 25

## Agreement

This Agreement is entered into between the Library of Congress (Library) and The Congressional Research Employees Association (CREA), parties to ongoing master contract negotiations. The Parties recognize that the Merit Employment Article (Article VII) of the Collective Bargaining Agreement is currently under negotiation. Both Parties' proposals refer to the document entitled "Merit Selection Plan: Bargaining Unit Positions" dated January 3, 1995. In proceedings separate from these master contract negotiations, the Parties have met to update said Merit Selection Plan to comport with a court order. However, the Parties have agreed to apply the procedures in the revised Plan only to professional and administrative positions within CREA's bargaining unit. Accordingly, the Parties agree:

1. The revised Plan (attached) shall become effective upon signature of this Agreement for professional and administrative positions within the bargaining unit.

2. The Parties shall revise their proposals, for submission during mediation and impasse proceedings on Article VII to clearly reflect their respective positions concerning the scope of coverage of merit selection procedures, including what procedures shall apply to non-professional unit positions.

3. Provided, however, that nothing shall preclude the parties from attempting to reach agreement concerning these matters before the issue proceeds to impasse.

_____   _____
For CREA                     For the Library
6/8/01

EXHIBIT 12

saved: bargaining\CREA2001meritselagreemnt

# LIBRARY OF CONGRESS MERIT SELECTION AND PROMOTION PLAN

## June 19, 2001

### I. PURPOSE

This plan implements the policies and procedures for merit selection actions in the AFSCME Local 2910 (Guild) and for professional and administrative positions in the Congressional Research Service Employees Association, IFPTE Local 75 bargaining units.

### II. OBJECTIVE

The objective of this Merit Selection and Promotion Plan is to ensure that merit principles are applied in an equitable manner to applicants for employment; to select those candidates best qualified and to provide an incentive for all employees to pursue a career in the Library based on the excellence of their performance and development of their knowledge, skills, and abilities through an orderly and fair consideration for vacancies in bargaining unit positions. Selections will be made solely on the basis of merit, fitness, and qualifications and without regard to political, religious, or labor organization affiliation or non-affiliation, marital status, race, color, sex, age, sexual orientation, national origin, non-disqualifying disability, or other non-merit factor.

### III. DEFINITIONS

Applicant questionnaire: System generated questions, based on the final identification of tasks and education by the Job Analysis SME Panel, designed to measure experience and training in relation to the requirements of the position being filled. Eligibility questions are also on the questionnaire.

Area of Consideration - the area, organization, or group of organizations in which an intensive search is made for eligible candidates to fill vacancies in the positions covered by a merit employment plan.

Benchmark Anchors: System generated criteria for evaluating responses to interview questions. These criteria are grouped into six levels - - outstanding, superior, fully acceptable, less than fully acceptable, unacceptable, and no experience or evidence of experience.

Crediting Plan - a plan used to rate all eligible candidates who are required to compete under this Plan. The crediting plan describes the quality levels for the knowledge, skills, abilities and other characteristics necessary for successful performance in the position being filled.

Evaluation of Candidates is the process of assessing the degree to which candidates possess the knowledge, skills, abilities and other characteristics needed for successful performance in the position to be filled.

Job Analysis - the process of identifying the knowledge, skills, and abilities and other characteristics essential to the position in order to provide a job-related basis for evaluation and selection for that position.

Quality Ranking Factors - job-related knowledge, skills, abilities and other characteristics used to evaluate qualified and eligible candidates for a position.

Selecting Official - the individual authorized to make a selection for the position to be filled, subject to the final approval of an official with appointing authority.

Subject Matter Experts (SMEs) - individuals who are performing, have performed or are very knowledgeable of the responsibilities of the position being filled, and who are at or above the grade level of that position. SMEs serve on job analysis and interview panels. Applicants for the position to be filled cannot serve as SMEs for that position. The Service Unit appoints at least two subject matter experts for each panel. The Library has determined that incumbents shall be fairly represented on each job analysis panel of subject matter experts, and in no instance shall there be less than one incumbent subject matter expert, unless there is in fact no incumbent, or all incumbents decline to serve.

Vacancy Announcement - the announcement of a position or positions which are available to be filled.

Weights - relative values assigned by the Job Analysis SME Panel to indicate the importance of each task or educational requirement in the rating of the applicant questionnaire.

Human Resources Specialist - an individual who is primarily responsible for the integrity of the selection process and who ensures that the selection and documentation comply with the provisions of this Plan.

## IV.   RESPONSIBILITIES

Supervisors/Selecting Officials are responsible for:

1) Anticipating staffing needs and initiating action to allow for timely recruitment or selection in accordance with this Plan;
2) Ensuring the currency and accuracy of position descriptions for all positions to be filled under this Plan; and
3) Applying the principles and requirements of this Plan

Management Officials are responsible for applying merit principles, including the principle of equal employment opportunity, in filling vacancies. They will be held accountable for actions that violate law, regulations, or this employment plan.

2

<u>Director of Human Resources Services and staff</u> are responsible for implementing and administering this Plan. Specific responsibilities include, but are not limited to:

1) Training supervisors and informing employees of the requirements and objectives of the Plan;
2) Establishing, maintaining, and keeping secure necessary files and records to permit answering inquiries and reconstructing merit employment and promotion actions for a minimum of two years from the date of selection or cancellation of the vacancy announcement;
3) Directing the job analysis process for the identification of knowledge, skills and abilities for the positions being filled;
4) Issuing and publicizing vacancy announcements, taking into account equal employment opportunity and affirmative action objectives;
5) Assisting management in targeted recruitment efforts;
6) Ensuring that policies and procedures do not screen out minorities and women on a discriminatory basis;
7) Screening candidates against eligibility requirements for positions;
8) Advising panel members and selecting officials of their duties and responsibilities and participating as a technical advisor;
9) Administering a system which ensures that all candidates who apply under a vacancy announcement are notified of results;
10) Making official offers of employment; and
11) Informing employees periodically of the Merit Selection and Promotion Plan and any procedural changes, and advising them of where they may review or obtain a copy of this Plan;
12) Notifying affected unions of any changes to the Merit Selection Plan;
13) Notifying the affected union when a position description is changed in connection with job analysis;
14) Notifying the affected unions within 5 work days in the event that the posting process is canceled or curtailed, including the reasons for cancellation or curtailment.
15) Notifying the appropriate labor organization with the names of all SMEs within 5 days of their selection. Every reasonable effort will be made to assure that the panel reflects the diversity of the Library's workforce, by including women, minorities, and persons with disabilities on panels.
16) Notifying the appropriate labor organization within five workdays of all selections. The notification will also specify the name of the selectee, the title of the job and its grade, the organizational unit, and the term of appointment.
17) Reviewing Selection recommendations for conformance with merit principles, other Library regulations and affirmative action goals, as defined by the MYAEP or the AA/SPO.

<u>Subject Matter Experts Serving on Job Analysis Panels</u> are responsible for:

1) Applying their subject matter expertise to determine: the major duties of the position being analyzed and the knowledge, skills, abilities, and other characteristics necessary to perform those duties and to develop a rating instrument which measures levels of proficiency in the KSAOs;
2) Maintaining confidentiality of all documentation developed during the analysis process; and
3) Disqualifying themselves from serving on a job analysis panel if, to do so, would create a conflict of interest or the appearance of such conflict, e.g., the employee's relative is an applicant for the vacancy.

<u>Subject Matter Experts Serving on Interview Panels</u> are responsible for:

1) Conducting the interview; documenting the interview process; ensuring that the interview process is conducted according to interview training; ensuring that necessary documentation is maintained; scoring interviewees using benchmark anchors.
2) Maintaining confidentiality of all documentation developed during the interview process; and
3) Disqualifying themselves from serving on an interview panel if, to do so, would create a conflict of interest or the appearance of such conflict, e.g., the employee's relative is an applicant for the vacancy.

<u>Employees</u> are responsible for:

1) demonstrating that they have the knowledge, skills, abilities, and other characteristics necessary to qualify for positions for which they desire consideration; and
2) submitting the required application forms for vacancies in which they have an interest and for which they qualify, and for submitting the application forms no later than the closing date of the vacancy announcement, except as provided for in Section VI.

**V.    APPLICABILITY OF COMPETITIVE SELECTION PROCEDURES**

Unless specifically excepted in the appropriate Collective Bargaining Agreement, all merit selection actions for bargaining unit positions are subject to competitive selection procedures.

**VI.    OPERATING PROCEDURES**

<u>OVERVIEW</u>

These procedures implement Amended Appendix B, Library of Congress <u>Selection Process</u> dated January 5, 2001. They are designed to ensure that selections made under this plan are made from among the best qualified candidates based on job-related evaluation criteria. The selection process consists of the following phases: position description; job analysis; announcement; rating and ranking; structured interviews; and selection decision. Subject Matter

4

Experts (SMEs) are used in the Job Analysis and Structured Interview phases of this process. Every reasonable effort will be made to assure that the SME Panels reflect the diversity of the Library's workforce, including women, minorities, and persons with disabilities.

### A. POSITION DESCRIPTION PHASE

1. Service Unit (SU) determines need and gets fiscal approval to post position.

2. When a position is to be filled, the Selecting Official (SO) will access the position description in the automated system to review and update the position description. The SO (if he or she has personal knowledge of the appropriate tasks) or the position supervisor may add tasks to cover the full range of the job. For new positions or significantly changed positions, the SO will draft a new position description. Upon completion of the position description review step, the SO will sign the Supervisory form (OF8) to indicate the accuracy of the position description certification. The position description is then reviewed and approved in accordance with the internal procedures of each Service Unit.

3. The position description and the OF8 form are forwarded to the HRS Specialist. If the position description is new, it is classified. If the position description is unchanged or updated it is certified by the HRS Specialist.

4. The classified/certified position description is sent to the Selecting Official through Service Unit channels.

5. The Selecting Official contacts the HRS Specialist in Staffing and submits a request to post and fill the position.

6. The Affirmative Action/Special Projects Office (AA/SPO) determines underrepresentation and a recruitment plan is developed and then reviewed by the Selecting Official in conjunction with the HRS Specialist. This Plan identifies areas and degrees of underrepresentation, as well as internal and external recruitment strategies designed to attract members of underrepresented groups.

### B. JOB ANALYSIS PHASE

1. The HRS Specialist then assembles a Job Analysis SME Panel made up of at least 2 Subject Matter Experts (SMEs), with actual knowledge of the position being filled, and the Selecting Official. The HRS Specialist provides the group with:
   a. certified position description
   b  draft vacancy announcement (task list and linked KSAOs)
   c. draft applicant questionnaire

5

    d. OPM's Qualification Standards basic requirements for the series including any positive education, licensing, or certification requirements

    e. draft crediting plan

    f. draft job analysis worksheet

2. Following the instructions of the HRS Specialist, the Job Analysis SME Panel creates:

  a. <u>Final Applicant Questionnaire</u>

    i). The Panel reviews for reference purposes OPM Qualification Standards for the series and determines:
- any licensing or certification requirements
- any positive education requirements [1]

    ii). The Panel rates tasks and positive education requirements as to their:
- importance
- requirement at entry

    iii) Tasks which are not sufficiently important or are not required at entry are deleted.

    iv) Positive education requirements which are not sufficiently important or not required at entry are deleted.

    v) Of the remaining tasks, the Panel will finalize which are to be evaluated using the applicant questionnaire. The Panel will consider the relative importance of the tasks selected, their coverage of the job duties and the extent to which they can be evaluated using the automated system.

    vi) The final list of tasks and positive education requirements is determined and the applicant questionnaire is generated by the automated system.

  b. <u>Final Crediting Plan</u>

    ii) The Panel rates knowledge, skills, abilities, and other requirements (KSAOs) of the final list of tasks generated by the system as to their importance to perform the duties of the position and as to their requirement at entry.

---

[1] Positive education requirements exist when the OPM Qualification Standards require some amount of education necessary to be qualified for the job series and the designated amount of education has no experience substitute. The Panel determines whether the positive education requirements will be incorporated in the task for evaluating applicants.

    iii) Based on the ratings, KSAOs which are not sufficiently important or are not required at entry are deleted. Of the remaining KSAOs, the Panel will select 7 - 10 KSAOs to be evaluated in the interview. The Panel will then consider the relative importance of the KSAOs selected, their coverage of the job duties and the extent to which they can be evaluated using the automated system.

  c. <u>Final Interview Questions and Benchmark Anchors</u>

    i). The automated system generates the interview questions and benchmark anchors for the 7 - 10 final KSAOs.

    ii). The Panel reviews the interview questions and their benchmark anchors to be used when scoring the interviews.

### C. ANNOUNCEMENT PHASE

1. The automated system generates final documents including: vacancy announcement, crediting plan, applicant questionnaire, and job analysis work sheet which are reviewed by the Job Analysis Panel.

2. The HRS Specialist ensures the accuracy of these documents.

3. HRS Specialist posts vacancy and distributes to sources identified in the recruitment plan. Targeted recruitment efforts will be undertaken based on the underrepresentation determined in A. 6.

4. Vacancy Announcements are distributed to all labor organizations, service units, divisions, and offices within the Library for timely posting on their bulletin boards. Simultaneously, announcements are placed on the Library's official bulletin boards maintained by Human Resources. Human Resources will ensure that employees with visual impairments are provided access to vacancy announcements.

5. Vacancy announcements will remain open for a minimum recruitment period of ten (10) work days unless a longer posting period is requested or required under the recruitment plan under A.6. Closing dates may be extended in increments of five (5) workdays or more.

6. a. Vacancy announcements remain open to receipt of applications until the posted closing date. At any time during the posting process an applicant may obtain information concerning the status of the Vacancy Announcement from the automated system or from Human Resources.

7

  b. If a vacancy announcement has been closed to the receipt of applications, employees who are on official leave or excused absence for the entire period of that vacancy announcement was open may submit their applications by the close of business of the third (3rd) workday after the vacancy announcement has closed.

7. One day prior to the scheduled closing date of the vacancy announcement the HRS Specialist will conduct a Level II Affirmative Action Review to ensure the applicant pool is sufficiently diverse. When necessary, AA/SPO, in consultation with the Selecting Official, will recommend steps to increase the diversity of the pool (e.g., extend the posting period, expand recruitment efforts.)

8. Vacancy announcements shall include, but not be limited to, the following:

  a.. Vacancy announcement number;
  b. Opening date;
  c. Closing date;
  d. Title of Position, Position Series, Position Description Number, Work Schedule (including alternative work schedule options), Grade, Salary Range, Appointment Tenure;
  e. Tour of Duty (hours, special shifts);
  f. Career Ladder Promotion Plan;
  g. Organization and Geographic Location of the position;
  h. Statement that the vacancy is a unit position; and if so, which bargaining unit;
  i. Number of vacancies at the time of posting, with a stated reservation by the Library to fill a lesser or greater number of vacancies;
  j. Summary of Duties;
  k. Eligibility Requirements;
  l. Positive Education Requirements, if applicable;
  m. License or Certification Requirements, if applicable;
  n. Knowledge, skills, abilities and other characteristics (KSAOs)
  o. List of Required Documentation that must be submitted
  p. Security clearance required, if any;
  q. Area of Consideration;
  r. Statement that the Library is an equal opportunity employer;
  s. If the Vacancy Announcement is reposted, the first Vacancy Announcement will be referenced and a statement included that will list the changed requirements, if any, and information on whether or not applicants must reapply;
  t. Description of Evaluation Process;
  u. Physical requirements, if applicable;
  v. Essential functions of the job;
  w. How to apply for the position, both paper and on-line;

8

  x. Tests required; and

  y. A statement whether relocation expenses will or will not be paid for applicants.

9. Method of Applying

 a. Applicants will use an automated system or a "Job Kit" available from the Library to submit their OF 612, SF171, or resume and a self-rated applicant questionnaire.

   i) Human Resources will, upon request, provide applicants with a copy of the vacancy announcement, an OF 612 and applicant questionnaire. Human Resources will scan into the automated system resumes, OF 612s, and applicant questionnaires submitted on or before the closing date of the vacancy announcement. All scanned material will be checked by Human Resources for its accuracy.

 b. All required application material stated on the vacancy announcement must be either submitted online or received by HRS on or before the final closing date.

**D. RATING AND RANKING PHASE**

 1. The automated system uses the self-rating applicant questionnaire to evaluate each applicant's basic eligibility criteria which is restricted to (i) specifically agreed upon objective criteria (e.g., completion of application; timely submission of application and supporting documentation) published in advance in the vacancy announcement and (ii) licensing criteria developed by the Job Analysis SME Panel and published in the vacancy announcement.

  a. i) For online applicants, once the applicant has completed the basic eligibility section of the self-rated questionnaire, the system will notify the applicant of his or her eligibility determination. If eligible, the automated system will prompt the applicant to complete the rest of the self-rated questionnaire.

   ii) For applicants submitting their applications in hard-copy format (i.e., using the "Job Kits"), Human Resources will review all documents for completeness and issue a receipt.

  b. For online applicants, after the self-rated questionnaire is completed, the system will inform the applicant that his/her submission was successful.

  c. Each self-rating is weighted by the importance rating for that task or education requirement made by the Job Analysis SME Panel resulting in a composite weighted experience score.

9

    d. The automated system generates a list of the top seven applicants plus tied scores. Prior to receiving the referral list and applications for interviews, the Selecting Official may request a larger pool. When, however, a Selecting Official intends to make more than one selection from a vacancy announcement he or she, prior to receiving a referral list, shall request that more than seven names be referred. Human Resources prepares the referral list with these candidates plus any AA/SPO additions[2]. The Selecting Official will be notified as to the number of applicants to be referred prior to the issuance of the of the referral list. If the referral list is less than seven, the Selecting Official may extend the posting period in an attempt to increase the pool of eligible applicants.

        i) All referrals will be based on the automated system results.

        ii) The list of applicants referred shall be in alphabetical order with no reference to the automated system results.

        iii) The HRS Specialist verifies which of the applicants are still available for hire and refers them for interview.

        iv) Documentation of unavailability for interview shall be maintained.

        v) For every applicant declining an interview, or who withdraws after the referral of the finalists list, the Selecting Official may request an additional referral as long as the applicant being referred scores at least a "minimally acceptable" on each KSAO on the applicant questionnaire..

### E. STRUCTURED INTERVIEW PHASE

1. The structured interview is intended to verify the applicant's training and experience and to identify best qualified applicants. Using standard procedures and questions developed in advance of the posting and asked of all applicants, the interview will verify some of the experience self ratings provided in the applicant questionnaire.

---

[2] The list of candidates to be referred is reviewed by the AA/SPO to determine if the pool is sufficiently diverse. If not, when possible, additional applicants will be referred for interview using the automated system ratings. "Sufficient divers[ity] is determined by examining the recruiting plan for the position created in A.6. above. It may not be possible to include additional applicants if 1) the applicant pool does not include applicants that would increase diversity or 2) if the diverse applicant did not score at least a "minimally acceptable" on all KSAOs on the applicant questionnaire. Any applicant with a score between the "diverse" applicant and the score of the seventh lowest applicant must be added to the referral pool if a "diverse" applicant is added.

2. The structured interview will be conducted by the Selecting Official and at least two additional Subject Matter Experts. One of the SMEs, other than the Selecting Official, will act as the Chairperson of the Panel. This person will ensure that the interview process is conducted according to interview training and will ensure that appropriate documentation is produced outlining the interview process.

3. Interview training will be provided to the Selecting Official, SMEs, and HRS Specialist prior to the interviews.

4. Structured interviews will be conducted using the interview questions and benchmark anchors developed in the job analysis. Interviewers will be provided with the applicants' application, resume, SF171 or OF 612.

5. The HRS Specialist will ensure that interview training has been provided to all participants prior to conducting any interviews, ensure that the room in which the interview is to be conducted is set up appropriately, and respond to any questions the interviewers may have prior to the interviews commencing.

6. All applicants will be asked during the interview whether or not their references may be contacted. If the applicant grants permission to contact their references they will be asked if they have any reason to believe that their references may provide negative information. The applicant will be provided an opportunity to explain orally during the interview and/or through documentation they provide to the Selecting Official within three (3) work days of the interview an explanation for a potentially negative reference. The applicants will be advised that their references will only be contacted with permission and only when the applicant has been determined to be among the list of "finalists" as defined below.

7. The Interview SME Panel will independently score the interviews using the benchmark anchors. The scores will be based on a scale of 0 - 5 (5 = outstanding; 4 = superior; 3 = fully acceptable; 2 = less than fully acceptable; 1 = unacceptable; and 0 = no experience or evidence of experience.) The interviewers will then meet with the HRS Specialist who will facilitate a discussion of the justifications for their ratings.

   a. If an applicant receives a zero rating from any interviewer on a KSAO, the Panel must discuss whether the applicant should be considered further in the selection process. All interviewers must agree on a decision to disqualify on this basis and must document the basis for the disqualification.

   b. Following any discussion above, interviewers will make final ratings independently.

      c.   The final interview score for each applicant will then be computed by totaling all KSAO scores for all the interviewers and dividing that total score by the total number of KSAOs multiplied by the total number of interviewers.

For example, if there are:

> 3 interviewers
> 10 KSAOs and
> Total of all KSAO scores of all interviews = 120
> Then final interview score = 120 ÷ (10 x 3 = 30) = 4.0

The final interview score will be computed to the first decimal and rounded to the next highest if the second decimal is .05 or greater (e.g., 3.05 would become 3.1). Otherwise, the second decimal is truncated (e.g., 3.22 would become 3.2). Rounding will not be done if the rounding will result in an applicant receiving a final score of 3.0 rather than a score of 2.9.

8. With the approval of the Human Resources Services Director additional applicants may be referred for an interview prior to the selection decision. The HRS Director's approval will be granted only when the interview stage fails to result in 3 or more applicants deemed "fully acceptable" or higher (3.0 or higher) based on the final interview score.

9. The Selecting Official is responsible for choosing the successful applicant(s) from among those applicants scoring 3.0 (fully acceptable) or higher on their final interview score (finalists). In no case shall a Selecting Official be expected to select an applicant where the top scorer received a final interview score of less than 3.0.

### F. SELECTION DECISION

1. References will be checked by the Selecting Official or his/her designee using the reference check form for applicants eligible for selection. References will be checked only on finalists who have granted permission to contact their references.

2. The Selecting Official will choose from among those applicants eligible for selection by weighing such factors as organizational needs, reference information, and the applicants' ratings on the most important experience areas for the position as identified by the job analysis.

3. Selection documentation is reviewed by the HRS Specialist and the AA/SPO. (Level III AA Evaluation).

4. Selection documentation will be prepared by the Selecting Official to explain the reason the successful applicant was selected and the reason(s) other finalists were not selected. After the structured

interview process is completed, a personnel action for the proposed selected applicant(s) is submitted thorough LEADS. The automated system notifies the Security Office that the selection is ready for review.

5. Any additional selections and all appointments must be made within 90 days of issuance of the referral list. The Selecting Official may request in writing to the Director of Human Resources that additional time be allotted. That request must contain the extenuating reason(s) requiring an extension of time. The Director shall notify the selecting official expeditiously approving or disapproving the request.

## VII. NOTIFICATION OF APPLICANTS

A. The Library shall notify the person(s) not selected when the personnel action recommendation (PAR) has been approved.

B. Upon request, a Library official will meet with, or provide written information for, unsuccessful candidates who are members of the Guild or CREA bargaining units to discuss with them or provide information explaining why they were not selected, and suggesting courses of action which might lead to successful upward mobility or career enhancement in the future.

C. The Library may notify the recommended candidate that he or she has been recommended, subject to final Library approval and any necessary pre-employment security clearances, as soon as the recommendation decision has been made.

## VIII. DOCUMENTATION AND RECORD KEEPING

A. All documentation for content validity will be maintained in the automated system. At the conclusion of the selection process, a report will be compiled that will include documentation developed and maintained at each step of the Library's merit selection process. The Library bears responsibility for maintaining the confidentiality of all documentation. Merit selection files will be maintained for two years from the date of selection or cancellation of a vacancy. If a grievance or other complaint or dispute is filed regarding the action, the file shall be maintained until the conclusion of the case, including any appeals. An employee and/or his/her representative or labor organization steward or officer will be permitted to post-audit selection records, in accordance with applicable law. The merit selection files shall comply with the record keeping provisions of the Uniform Guidelines on Employee Selection Procedures, 29 CFR Section 1607.15 and must contain:

1. Request for Vacancy Announcement
2. Copy of Vacancy Announcement

13

3. Copy of position description
4. Copy of Affirmative Action Recruitment Plan
5. All applications and attachments received from applicants.
6. Copies of all correspondence with applicants (including e-mail)
7. AA Level II Review
8. System-generated diversity report on overall applicant pool
9. Vacancy control record listing all applicants and their scores
10. Job Analysis SME Panel documentation
11. List of scores from highest to lowest
12. Referral list of interviewees
13. Copy of interview questions
14. Selecting official's and SME's interview forms (Interview Panel documentation)
15. Narrative justification for selection
16. Justification of all non-selections of interviewed candidates
17. Reference checks
18. AA/SPO final review and assessment of merit selection action and its effect on the Library's EEO profile (AA Level III Review)

B. Merit promotion records will be safeguarded and not released to unauthorized persons. Information sent to authorized persons will be placed in sealed envelopes marked "Confidential - for addressee only".

IX.     **KEEPING EMPLOYEES INFORMED**

The objective of this Plan is to provide merit employment and promotion opportunities to the most comprehensive area possible with equity for all employees. For this reason, it is imperative that employees become fully informed of this Plan, which can have a meaningful impact on their careers. A copy of this Plan will be available to every employee. New employees will receive this information as part of their orientation to the Library.

X.      **EMPLOYEE QUESTIONS AND COMPLAINTS**

Employees should contact their supervisors, human resources representative or their union when any questions or complaints arise regarding either the merit employment and promotion plan in general or a particular position for which they applied. Generally, most problems or concerns can be resolved through this exchange of information. A formal complaint may be submitted through the negotiated grievance procedures, or through the Library's equal employment opportunity complaint procedures.

Grievances arising over the application of the provisions and requirements of Collective Bargaining Agreement (CBA) Articles and this Merit Selection Plan will be governed by existing CBA language.

Any applicant may inquire in writing to Human Resources as to their total score for any vacancy for which he/she has applied. Following this request to Human Resources, an applicant for a position will be informed of the total number of points he/she received, the cutoff score for the referral list, and the name of the selectee, if any.

There will be a central point of contact within Human Services to whom applicants may submit questions, and receive information concerning their applications. HRS shall publicize the identity of the central point of contact and how to contact that person or persons to present inquiries. Service Units may also, as they determine necessary, identify central points of contact within the Service Unit for this purpose.

### XI. ANNUAL REVIEW

The Library will conduct an annual review of the merit employment process, the results of which will be discussed with the labor organizations.

### XII. AGREEMENT TO THE MERIT SELECTION PLAN

A. The Parties have agreed to the procedures embodied in this Plan. In the event that unforseen adverse impact becomes evident within one year of the implementation of these procedures, upon the request of either Party, the Parties shall meet to discuss and attempt to resolve those new issues. Neither Party by agreeing to these procedures, waives any current or future bargaining rights afforded by contract or law.

B. At the end of 90 days from the implementation of these procedures, the Library will meet with the affected labor organization(s) to provide an assessment of positions filled using these procedures.

### XIII. MEETING WITH EMPLOYEES

As soon as practicable after signing the Agreement, each labor organization will be permitted to hold 2 meetings with bargaining unit members to explain the terms of this Agreement. The meetings will be held on core days in the West Dining Room, Dining Room A, or a room of comparable size. Employees will be granted one hour of official time to attend this meeting.

### XIV. MISCELLANEOUS PROVISIONS

A. Any position description changed as a result of job analysis will become the position description of record for all incumbents in that position. If new or additional knowledge, skills, abilities, or other characteristics are added to the PD, the Library shall provide appropriate training to the incumbents as determined by the Library, within a reasonable time period to assure that can meet the new qualifications.

B   Any classification changes resulting from job analysis shall apply to incumbents of that position.

C.  The document "AA Review and Analysis" will be attached to the Merit Selection Plan. (Attached)

D.  Tests, including physical tests, should be validated.

E.  A Library of Congress employment web page will be maintained, highlighting employment opportunities.

## AA Review and Analysis

The Library shall conduct affirmative action reviews and analyses at the following stages of the competitive selection process:

- Level I Review

    AA/SPO determines underrepresentation in the position being posted. Recruitment plan is developed and then reviewed by the Selecting Official in conjunction with the HRS Specialist. This Plan identifies areas and degrees of underrepresentation, as well as internal and external recruitment strategies designed to attract members of under represented groups.

- Level II Review

    One day prior to the scheduled closing date of the vacancy announcement the HRS Specialist will conduct a Level II Affirmative Action Review to ensure the applicant pool is sufficiently diverse. If not, AA/SPO, in consultation with the Selecting Official, will recommend steps to increase the diversity of the pool (e.g., extend the posting period, expand recruitment efforts.)

- Level III Review

    Selection documentation is reviewed by the HRS Specialist and the AA/SPO.

Attachment

17