# EXHIBIT 1

# Thaler Liebeler LLP

ATTORNEYS AT LAW

International Square
1825 Eye Street, NW, Suite 400
Washington, DC 20006

*Kelly A. Schmidt, Esq.*
*(202) 587-4745*
*KSchmidt@ThalerLiebeler.com*

September 28, 2007

**By E-mail and First Class Mail**
Mr. Jonathan Brumer
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

Re: *von Muhlenbrock v. Billington*, Civil Action No. 05-1921 (HHK)

Dear Mr. Brumer,

I am writing to request production of the following documents referred to by Ms. Billie Nichols at her deposition, in the above-mentioned case, on September 27, 2007: (1) a scoring breakdown provided to the Selecting Official prior to closing (Nichols Tr. 67:2-5, 74:18-76:6; 77:16-78:10); (2) an e-mail exchange between Ms. Nichols and Mr. Kersi Schroff regarding the scoring breakdown sent prior to closing (Nichols Tr. 80:8-13); (3) an e-mail exchange between Ms. Nichols and Mr. Schroff in which Mr. Schroff indicated that he would like to interview the top ten candidates (Nichols Tr. 87:9-88:5, 89:18-90:1, 91:3-10); and (4) an AA Review Form created after the closing (Nichols Tr. 76:16-77:3).

Additionally, we reiterate our request that Ms. Nichols review her e-mails and produce those that are relevant to the issues in this case, as she indicated at her deposition that she had not previously performed such a review. (Nichols Tr. 149:6-150:20, 152:1-17).

Regards,

*Kelly Schmidt*

Kelly A. Schmidt

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GISELA VON MUHLENBROCK )
)
PLAINTIFF )
)
v. ) Civil Action No. 05-1921 (HHK)
)
JAMES H. BILLINGTON )
)
DEFENDANT )

## DECLARATION OF BILLIE NICHOLS

I, BILLIE NICHOLS, do solemnly swear under penalty of perjury that the following statements are true to the best of my knowledge and belief.

1. I am currently a Human Resources Specialist (Recruitment and Placement), Human Resources Services, Library of Congress. I have been a Human Resources Specialist for the Library since 2001.

2. In my capacity as a Human Resources Specialist, I am custodian of the "Merit Selection Files" for vacancy announcements that I process. In 2002, I was assigned to process Vacancy Announcement No. 020307, a Foreign Law Specialist position in the Law Library of the Library of Congress.

3. During my deposition in the above-captioned matter on September 27, 2007, I testified that four documents were not in the Merit Selection File for Vacancy Announcement No. 020307. The documents that I testified were not in the file are: 1) an e-mail to the selecting official, Kersi Shroff, that would have been generated one to two days before Vacancy Announcement No. 020307 closed (i.e., generated on or around January 23, 2003); 2) an attachment to the e-mail to Mr. Shroff which contained the scoring breakdown of the applicants; 3) an e-mail from Mr. Shroff informing me that he wanted to interview the top ten candidates; and 4) the Level 2 AA Review which shows the diversity of the likely pool of candidates prepared after the closing of the Vacancy Announcement. None of the documents enumerated above would have contained any names of the applicants for Vacancy Announcement No. 020307.

4. In addition, pursuant to the Merit Selection and Promotion Plan that was in effect at the

time of Vacancy Announcement No. 020307, I was not required to generate a scoring breakdown or provide the scoring breakdown to the selecting official prior to the Vacancy Announcement closing, even though I previously testified that it was procedure (when in fact it was general practice). Accordingly, I was not required to maintain those records in the Merit Selection File, although I do recall generating these documents (numbers one and two in paragraph three, above). To that extent, I was also not required to maintain an e-mail from Mr. Shroff sent prior to the vacancy closing advising me that he wanted to interview the top ten candidates (number three in paragraph three, above). I generated a scoring breakdown for the selecting official shortly before Vacancy Announcement No. 020307 closed, as a general practice, in order for the selecting official to have a general idea about the number of applicants and the range of scores of those applicants.

5. On or around October 1, 2007, Julia Douds, Assistant General Counsel, Library of Congress, contacted me to ask that I perform a search of my computer to see if I could find the documents enumerated in paragraph number three, above. Ms. Douds also asked me to look for any other documents related to the processing of Vacancy Announcement No. 020307 maintained on my computer.

6. On or around October 1, 2007, I performed a search of my computer. I searched the "archived" file on my e-mail account. I did not search the "active" file on my e-mail account because the active file does not contain any e-mails that are more than three months old. I was not able to locate any of the documents enumerated in paragraph number four, above. The earliest piece of data I have on my e-mail account is from May 2003. I also did not find any additional documents related to the processing of Vacancy Announcement No. 020307 that are not in the Merit Selection File.

Billie Nichols
Human Resources Specialist
Human Resources Services
Library of Congress

Date: 10-30-07

# EXHIBIT 3

## Kelly S. Delaney

**From:** Brumer, Jonathan (USADC) [Jonathan.Brumer@usdoj.gov]
**Sent:** Wednesday, October 03, 2007 5:05 PM
**To:** Kelly A. Schmidt
**Cc:** Paul Thaler
**Subject:** Von Muhlenbrock- your requests for certain specified documents which Ms. Billie Nichols identified during her deposition

Kelly,

This is to respond to your letter dated September 28, 2007, in which you requested the production of certain documents which Ms. Billie Nichols referenced during her deposition on September 27, 2007.

At this point, I can report that Ms. Nichols has reviewed her e-mails and confirmed that, besides what the documents we have already produced, she doesn't have anything else which is relevant to this case. Ms. Nichols also has conducted a search for the other records you requested and did not locate anything else.

The Library of Congress's IT department has advised us that none of the data you requested exists on any back up tapes, and they do not have any data for earlier than 2004 on her computer.

Please let me know if you have any questions or concerns. Thank you very much.

Jon Brumer

**Jonathan C. Brumer**
**Special Assistant United States Attorney**
**United States Attorney's Office**
 **for the District of Columbia, Civil Division**
555 4th Street, N.W., Room E-4815
Washington, D.C. 20530

**Phone 202.514.7431**
**Fax 202.514.8780**

7/2/2008