# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 05-1921 (HHK) |
| ) | |
| JAMES H. BILLINGTON ) | |
| ) | |
| DEFENDANT ) | |

## DECLARATION OF BILLIE NICHOLS

I, BILLIE NICHOLS, do solemnly swear under penalty of perjury that the following statements are true to the best of my knowledge and belief.

1. I am currently a Human Resources Specialist (Recruitment and Placement), Human Resources Services, Library of Congress. I have been a Human Resources Specialist for the Library since 2001.

2. In my capacity as a Human Resources Specialist, I am custodian of the "Merit Selection Files" for vacancy announcements that I process. In 2002, I was assigned to process Vacancy Announcement No. 020307, a Foreign Law Specialist position in the Law Library of the Library of Congress.

3. During my deposition in the above-captioned matter on September 27, 2007, I testified that four documents were not in the Merit Selection File for Vacancy Announcement No. 020307. The documents that I testified were not in the file are: 1) an e-mail to the selecting official, Kersi Shroff, that would have been generated one to two days before Vacancy Announcement No. 020307 closed (i.e., generated on or around January 23, 2003); 2) an attachment to the e-mail to Mr. Shroff which contained the scoring breakdown of the applicants; 3) an e-mail from Mr. Shroff informing me that he wanted to interview the top ten candidates; and 4) the Level 2 AA Review which shows the diversity of the likely pool of candidates prepared after the closing of the Vacancy Announcement. None of the documents enumerated above would have contained any names of the applicants for Vacancy Announcement No. 020307.

4. In addition, pursuant to the Merit Selection and Promotion Plan that was in effect at the

-1-

time of Vacancy Announcement No. 020307, I was not required to generate a scoring breakdown or provide the scoring breakdown to the selecting official prior to the Vacancy Announcement closing, even though I previously testified that it was procedure (when in fact it was general practice). Accordingly, I was not required to maintain those records in the Merit Selection File, although I do recall generating these documents (numbers one and two in paragraph three, above). To that extent, I was also not required to maintain an e-mail from Mr. Shroff sent prior to the vacancy closing advising me that he wanted to interview the top ten candidates (number three in paragraph three, above). I generated a scoring breakdown for the selecting official shortly before Vacancy Announcement No. 020307 closed, as a general practice, in order for the selecting official to have a general idea about the number of applicants and the range of scores of those applicants.

5. On or around October 1, 2007, Julia Douds, Assistant General Counsel, Library of Congress, contacted me to ask that I perform a search of my computer to see if I could find the documents enumerated in paragraph number three, above. Ms. Douds also asked me to look for any other documents related to the processing of Vacancy Announcement No. 020307 maintained on my computer.

6. On or around October 1, 2007, I performed a search of my computer. I searched the "archived" file on my e-mail account. I did not search the "active" file on my e-mail account because the active file does not contain any e-mails that are more than three months old. I was not able to locate any of the documents enumerated in paragraph number four, above. The earliest piece of data I have on my e-mail account is from May 2003. I also did not find any additional documents related to the processing of Vacancy Announcement No. 020307 that are not in the Merit Selection File.

*Billie Nichols*
Human Resources Specialist
Human Resources Services
Library of Congress

Date: 10-30-07