# EXHIBIT 3

## Kelly S. Delaney

**From:** Brumer, Jonathan (USADC) [Jonathan.Brumer@usdoj.gov]
**Sent:** Wednesday, October 03, 2007 5:05 PM
**To:** Kelly A. Schmidt
**Cc:** Paul Thaler
**Subject:** Von Muhlenbrock- your requests for certain specified documents which Ms. Billie Nichols identified during her deposition

Kelly,

This is to respond to your letter dated September 28, 2007, in which you requested the production of certain documents which Ms. Billie Nichols referenced during her deposition on September 27, 2007.

At this point, I can report that Ms. Nichols has reviewed her e-mails and confirmed that, besides what the documents we have already produced, she doesn't have anything else which is relevant to this case. Ms. Nichols also has conducted a search for the other records you requested and did not locate anything else.

The Library of Congress's IT department has advised us that none of the data you requested exists on any back up tapes, and they do not have any data for earlier than 2004 on her computer.

Please let me know if you have any questions or concerns. Thank you very much.

Jon Brumer

**Jonathan C. Brumer**
**Special Assistant United States Attorney**
**United States Attorney's Office**
 **for the District of Columbia, Civil Division**
**555 4th Street, N.W., Room E-4815**
**Washington, D.C. 20530**

Phone 202.514.7431
Fax 202.514.8780