# EXHIBIT 4

# Thaler Liebeler LLP

ATTORNEYS AT LAW

International Square
1825 Eye Street, NW, Suite 400
Washington, DC 20006

Kelly A. Schmidt, Esq.
(202) 587-4745
KSchmidt@ThalerLiebeler.com

October 5, 2007

**By E-mail and First Class Mail**
Mr. Jonathan Brumer
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530

Re: *von Muhlenbrock v. Billington*, Civil Action No. 05-1921 (HHK)

Dear Mr. Brumer,

    I am writing in response to your e-mail to me, dated October 3, 2007, regarding my request for documents that Ms. Billie Nichols referenced at her deposition. Your response indicates that Ms. Nichols has reviewed her e-mails and does not have additional documents "relevant to this case" for production, despite specifically referencing such documents during her deposition. Please confirm that Ms. Nichols does not have any additional e-mails and/or documents for production within the scope of discovery pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, which includes information "reasonably calculated to lead to the discovery of admissible evidence." Relevance is not the standard. All responsive documents must be produced.

    Your response also states that back-up tapes do not contain the documents requested, and that Ms. Nichols does not have data prior to 2004 on her computer. Please explain your statement that "none of the data [I] requested exists on any backup tapes[.]". Specifically, were the back-up tapes searched for these documents and not found, or are you certain the documents are not on the back-up tapes for some other reason? We remind you that Article VIII.A of the Library of Congress Merit Selection and Promotion Plan requires the Library to maintain merit selection files until the conclusion of the case where, as here, a grievance or other complaint is filed regarding the action. Because you indicate that Ms. Nichols does not have data on her computer for earlier than 2004 and the documents requested do not exist on any backup tape, please confirm that, in violation of Library of Congress procedure, the documents we requested from Ms. Nichols have been destroyed and no longer exist.

Regards,

*Kelly Schmidt*

Kelly A. Schmidt

Telephone: (202) 466–4110 • Facsimile: (202) 466–2693 • ThalerLiebeler.com