# EXHIBIT 5

**Kelly S. Delaney**

| | |
|---|---|
| **From:** | Brumer, Jonathan (USADC) [Jonathan.Brumer@usdoj.gov] |
| **Sent:** | Tuesday, November 06, 2007 5:42 PM |
| **To:** | Kelly A. Schmidt |
| **Cc:** | Paul Thaler |
| **Subject:** | Von Muhlenbrock v. Billington, 05-1921 (HHK) |
| **Attachments:** | Signed Declarations of Kearns Nichols Schroff.pdf |

Kelly,

Attached please find three declarations which address and respond to: (1) your September 28, 2007 letter requesting the production of certain documents referenced by Ms. Nichols during her September 27, 2007 deposition; and (2) your October 5, 2007 letter, which sought clarification of my initial response to your September 28, 2007 discovery request.

Thank you,

-Jon

<<Signed Declarations of Kearns Nichols Schroff.pdf>>

**Jonathan C. Brumer**

**Special Assistant United States Attorney**

**United States Attorney's Office**

 **for the District of Columbia, Civil Division**

**555 4th Street, N.W., Room E-4815**

**Washington, D.C. 20530**

**Phone 202.514.7431**

**Fax 202.514.8780**

7/2/2008