# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON )<br>)<br>DEFENDANT )<br>) | Civil Action No. 05-1921 (HHK) |

DECLARATION OF KERSI SHROFF

I, KERSI SHROFF, do solemnly swear under penalty of perjury that the following statements are true to the best of my knowledge and belief.

1. I am currently the Assistant Director of Legal Research, and Chief of the Western Law Division, Library of Congress. I have been employed by the Library since July 1977.

2. In my capacity as the Assistant Director of Legal Research, and Chief of the Western Law Division, Library of Congress, I have been the selecting official for positions within my division.

3. In 2002-2003, I was the selecting official for a Foreign Law Specialist position in my division, posted under Vacancy Announcement No. 020307.

4. On or around October 1, 2007, Julia Douds, Assistant General Counsel, Library of Congress, contacted me to ask that I perform a search of my computer to see if I could find any documents related to Vacancy Announcement No. 020307. This was not the first time I had conducted a search for documents related to Vacancy Announcement No. 020307. I first conducted a search for documents related to Vacancy Announcement No. 020307 in 2004 when I was contacted by two EEO investigators assigned to investigate Ms. Von Muhlenbrock's EEO complaint of discrimination.

5. On or around October 1, 2007, I performed a search of my computer. I searched the "archived" file on my e-mail account. I did not search the "active" file on my e-mail account because the active file does not contain any e-mails that are more than three months old. I was not able to locate any other documents related to Vacancy

-1-

Announcement No. 020307. The earliest piece of data I have on my e-mail account is from March 17, 2003.

_____
Kersi Shroff
Assistant Director of Legal Research and
Chief of the Western Law Division
Library of Congress

Date: Oct. 30, 2017