# EXHIBIT 8

# TRANSCRIPT OF PROCEEDINGS

```
1


2                        In the U.S. District Court
                       For the District of Columbia
3
    ------------------------------x
4                                 :
    Gisela Von Muhlenbrock         :
5                                 :
                   v.             : NO. 05-1921
6                                 :
    James H. Billington,          :
7   Librarian of Congress         :
                                  :
8   ------------------------------x

9                       September 27, 2007

10  DEPOSITION OF:

11                       Billie Nichols,

12  a witness, called by counsel pursuant to notice,
    commencing at 10:00 a.m., which was taken at Thaler,
13  Liebeler, 1825 Eye Street, NW, Washington, DC

14


15


16


17
```

This transcript has been completely indexed for your
convenience. It will help you locate the testimony
you want **FAST**. The index is located in the back
pages of this volume.

```
19


20
```

```
21
```

# Overnite

**Court Reporting Service**

Serving Washington, D.C. metro area                    (301) 593-0671

BILLIE NICHOLS DEPOSITION    September 27, 2007    VonMuhlenbrock v. Billington

Page 58

1    Q. What year?
2    A. I don't recall. I don't know.
3    Q. Was it long after 1980 or was it shortly
4    after 1980?
5    A. Well, I'm trying to think. I don't think
6    it was too long. Maybe it was two years. You are
7    asking me to guess.
8    Q. That's okay. How long were you with the
9    D.C. government, how many years?
10    A. I believe I was with D.C. government for
11    seven years. Well, actually, I was with the
12    Department of Human Services for seven years which
13    was D.C. government and with the school system I
14    believe approximately three years.
15    Q. So ten years in D.C. and 2001 with the
16    Library of Congress?
17    A. Yes.
18    Q. All right.
19    A. Getting back to one of your earlier
20    questions, with regards to the difference between 98
21    and 97, again the system scores the applications on

Page 59

1    the basis of the responses and it may be that an
2    individual who selected a -- there are three
3    choices.
4    Some choices are the highest level -- some
5    choices are the highest level in skill or experience
6    for a particular KSA.
7    Then there's a middle choice and a bottom
8    choice. Depending upon which choice is selected,
9    the system would calculate so many points for that
10    particular one and if a candidate selected a lesser
11    choice for a KSA that was weighted higher, that
12    might have made the significance or the difference
13    between a 98 and 97. I don't know that I'm really
14    answering your question but that's the best that I
15    can explain it.
16    Q. It's your testimony that the selecting
17    official, Mr. Shroff, told you he wanted a cutoff of
18    97. So far that's true?
19    A. He indicated in the e-mail that he would
20    like to receive the top ten candidates. That was in
21    the e-mail, but in the first e-mail which I don't

Page 60

1    recall seeing in the merit file he requested a
2    cutoff score of 97, I think.
3    Q. In your experience, is there any way for
4    Mr. Shroff -- is there some significance to that
5    number?
6    That's what I'm trying to get at. Why is it
7    that a selecting official would choose a particular
8    number over another number?
9    A. Well, again, knowing that he had to at
10    least receive the top seven and when he saw the
11    scoring breakdown he knew that there were three
12    additional candidates within that score range which
13    would result in ten candidates.
14    If there were going to be several -- I mean,
15    selecting officials don't necessarily want to see 50
16    or 30 or 40 candidates, knowing at least they have
17    to receive the top seven and tied scores within that
18    range, that's where he cut off his cutoff scoring.
19    Q. That's where the policy comes in, top
20    seven --
21    A. Yes, plus whoever is tied with seven.

Page 61

1    Q. But he wanted to go beyond that because he
2    saw that there were some individuals who came close
3    enough, is that right? He wanted to go beyond the
4    top seven?
5    A. He knew that the tied scores had to be
6    referred as well. That's why he indicated that I
7    want to interview the top ten.
8    Q. I'm going to show you what's being marked
9    as number two.
10    (Whereupon the proffered item was
11    marked as exhibit number 2.)
12    BY MR. THALER:
13    Q. Is this the breakdown that you showed to
14    Mr. Shroff?
15    A. Yes.
16    Q. Is this the computer generated result of
17    when you punched in on the drop-down menus that we
18    were talking about earlier?
19    A. No, this is a typed document.
20    Q. Typically the computer generates
21    something, right, with the scores and the names?

BILLIE NICHOLS DEPOSITION          September 27, 2007          VonMuhlenbrock v. Billington

Page 74

1  closing.
2       MR. BRUMER:  Let the record reflect
3  that the witness again is pointing to plaintiff's
4  exhibit four.
5  BY MR. THALER:
6     Q.  Is this typically what the computer will
7  generate at the end of a closing?
8     A.  It will generate a list at the end of
9  closing after I request it to, yes.  This is a
10  ranking list.
11    Q.  What was forwarded to Mr. Shroff?
12    A.  This document --
13    Q.  Use exhibit numbers when you say it.
14    A.  Exhibit two was forwarded to Mr. Shroff.
15    Q.  What else?
16    A.  The e-mail I believe that it was attached
17  to providing him with a scoring breakdown.
18    Q.  Had you had prior discussions about the
19  breakdown before sending him that document that's
20  been marked as number two?
21    A.  I sent a scoring breakdown probably one to

Page 75

1  two days before it closed, before the vacancy
2  closed.
3       It included a ranking of the individuals or
4  the applications that were received prior to vacancy
5  closing, one or two days prior to vacancy closing.
6     Q.  What did you do with that list?
7     A.  The list was maintained as a part of the
8  merit file but I sent a document like this as well
9  that showed the scoring breakdown prior to closing.
10       MR. BRUMER:  Let the record reflect
11  that the witness is referring to plaintiff's exhibit
12  two.
13       MR. THALER:  I'm not sure we have
14  that document either.  Is that still part of the
15  file?
16       THE WITNESS:  I noticed when I was
17  reviewing the file that the document prior to
18  closing which would have looked like this was not in
19  the file and there's one other document I noticed.
20       During my processing of the vacancy I
21  had domain over the file.  However, since then the

Page 76

1  EEO investigator had access to it and so did
2  Ms. Douds, so it may have been the document
3  inadvertently --
4  BY MR. THALER:
5     Q.  Is lost?
6     A.  Right.
7     Q.  But you know, don't you, that the files
8  are supposed to be maintained especially in a
9  circumstance involving a claim such as this, right,
10  supposed to be retained until the claim is over,
11  isn't that right?
12    A.  Yes, I do.  As I stated, during the
13  process in which I had dominion or domain of the
14  file I know that the documents were included in the
15  file.
16    Q.  Any other documents that are not in the
17  file that you remember being there?
18    A.  One that comes to mind is the -- there
19  were two level -- it's the AA review form which
20  reflects the diversity information about the
21  candidates and that's the one that was included

Page 77

1  prior to what's in the file, but I didn't see the
2  one that was included after, after the vacancy
3  closed.
4     Q.  When you answered "yes" when I say they
5  are supposed to be maintained, you are saying that
6  because of the policy at the Library of Congress is
7  merit selection files will be maintained for
8  two -- if a grievance is filed you are supposed to
9  maintain it until the grievance is over, right?
10       Isn't that your understanding of the
11  policies?
12    A.  That is my understanding of the policies.
13  "Merit selection files will be maintained for two
14  years from the date of selection or cancellation of
15  a vacancy."
16    Q.  You said that there was another document
17  that you generated -- that you sent another document
18  to Mr. Shroff.
19    A.  I sent another e-mail attachment prior to
20  this one.
21    Q.  When you say "this one," you are pointing

Page 78

1 to number two?
2    A. Exhibit two, yes.
3    Q. It looked similar?
4    A. It looked similar. However, I recall in
5 the e-mail when I sent this one that I indicated to
6 him that the numbers had changed somewhat and that's
7 because additional applicants, there were additional
8 applications received after closing and consequently
9 there were additional individuals or scores on the
10 ranking.
11    Q. So number two has more numbers than the
12 one that you thought was an attachment to an e-mail
13 that you don't know where it is any more, is that
14 what your testimony is?
15        In other words, the total number on number
16 two is bigger than the total number that you would
17 have had on the prior submission to Mr. Shroff, is
18 that right?
19        MR. BRUMER: Objection, vague. It's
20 not clear what "total number" means. Of what?
21        MR. THALER: There's only one series

Page 79

1 of numbers on this number two. It's number of
2 applicants that are minimally qualified.
3        THE WITNESS: I could answer this
4 question better.
5        I believe you may have a document
6 that's reflecting, that's showing -- it's dated 1/24
7 that looks like this and we can look at --
8 BY MR. THALER:
9    Q. We'll see about that in a second but let
10 me ask you this.
11        I show you what's number five. Is that the
12 e-mail to which you were just referring?
13        (Whereupon the proffered item was
14 marked as exhibit number 5.)
15        THE WITNESS: Yes. Where I say
16 submitting the attached to you after vacancy
17 closing, the numbers have changed somewhat. This is
18 the document that was attached after vacancy
19 closing, exhibit two.
20 BY MR. THALER:
21    Q. When you say the numbers have changed

Page 80

1 somewhat on this e-mail from you to Kersi Shroff,
2 the numbers to which you refer are what?
3    A. I'm not referring to a change in a
4 particular application score.
5        There may have been additional applications
6 that were on the scoring breakdown who had a
7 particular score.
8    Q. Your recollection is that there had been
9 some communication between you and Kersi Shroff
10 before the exchange of exhibit number two, is that
11 right?
12    A. Yes. The exchange was that I provided a
13 scoring breakdown before this one, before closing.
14    Q. How are you able to generate a document
15 such as that before the process is even closed,
16 before the application time as ended?
17    A. I can ask the system again to provide a
18 ranking of the applications that are currently
19 received, those that are minimally qualified.
20    Q. Just the raw data? Does it have names
21 with it?

Page 81

1    A. Yes, it will have names with it.
2    Q. Is it much like the one I showed you which
3 is marked --
4    A. It's similar, right, to this.
5    Q. Was this document -- what number is this?
6        MR. BRUMER: Plaintiff's exhibit
7 four.
8 BY MR. THALER:
9    Q. With whom did you share number four?
10    A. This document wasn't shared with anyone.
11    Q. You are saying that there was a similar
12 document that you believed was dated I think you
13 said January 24?
14    A. I believe so, yes.
15    Q. You saw that recently in the merit file?
16    A. I thought I saw it when I reviewed the
17 merit file.
18    Q. Do you remember what the difference
19 between the 124 and the 130 list would be? Is it
20 just an additional number of applicants?
21    A. I think when I looked at them there may