# EXHIBIT 9

# TRANSCRIPT OF PROCEEDINGS

1

2          In the U.S. District Court
           For the District of Columbia

3
   ------------------------------x
4                                 :
   Gisela Von Muhlenbrock         :
5                                 :
                v.                : NO. 05-1921
6                                 :
   James H. Billington,           :
7  Librarian of Congress          :
                                  :
8  ------------------------------x

9              October 3, 2007

10 DEPOSITION OF:

11                 Kersi Shroff,

12 a witness, called by counsel pursuant to notice,
   commencing at 10:00 a.m., which was taken at Thaler,
13 Liebeler, 1825 Eye Street, NW, Washington, DC

14

15

16

17

   This transcript has been completely indexed for your
   convenience. It will help you locate the testimony
19 you want FAST. The index is located in the back
   pages of this volume.

20

21              **Overnite**
           Court Reporting Service
Serving Washington, D.C. metro area        (301) 593-0671

Page 94

1    A. Yes, I do.
2    Q. That testimony, does that spring from
3 these policies and procedures?
4    A. I don't believe it does. I do not know
5 without going through this document. I'm just
6 calling my recall of what I learned through the
7 training process.
8    Q. I direct your attention to page ten at the
9 very top where it starts off with little letter D.
10   A. Yes.
11   Q. Do you see that? Do you see where it says
12 "the automated system generates a list of the top
13 seven applicants plus tied scores"?
14   A. Yes.
15   Q. Do you have any reason to believe that
16 that's not the process and procedure that was in
17 place at the time of this vacancy?
18   A. I have no reason to believe that. It's
19 not part of the process.
20   Q. Do you now agree that the general default
21 position at the Library of Congress in filling a job

Page 95

1 vacancy is to interview the top seven, plus anyone
2 who was tied with that seventh person?
3    A. I believe so.
4    Q. Had that worked out in this case, in other
5 words had you kept the number of interviewees to
6 that number, what score would have been the score of
7 the seventh person, plus any tie, according to the
8 chart that's in front of you?
9    A. The way I see it in the chart, we would
10 have asked for candidates scoring 98 and up.
11   Q. You were employing your discretion as a
12 panel to expand that number?
13   A. Yes, we were.
14   Q. Do you recall getting a referral list from
15 Ms. Nichols? Well, strike that.
16      I'm going to show you what's been marked as
17 number six.
18      (Whereupon the proffered item was
19      marked as exhibit number 6.)
20 BY MR. THALER:
21   Q. Do you recall that e-mail exchange between

Page 96

1 you and Ms. Nichols?
2    A. Yes, I believe this is the same e-mail
3 that you showed me in the batch of documents that we
4 gave you earlier.
5    Q. Is this the e-mail that you indicated a
6 few minutes ago that was essentially the cover of
7 the chart that we've been referring to?
8    A. Yes, I believe it is.
9    Q. You said that the chart was an attachment
10 to an e-mail?
11   A. To me it looks like it was, yes.
12   Q. Tell me about the discussion that you had
13 that's referenced at the very top in your e-mail to
14 Billie Nichols in which you say "Hi, Billie, as we
15 discussed, at first I would still like to interview
16 the top ten candidates."
17   A. I do not recall that discussion now.
18   Q. Do you recall what was your understanding
19 of what was meant in the e-mail that's below from
20 Billie Nichols to you in which she says: "The
21 numbers have changed somewhat"?

Page 97

1    A. I would have thought that to mean that at
2 the closing maybe more applications came in and so
3 those who qualified was either higher or lower than
4 what she previously mentioned.
5      To me that's the best I can interpret, the
6 way I can interpret it.
7    Q. Had you seen any lists prior to the chart
8 that you got in front of you there?
9    A. No, I don't recall seeing this prior to.
10   Q. What was the first list you recall seeing
11 for this job vacancy?
12   A. It would be the one that's exhibit 12E.
13   Q. Could you use the exhibit number?
14   A. I'm sorry, exhibit four.
15   Q. Subsequent to that, what was the list that
16 you received and when did you receive it, as best
17 you can recall?
18   A. I do not recall receiving any subsequent
19 list except for the ten applicants who were asked to
20 be interviewed.
21   Q. I'm going to show you what's been marked