UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GISELA VON MUHLENBROCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES H. BILLINGTON, ) <br> Librarian of Congress, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1921 (PLF) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Plaintiff's Reply Memorandum of Points and Authorities in Further Support of her Motion for Adverse Inferences and Monetary Sanctions* was served pursuant to the Court's Electronic Case Filing System this 7th day of July 2008, upon the following:

Julia K. Douds
United States Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
*Attorneys for Defendant*

_____
Kelly A. Schmidt