UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
GISELA VON MUHLENBROCK,       )
                                                  )
        Plaintiff,                              )
                                                  )
        v.                                       )          Civil Action No. 05-1921 (PLF)
                                                  )
JAMES BILLINGTON,                 )
Librarian of Congress,               )
                                                  )
        Defendant.                            )
_____)

ORDER AND JUDGMENT

       This matter is before the Court on defendant's motion for summary judgment. Upon consideration of the parties' arguments as set forth in their briefs and the entire record in the case, the Court finds that there are no genuine issues of material fact and that defendant is entitled to judgment as a matter of law. For the reasons set forth in the Opinion issued on this same day, it is hereby

       ORDERED that the defendant's motion for summary judgment [38] is GRANTED; it is

       FURTHER ORDERED that all other pending motions are DENIED; it is

       FURTHER ORDERED that JUDGMENT is entered for the defendant; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

DATE: September 29, 2008

/s/_____
PAUL L. FRIEDMAN
United States District Judge